UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA**<br>**8306 Haven Hill Court**<br>**Laurel, Maryland 20723**<br><br>**Plaintiff,**<br><br>v.<br><br>**John W. Snow, Secretary,**<br>**United States Department of Treasury**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, D.C. 20220**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 05-1194 (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Julia Douds as counsel for Defendant in the above-captioned case.

\_\_\_\_/s/_____
JULIA K. DOUDS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-5134
Julia.Douds@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2005, I caused the foregoing NOTICE OF ATTORNEY APPEARANCE, to be served on Plaintiff, *Pro se*, by first-class mail, postage prepaid, addressed as follows:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

                                            __/s/_____
                                            JULIA DOUDS
                                            Special Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, DC 20530
                                            202-514-5134