UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,                )<br>                                                       )<br>         Plaintiff                               )<br>                                                       )<br>         v.                                        )<br>                                                       )<br>JOHN W. SNOW, Secretary of the Treasury,  )<br>                                                       )<br>         Defendant.                          )<br>_____)  | Civil Action No. 05-1194(JGP) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE THE
PARTIES' REPORT PURSUANT TO LOCAL RULE 16.3**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which the Parties must file their joint report pursuant to Local Rule 16.3 up to and including Friday, September 16, 2005. The current filing deadline is Tuesday, September 13, 2005. Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

Defendant's counsel just recently sent plaintiff a draft of the joint report by overnight mail to arrive on Saturday, September 10. Defendant's counsel requested that plaintiff review the draft report and sign the signature page if the draft was satisfactory, or alternatively, call the undersigned counsel today, Monday, September 12, 2005, if plaintiff wished to discuss the draft report. Defendant's counsel has not heard from plaintiff regarding the joint report. However, given the short time frame requested by defendant for plaintiff to respond to the draft joint report

(and the possibility that plaintiff may require an additional period to provide input), defendant is seeking an extension up to and including Friday, September 16, 2005 to file the parties' joint report. If defendant's counsel is not contacted by plaintiff regarding the report by close of business on September 16, defendant anticipates filing a report reflecting defendant's position on the matters required by Local Rule 16.3.

A proposed order consistent with the relief requested is being filed herewith.

Respectfully submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's *Motion for Enlargement of Time to File the Parties Report Pursuant to Local Rule 16.3* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this <u>12th</u> day of September 2005 to:

>Maria V. Carmona
>8306 Haven Hill Court
>Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney