UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | Civil Action No. 05-1194(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Enlargement of Time to File the Parties Report Pursuant to Local Rule 16.3*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, the Parties shall have up to and including September 16, 2005 to file their joint report pursuant to Local Rule 16.3.

SO ORDERED.

_____    _____
DATE                                                UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530