UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1194 (JGP) |
| ) | |
| v. ) | |
| ) | |
| JOHN W. SNOW, ) | |
| Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter is before the Court pursuant to defendant's **Motion for Enlargement of Time to File The Parties' Report Pursuant to Local Rule 16.3** [#7]. On August 26, 2005, the Court issued an Order [#6] directing the parties to file a Joint Statement pursuant to LCvR 16.3. Defendant claims that he has been unable to reach plaintiff, who is proceeding *pro se*, and therefore requests an extension of time to file the parties' LCvR 16.3 Report. Accordingly, it is hereby

**ORDERED** that defendant's motion is granted. It is further

**ORDERED** that the parties shall file their joint report on or before September 16, 2005.


Date: September 14, 2005                                              **JOHN GARRETT PENN**
                                                                       **United States District Judge**