UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

       Plaintiff

v.                                   Civil Action No. 05-1194 (JGP)

JOHN W. SNOW
Secretary of the Treasury

       Defendant

**SCHEDULING ORDER**

This case came before the Court for a scheduling conference on September 20, 2005. In accordance with the representations of the parties, and the Joint Statement submitted to the Court, it is hereby

**ORDERED**:

1. The parties shall make all initial disclosures pursuant to FRCP 26(a)(1) within 15 days.

2. The parties shall serve all discovery requests within 45 days. The parties shall limit interrogatories to not more than twenty-five (25) per party. The parties shall complete all discovery within 120 days of initiation.

3. A status hearing shall be held on _____ at _____, in Courtroom ____.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S REPORT PURSUANT TO LOCAL RULE 16.3**

was sent by first class mail

this 13th day of September 2005 to:

Julia K. Douds
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
Ph: (202) 514-5134

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328