UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-0589(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

UPON CONSIDERATION of <u>Defendant's Report Pursuant to Local Rule 16.3</u> and the entire record herein, it is this ____ day of _____, 2005, hereby

ORDERED that the parties shall abide by the deadlines set forth below:

| | |
|---|---|
| Defendant's Pre-Discovery Dispositive Motion | Due September 27, 2005 |
| Plaintiff's Opposition | Due October 11, 2005 (Consistent with Local Rules) |
| Defendant's Reply | October 21, 2005 (Consistent with Local Rules) |
| Initial Disclosures | Due November 21, 2005 |
| Discovery | Concludes 60 days from the date the Court Decides Defendant's Pre-Discovery Dispositive Motion |
| Experts | If appropriate, shall be designated no later than 20 days from commencement of discovery |
| Rebuttal Experts | If appropriate, shall be designated no later 30 days from commencement of discovery |
| Post-Discovery Dispositive Motions | If appropriate, shall be filed within 45 days of the close of discovery |
| Opposition Memoranda | If appropriate, shall be filed within 75 days of the close of discovery |

2

| | |
|---|---|
| Reply Briefs | If appropriate, shall be filed within 90 days of the close of discovery |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723