UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA,** | ) |
|       **Plaintiff,** | )     Civil Action No. 05-1194 (JGP) |
| v. | ) |
| **JOHN W. SNOW,** **Secretary of the Treasury,** | ) |
|       **Defendant.** | ) |

**FOX-NEAL ORDER**

An initial scheduling conference was held in this case on September 20, 2005. During the proceeding, defendant indicated his intent to file a pre-discovery dispositive motion on or before September 27, 2005. Since plaintiff is proceeding *pro se*, and defendant's motion could potentially dispose of this case, the Court is compelled to advice plaintiff of the text of Federal Rule of Civil Procedure 56(e) governing motions for summary judgment.[1]  Rule 56(e) states that:

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or

---

[1] See Fox v. Strickland, 267 U.S.App.D.C. 84, 837 F.2d 507 (1988) (holding that a district court must take pains to advise a *pro se* litigant of the consequences of failing to respond to a dispositive motion); Neal v. Kelly, 295 U.S.App.D.C. 350, 963 F.2d 453 (1992) (holding that *pro se* plaintiffs must be advised that factual assertions in a motion for summary judgment will be accepted as true unless plaintiff submits his own affidavits or other evidence contradicting the assertion).

denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Accordingly, plaintiff is advised that the facts asserted in defendant's motion, and supporting documents and affidavits, will be accepted as true unless plaintiff submits her own affidavits or other evidence contradicting defendant's assertions.

**SO ORDERED.**


**Date: September 21, 2005**                                    **JOHN GARRETT PENN**
                                                                 **United States District Judge**