*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **MARIA V. CARMONA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 05-1194 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN W. SNOW,** | ) | |
| **Secretary of the Treasury,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This case came before the Court for an initial scheduling conference on September 20, 2005. Upon consideration of the parties' individually filed Local Rule 16.3 Reports, it is hereby

**ORDERED:**

1. Defendant shall file his pre-discovery dispositive motion on or before September 27, 2005. Plaintiff shall file her opposition on or before October 11, 2005. Defendant shall file his reply on or before October 21, 2005.

2. Discovery shall begin on September 20, 2005. Each party may take a total of seven (7) depositions. The parties shall limit interrogatories to not more than twenty-five (25) per party. The parties shall complete all discovery on or before January 20, 2006.

3. The parties shall make all initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before November 21, 2005.

4. The parties shall disclose any experts they intend to call as witnesses, and file reports on those witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2). The plaintiff shall provide her expert disclosure report on or before October 20, 2005. The defendant shall provide

his expert disclosure report on or before October 31, 2005.

    5.  The defendant shall file his post-discovery dispositive motion on or before March 7, 2006.  Plaintiff shall file her opposition on or before April 4, 2006, and defendant shall file his reply on or before April 18, 2006.

    6. A status hearing shall be held on **November 15, 2005 at 11:00 a.m.,** in Courtroom 15.


**Date: September 21, 2005**　　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
**United States District Judge**