UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) <br> ) <br>     Plaintiff ) <br> ) <br>     v. ) <br> ) <br> JOHN W. SNOW, Secretary of the Treasury, ) <br> ) <br>     Defendant. ) <br> _____) | Civil Action No. 05-1194(JGP) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

    Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which he must file his motion for summary judgment up to and including Friday, September 30. The current filing deadline is Wednesday, September 28, 2005. Pursuant to Local Rule 7(m), defendant's counsel telephoned the <u>pro se</u> plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

    Recently, defendant's counsel had work-related demands including a supplemental memorandum filed in a Freedom of Information Act case on Friday, September 23 and a document on a Federal Employees' Compensation Act issue both of which required considerable research and both of which took longer than anticipated. Additionally, defendant's counsel has recently requested that the agency representative follow-up on the propriety of including a certain argument in the motion for summary judgment in this case. Accordingly, for these reasons,

defendant does not anticipate being able to file his motion by the current deadline, and thus, respectfully seeks this brief extension up to and including September 30, 2005 to do so.

A proposed order consistent with the relief requested is being filed herewith.

Respectfully submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's *Motion for Enlargement of Time to File Motion for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this <u>26th</u> day of September 2005 to:

Maria V. Carmona<br>
8306 Haven Hill Court<br>
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney