UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,           )<br>                             )<br>   Plaintiff                )<br>                             )<br>   v.                        )<br>                             )<br>JOHN W. SNOW, Secretary of the Treasury, )<br>                             )<br>   Defendant.                 )<br>_____) | Civil Action No. 05-1194(JGP) |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Enlargement of Time to File Motion for Summary Judgment,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including September 30, 2005 to file his motion for summary judgment.

SO ORDERED.

_____         _____
DATE                           UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530