UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1194(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendant hereby submits the following statement of material facts as to which there is no genuine dispute.

1. In the Agency's Investigative Report on plaintiff's administrative claims, the Investigator noted, plaintiff and her representative "did not show up for the interview scheduled on Monday, July 8, 2002, 12:30 pm. Regular and certified return receipt letters were sent to Representative, J. Steven Elbell's address...[and a] telephone voice message [was left] on June 7, 2002...During on-site visit, [plaintiff's] manager advised Investigator that Mrs. Carmona was on annual leave all week per request on June 10, 2002..." Ex. 3, Investigative Report for TD Case No. 01-1155R and EEOC Appeal 01A20044, at 7. The Investigator also noted that plaintiff failed to "provide an affidavit after several attempts..." Id. at 8.

2. Ms. Freedman was the recommending official for the position of Deputy Assistant Inspector General for Program Audits under Vacancy Announcement Number

OIG-01-009. Ex. 4, Declaration of Marla A. Freedman at 6, July 19, 2002. Based on her assessment of the information presented by each candidate, including the interview, Ms. Freedman recommended a candidate other than plaintiff for the position. Id. Notably, during the interviews, plaintiff provided general responses to the questions posed whereas the selectee responded in more specific terms and gave personal accomplishments to illustrate his answers. Ex. 6, Freedman's Interview Notes.

3. Plaintiff failed to make the best qualified list for the position of Deputy Assistant Inspector General for Program Audits under Vacancy Announcement Number OIG-01-043. Ex. 4, Freedman Decl. at 6.

4. Ms. Freedman was the selecting official for the Supervisory Auditor position. Id. Because the position was for the National Director of Enforcement Audits, Ms. Freedman selected Mr. Best because of his work in the enforcement audit area and because he had direct prior work experience with one of Treasury's enforcement bureaus, the Bureau of Alcohol, Tobacco and Firearms. Id. Ms. Freedman also gave consideration to unsolicited positive and supportive comments provided by Mr. Best's peers and subordinates. Id.

Date: September 30, 2005               Respectfully Submitted,


                                       /s/ Kenneth L. Wainstein /dch
                                       _____
                                       KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                       United States Attorney

/s/ R. Craig Lawrence /dch
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
Of Counsel:                         BEVERLY M. RUSSELL, D.C. Bar #454257
Cynthia Langwiser, Esq.             Assistant United States Attorney
U.S. Department of the Treasury     U.S. Attorney's Office
                                    555 4th Street, N.W.
                                    Washington, D.C.  20530
                                    Ph:  (202) 307-0492