# DEPARTMENT OF THE TREASURY
## TREASURY COMPLAINT CENTER
### 800 K STREET, N.W., SUITE 640
### WASHINGTON, D.C. 20001

May 17, 2002

Mr. J. Steven Elbell
P. O. Box 454
Fulton, MD 20759

      Complaint of Maria V. Carmona and
      Paul H. O'Neill, Secretary of the Treasury
      TD Case Number: 01-1155R
      EEOC Appeal No: 01A20044

Dear Mr. Elbell:

This letter refers to the above referenced complaint of discrimination filed on December 18, 2000.

Based on a decision issued by the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC) on December 2, 2001, we are accepting a portion of the complaint for processing under the provisions of the Equal Employment Opportunity Commission (EEOC) regulations, 29 CFR Part 1614. We are also amending this complaint to include your amended claims regarding vacancy announcements numbers OIG-01-043 and OIG101-044. These vacancies are identified as claims 2(b) and (c). Further in the enclosed separate letter, we are requesting clarification of a portion of the complaint and referring a portion to the Department of Treasury, Office of Equal Opportunity Program.

The claims to be investigated are:

(1) Whether the Complainant was discriminated against based on her sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48)), and retaliation (filed prior EEO complaints) when on September 26, 2000, the Complainant was denied office space and furniture commensurate with her position in accordance with the Office of Inspector General's (OIG) established criteria; and

(2) Whether the Complainant was discriminated against based on sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48)), and retaliated against (filed prior EEO complaints) during the merit promotion process (rating, ranking and the evaluation criteria used) when she applied and was not selected:

  (a) on or about December 2002, for the position of Deputy Assistant Inspector General (DAIGA) for Program Audits under Vacancy Announcement Number OIG-01-009;

WASHINGTON CENTER
AN EQUAL OPPORTUNITY EMPLOYER


GOVERNMENT EXHIBIT

-2-

    (b)  on or about March 2002, for the position of DAIGA for Program Audits under Vacancy Announcement Number OIG-01-043; and

    (c)  on or about March 18, 2002, for the position of Supervisory Auditor under Vacancy Announcement Number OIG-01-044.

(3)  Whether the agency's hiring and promotion practice have adversely affected/impacted Hispanic employees, and females, over the age of 40 in regard to selections for senior management positions at the grade 15 level and SES positions.

If you disagree with the claims, please notify me in writing within five days of receipt of this letter. Please be clear and concise in your response. If no response is received, I will assume that you agree with the claims and will proceed with the investigation of the complaint.

An EEO Investigator will be assigned to thoroughly investigate all aspects of the claims accepted for processing. In accordance with § 1614.108(c)(2) of the regulations, the investigator has the authority to administer oaths and to require employees to furnish affidavits under oath or affirmation without a promise of confidentiality. Alternatively, the investigator may obtain written statements under penalty of perjury. In order to facilitate a timely and efficient investigation, the complainant has a responsibility to cooperate with the investigator in timely scheduling an appointment, meeting with the investigator and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

In accordance with §1614.603 of the regulations, the parties must make reasonable efforts to voluntarily settle the complaint throughout the process. The terms of any settlement agreement will be reduced to writing, and you will be given a copy.

Upon completion of the investigation, you will be furnished a copy of the Investigative File and an election form on which you may elect one of the following options: (1) a hearing before an EEOC Administrative Judge with a subsequent final decision by the Department of the Treasury; (2) a final decision by the Department of the Treasury without a hearing; or (3) withdrawal of your complaint.

You will have the right to appeal the Department's final decision to the EEOC, Office of Federal Operations, or file a civil action in federal district court. These rights will be further explained at the time you receive the final decision.

-3-

If you have any further questions regarding the processing of your complaint, please contact EEO Specialist Viola Cole at (202) 283-9489.

Sincerely,

Deborah W. Jenkins
Acting Director

cc:   Compliance Officer
      Office of Federal Operations
      Equal Employment Opportunity Commission
      P. O. Box 19848
      Washington, DC  20036

Enclosed:
   ➢ Clarification Letter
   ➢ Referral letter to the Department of the Treasury