# INVESTIGATIVE REPORT

## U.S. DEPARTMENT OF THE TREASURY

Ms Maria V. Carmona
P. O. Box 454
Fulton, MD  20759

| | |
|---|---|
| Complainant | TD Case No: 01-1155R |
| | EEOC Appeal: 01A20044 |

and

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC  20220

| | |
|---|---|
| Agency | Office of Inspector General |

## INVESTIGATIVE REPORT



GOVERNMENT EXHIBIT 3
05-1194

Issued by:   Nancy Dunford, Treasury Complaint Center, Washington DC



RECEIVED
AUG 6 - 2002

01

I.  **Description of Complaint**

A.  Complainant's Name and Address:

   Maria V. Carmona
   P. O. Box 454
   Fulton, MD 20759

B.  Complainant's position title, series, grade and office location at the time of the alleged discriminatory incident(s):

   Audit Manager (Supervisory Auditor), GM-511-14, Audit Directorate, Banking and Fiscal Service, Office of The Inspector General, Treasury Department.

C.  Name and location of the bureau and office named in the complaint, or in which the complaint arose.

   Same as above.

D.  Bases: sex, national origin (Hispanic), age and reprisal

E.  Claims:

   (1) Whether the Complainant was discriminated against based on her sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48)), and retaliation (filed prior EEO complaints) when on September 26, 2000, the Complainant was denied office space and furniture commensurate with her position in accordance with the Office of Inspector General's (OIG) established criteria; and

   (2) Whether the Complainant was discriminated against based on sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48)), and retaliated against (filed prior EEO complaints) during the merit promotion process (rating, ranking and the evaluation criteria used) when she applied and was not selected:

   (a) on or about December 2001, for the position of Deputy Assistant Inspector General (DAIGA) for Program Audits under Vacancy Announcement Number OIG-01-009;

   (b) on or about March 2002, for the position of DAIGA for Program Audits under Vacancy Announcement Number OIG-01-043; and

   (c) on or about March 18, 2002, for the position of Supervisory Auditor under Vacancy Announcement Number OIG-01-044.

(3) Whether the agency's hiring and promotion practice have adversely affected/impacted Hispanic employees, and females, over the age of 40 in regard to selections for senior management positions at the grade 15 level and SES positions.

F. Key dates in the Complaint process

| | | |
|---|---|---|
| 1. | Date of Alleged Discriminatory Incidents: | 09/25/2000 |
| 2. | Date of Counselor Contact: | 09/25/2000 |
| 3. | Date of Notice of Right to File: | 11/01/2000 |
| 4. | Date Formal Complaint Filed: | 12/18/2000 |
| 5. | Date Complaint Accepted: | 05/17/2002 |

G. Remedies requested: To be determined following a complete investigation of all claims and development of a complete factual record.

## II. Description of the Investigation

A. Investigator

Ms. Nancy Dunford
800 K Street NW, Suite 640
Washington, DC 20001
202-283-8900

B. Dates of Investigation: 07/08/2002 – 08/05/2002

C. Place of Investigation: On-site, Washington, DC

D. Date Investigative Report Completed: 08/05/2002

## III. Table of Exhibits

**TAB**

1. Formal Complaint of Employment Discrimination/Attachments

2. EEO Counseling Report / NOTICE OF RIGHT TO FILE / and all documents generated in the informal process

3. Complaint Center's letters of: acknowledgement, acceptance, partial dismissal letters, consolidations, amendments and revisions of the claims, original dismissal letter and remand and authorization to investigate.

4.   Affidavit of Maria V. Carmona and Attachments

5.   Affidavit of Jeffrey Rush, Jr., Principle Management Official

6.   Affidavit of Dennis Schindel, Principle Management Official

7.   Unsworn Declaration of Marla Freedman, Principle Management Official and Attachments

7a.  Unsworn Declaration of Don Benson, Management Official

8.   Affidavit of Donald R. Kassel, Management Official

9.   Unsworn Declaration of Barry Savill, Management Official

10.  Unsworn Declaration of Emilie M. Baebel, Management Official

11.  Unsworn Declaration of Robert Hardos, Witness

12.  Affidavit of Edith A. Greenip, Human Resources Officer

13.  Affidavit of Theresa Mingo, Human Resources Specialist

14.  Vacancy Announcement Number OIG-01-009, Deputy Assistant Inspector General for Program Audit (DAIGA), ES-511

   Exhibit A – Position Description, (See attached Note from Personnel)
   Exhibit B – Roster of Eligibles for Promotion and Promotion Certificate
   Exhibit C – Complainant's Application "A"
   Exhibit D – Selectee – Applicant "B"
   Exhibit E – Applicant "C"
   Exhibit F – Applicant "D"
   Exhibit G – Applicant "E"
   Exhibit H – Applicant "F"
   Exhibit I – Applicant "G"
   Exhibit J – Applicant "H"
   Exhibit K – Applicant "I"
   Exhibit L – Applicant "J"
   Exhibit M – Applicant "K"
   Exhibit N – Applicant "L"

15.  Vacancy Announcement Number OIG-01-043, Deputy Assistant Inspector General for Program Audit (DAIGA), ES-511

   Exhibit A – Position Description, (See attached Note from Personnel)
   Exhibit B – Roster of Eligibles for Promotion and Promotion Certificate

Exhibit C – Complainant's Application "A"
Exhibit D – Selectee – Applicant "B"
Exhibit E – Applicant "C"
Exhibit F – Applicant "D"
Exhibit G – Applicant "E"
Exhibit H – Applicant "F"
Exhibit I – Applicant "G"
Exhibit J – Applicant "H"
Exhibit K – Applicant "I"
Exhibit L – Applicant "J"
Exhibit M – Applicant "K"
Exhibit N – Applicant "L"
Exhibit O – Applicant "M"
Exhibit P - Applicant "N"
Exhibit Q – Applicant "O"
Exhibit R – Applicant "P"
Exhibit S – Applicant "Q"
Exhibit T – Applicant "R"
Exhibit U – Applicant "S"
Exhibit V – Applicant "T"
Exhibit W – Applicant "U"
Exhibit X – Applicant "V"
Exhibit Y – Applicant "W"
Exhibit Z – Applicant "X"
Exhibit AA – Applicant "Y"
Exhibit BB – Applicant "Z"
Exhibit CC – Applicant "AA"
Exhibit DD – Applicant "BB"
Exhibit EE – Applicant "CC"
Exhibit FF – Applicant "DD"
Exhibit GG – Applicant "EE"
Exhibit HH – Applicant "FF"
Exhibit II – Applicant "GG"

16. Vacancy Announcement Number OIG-01-044, Supervisory Auditor, GS-511-15, Office of Audit, Program Audits, Washington, DC

   Exhibit A – Position Description and SF-50-B for Selectee
   Exhibit B – Roster of Eligibles for Promotion and Promotion Certificate
   Exhibit C – Complainant's Application "A"
   Exhibit D – Selectee – Applicant "B"
   Exhibit E – Applicant "C"
   Exhibit F – Applicant "D"
   Exhibit G – Applicant "E"
   Exhibit H – Applicant "F"

Exhibit I – Applicant "G"

17. Data on all selections to the position of DAIGA and Supervisory Auditor for the past two years, March 2000 to 2002, with sex, national origin and date of birth (identified by selecting official with name, sex, national origin and date of birth.

18. Selections of Hispanic and Female employees at the GS-14 and 15 levels from 1997 to 2002, identified by sex and national origin

19. Selections of Audit employees at the GS-14 and 15 levels from 1997 to 2002, identified by date of birth

20. SES Selections for Audit by sex, national origin and date of birth

21. Standard Form 50-B for Complainant

22. Position Description for Complainant

23. Complainant Performance Evaluations for the period September 1999 through March 2002

24. Information on Special Emphasis Activities (Hispanic Heritage Month, Federal Women Program, Black History Program, Asian/Pacific Program) for the past 2 – 5 years

25. Program Information/regulations regarding the Recommendation and Selection for the SES for the past five years (March 1997 – 2002)

26. Information about the Complainant's Prior EEO Activity

27. Letter dated July 9, 2002, Judy Mullen, Director, Asset Management, regarding OIG Regulations on assignment of office space and furniture commensurate with the grade level of employees for the past two years (September 1998 – 2000)

28. OIG Manual Transmittal No. 32, Chapter 2110, Recruitment, Promotion and Internal Placement

29. Organization Chart, Office of the Inspector General, identified by Date of Birth, National Origin and Sex

**IV.     Investigator's Notes**

Complainant and Representative did not show up for the interview scheduled on Monday, July 8, 2002, 12:30 pm. Regular and certified return receipt letters were sent to Representative, J. Steven Elbell's address as well as telephone voice message on June 7, 2002. (see a copy of letter under TAB 4). During on-site visit, Complainant's manager advised Investigator that Mrs. Carmona was on annual leave all week per request made on June 10, 2002, copy of request under TAB 4.

Mr. Don Benson's named was mentioned in the selecting official's affidavit, Marla Freedman (Ex. 7, p. 403). The selecting official stated that she did not rely on recommendations from other management officials when she made her selection. However, Mr. Benson participated with her in conducting interviews for vacancy announcement OIG-01-044 and she considered his comments and observations. Mr. Benson was contacted to provide an affidavit.

## Investigative Summary

**Complainant:**   Maria V. Carmona and Paul H. O'Neill,
Secretary of the Treasury

**TD Case Number:** 01-1155R

**Accepted Claims:**[1]

(1) Whether the Complainant was discriminated against based on her sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48), and retaliation (filed prior EEO complaints) when on September 26, 2000, the Complainant was denied office space and furniture commensurate with her position in accordance with the Office of Inspector General's (OIG) established criteria.

(2) Whether the Complainant was discriminated against based on sex (female), national origin (Hispanic), age (DOB: October 18, 1952 (48), and retaliated against (filed prior EEO complaints) during the merit promotion process (rating, ranking and the evaluation criteria used) when she applied and was not selected:

  **(a)** on or about December 2002, for the position of Deputy Assistant Inspector General (DAIGA) for Program Audits under Vacancy Announcement Number OIG-01-009;

  **(b)** on or about March 2002, for the position of DAIGA for Program Audits under Vacancy Announcement Number OIG-01-043; and

  **(c)** on or about March 18, 2002, for the position of Supervisory Auditor under Vacancy Announcement Number OIG-01-044.

(3) Whether the agency's hiring and promotion practice have adversely affected/impacted Hispanic employees, and females, over the age of 40 in regard to selections for senior management positions at the grade 15 level and SES positions.

### Background

The Complainant is an employee of the Office of Inspector General (OIG). She is currently an Audit Manager (Supervisory Auditor), GM-511-14, Audit Directorate, Banking and Fiscal Service, within the Office of Audit in Washington, DC. IF, Ex. 2, p. 16

---

[1] The Complainant did not provide an affidavit after several attempts; therefore, the record contains limited or no pretext argument for the Complainant.

1

### Claim 1 - denied office space & furniture

**Complainant's Allegation:**

According to the Complainant, senior management has not assigned her office space and furniture in keeping with the established criteria of seniority, as applied to others. The Complainant states that this has resulted in her suffering in terms of prestige both within the organization and to external parties who have occasion to visit the American Bar Association building for professional reasons. IF, Ex. 2, p. 22

**Management's Articulation:**

Ms. Marla Freedman, Assistant Inspector General for Audit (sex - female, age DOB: October 19, 1962, with knowledge of the Complainant's previous involvement in the EEO process) states that she was responsible for locating program auditors in the 740 15th street building who were displaced as a result of closing the other Washington, DC site located at 1255 22nd street. According to Ms. Freedman, to accomplish her goal, she obtained assistance from an audit manager with the placement of personnel and furniture from 1255 to 740. The determination of office space was based on seniority (time-in-grade/length of service), for the most part. There were some exceptions because they tried to keep (1) disruptions to a minimum and (2) related Directorates together as best they could. A drawing of the floor plan and office space to determine placement of personnel was used. Based on the Complainant's time-in-grade, she was junior, in terms of seniority. Accordingly, she was assigned the second largest/windowed GS-14 office on the 6th floor, based on the drawing and the general location of her Directorate. Based on the drawing, the office assigned to the Complainant appeared to be the largest/windowed office available for her grade in the approximate area that her Directorate was located. Ms. Freedman discussed the Complainant's request to move with the Assistant Inspector General for Audit at the time, Mr. Dennis Schindel. They decided that they would not grant the Complainant's request because it was felt that they were already dealing with enough disruption and wanted to minimize it as much as possible. The Complainant was addressed of the decision and that as space opened up, she would be given the opportunity to move into other space in the future. Since then the Complainant was given two opportunities (in November 2001 and May 2002) to move into larger office space and declined both offers. IF, Ex. 7, pp. 397 & 398

Mr. Dennis Schindel, Deputy Inspector General (IG) (sex - male, age (DOB: April 8, 1950), with knowledge of the Complainant's previous involvement in the EEO complaint process) states his recollection is that his Deputy Assistant Inspector General for Program Audits, Ms. Marla Freedman, brought this matter to his attention. They both discussed it and agreed that no action should be taken to change the Complainant's office space. This was a joint decision made by him and Ms. Freedman. Based on Ms. Freedman's explanation to him of the process that was followed in assigning office

space and the fact that the difference in the Complainant's office space and that of the Complainant's peers was so minute, there was no reason to go through the disruption of shifting office space. IF, Ex. 6, pp. 392 and 393

Mr. Donald R. Kassel, National Director Banking and Fiscal Service (sex - male, age (DOB: May 19, 1949), with knowledge of the Complainant's prior EEO activity)) states that the only furniture item that he remembers that may have been denied, was a small conference/work table that was in the Complainant's office at West End Court. This item would not fit in the 740 15th Street office, so it was not included in the Complainant's set up. However, it was not his decision about the Complainant's office space nor did he have input into the decision. IF, Ex. 8, p. 434

### Other Evidence

The record states that there is not an OIG regulation in place regarding the assignment of office space. Each office allocates office space, i.e., Office of Audit and Office of Investigations. IF, Ex. 26, p. 2283

### Claim 2a - nonselection - VA #OIG-01-009

**Complainant's Allegation:**

The Complainant states that she made the best qualified list and was interviewed, but was not selected for the position of Deputy Assistant Inspector General. IF, Ex. 3, p. 327

Also, see Footnote number 1 regarding this claim.

**Management's Articulation:**

Mr. Jeffrey Bush Jr., IG (sex - male, age ((DOB: October 1, 1946, with knowledge of the Complainant's prior EEO activity) was the selecting official for this position. The selection was made on July 30, 2001. IF, Ex. 14, p. 464

Mr. Bush, tentatively selected candidate, Mr. Barry Savill, who later withdrew. Mr. Bush relied on upon the recommendation of the Assistant IG for Audit, Ms. Marla Freedman. IF, Ex. 5, p. 389

Ms. Marla Freedman, Assistant IG for Audit (sex - female, age (DOB: October 19, 1962), with knowledge of the Complainant's previous involvement in the EEO process) states that she was the "recommending official" for this vacancy announcement. Further, Ms. Freedman made an assessment based on the collection of information presented by each candidate, including the interview. Based on that assessment, Ms. Freedman recommended Mr. Barry Savill for selection. IF, Ex. 7, p. 401

3

**Other Evidence:**

A vacancy announcement was posted for a DAIG for Program Audit, ES-511, OIG, Office of Audit. The position opened March 19, 2001 and closed April 17, 2001. IF, Ex. 14, p. 452

The Executive Resources Board (ERB) met on May 15, 2001 and completed its evaluation of candidates on May 25, 2001 for the position of DAIGA. The Complainant applied for the position and was named best qualified. IF, Ex. 7, p. 401 and Ex. 14, p. 464

The tentative selectee, Mr. Barry Savill (sex - male, age (DOB: February 10, 1948) was selected pending Office of Personnel Management (OPM) approval. However, Mr. Savill left the agency before assuming the position. IF, Ex. 9, pp. 437 & 439

Mr. Bush made two selections over the past two years (1 male and 1 female). IF, Ex. 5, p. 390

The record shows the selections made by selecting officials and the selectees for the position of GAIGA in OIG from March 2000 to March 2002, identified by name, sex, race and age. Ex. 17, p. 2234

The record shows selections made of Hispanic and female employees at the GS-14 and GS-15 grade levels from 1997 to 2002. IF, Ex. 18, p. 2235

The record shows selections made of Audit employees at the GS-14 and GS-15 grade levels from 1997 to 2002, identified by date of birth. IF, Ex. 19, p. 2236

The record shows selections made of SES employees for Audit identified by sex, national origin and date of birth. IF, Ex. 20, p. 2237

**Claim 2b - nonselection - VA #OIG-01-043**

**Complainant's Allegation:**

See footnote number 1 regarding this claim.

**Management's Articulation:**

The Selecting Official, Mr. Jeffrey Rush tentatively selected a candidate that is pending concurrence by OPM. Mr. Bush relied on upon the recommendation of the Assistant IG for Audit, Ms. Marla Freedman. IF, Ex. 5, pp. 389 & 390

Ms. Marla Freedman, Assistant IG for Audit (sex - female, age (DOB: October 19, 1962, with knowledge of the Complainant's previous involvement in the EEO process) states that she was the "recommending official" for this vacancy announcement. IF, Ex. 7, p. 401

4



Ms. Freedman states that since the Complainant did not make the Best Qualified List for this position, she did not have the opportunity to consider her for recommendation to the selecting official. IF, Ex. 7, p. 404

The Personnel Specialist, Ms. Edith A. Greenip, (sex - female, age (DOB: March 18, 1949) states that she announced the job and the applications were received. Ms. Greenip was responsible for processing the promotion package. She states that she followed standard procedures for the ranking but the selecting official handled the interview. She reviewed the applications to see if the candidates met the minimal qualifications. She did the screening and would screen out someone who did not qualify. The ERB decides if the candidates were qualified. The ERB rated and ranked the applications and determined the breaking point for the Best Qualified List (BQL). The BQ was then referred to the selecting official. Ms. Greenip states that they were in compliance with OIG guidelines and OPM guidance. They are not covered by a union agreement. IF, Ex. 12, pp. 446 - 448

**Other Evidence:**

Vacancy Announcement Number #OIG-01-043 was posted for a DAIGA, ES-511, OIG, Office of Audit. The position opened October 30, 2001 and closed November 29, 2001. IF, Ex. 15, p. 901

The ERB met on March 22, 2002 and completed its evaluation of candidates for the position of DAIGA. The Complainant applied for the position and was not named BQL. IF, Ex. 15, p. 910

The record shows the scores of the BQ applicants. The scores ranged between 97 and 100. The Selectee scored 97. The Complainant scored 94; therefore, she was not considered best qualified. Ex. 15, pp. 910 - 912

**Claim 2c - VA #OIG-01-044**

**Complainant's Allegation:**

The Complainant states that she applied for the position, made the BQL, was interviewed; however she was not selected for the position of Supervisory Auditor, GS-511-15. IF, Ex. 3, p. 315

See footnote number 1 regarding this claim.

5

**Management's Articulation:**

Ms. Marla Freedman, Assistant Inspector General for Audit (sex - female, age (DOB: October 19, 1962), with knowledge of the Complainant's previous involvement in the EEO process) states that she was the "selecting official" for this vacancy announcement. IF, Ex. 7, p. 401

Ms. Freedman states that because the position was for National Director of Enforcement Audits, she considered the relevancy of the selectee, Mr. Best's experience. In addition, to working in the Enforcement audit area for sometime, the selectee had direct prior work experience with one of the law enforcement bureaus, Alcohol, Tobacco and Firearms (ATF). Ms. Freedman also considered some of the selectee's audit achievements and accomplishments. The selectee had led the President's Committee on Integrity and efficiency (PCIE) government-wide audit of debt collection improvement act results. This job received a significant amount of Congressional interest. This was a difficult task and the selectee of this position met all timeframes on this assignment. The Complainant's work was thorough, however, it is generally not as timely as the work of others at her grade level. Ms. Freedman states that she did not "rely" on the recommendations of other management officials when she made her selection. IF, Ex. 7, pp. 402 and 403

**Other Evidence:**

The Complainant made the BQL; however, she was not selected.
IF, Ex. 7, p. 401 and IF, Ex. 16, pp. 1918 and 1919

Alexander Best (sex- male, race - black, age (DOB: 4-23-54) was selected.
IF, Ex. 16, p. 1919 and Ex. 17, p. 2234

The selecting official made two selections over the past two years and one recommendation (2 males, age unknown and national origin unknown) IF, Ex. 7, p. 404

The record shows interview notes taken by Ms. Marla Freedman. IF, Ex. 7, pp. 413 -432

**Claim 3 - nonselection for Senior Management positions @ GS-15 level**

**Complainant's Allegation:**

See footnote number 1 regarding this claim.

**Management's Articulation:**

Ms. Marla Freedman, states that she has been a senior manager in the OIG at the GS-15 level since 1994 and at the SES level since 1998. Based upon her knowledge of the organization, management has unequivocally NOT manipulated the personnel system in violation of the merit system principles. Mr. Donald R. Kassel, National Director Banking and Fiscal Service

6

(sex: male - age (DOB: May 19, 1949), with knowledge of the Complainant's prior EEO activity) is not aware of any OIG management manipulating the personnel system. IF, Ex. 7, p. 405, Ex. 8, p. 436

**Other Evidence:**

The record shows selections made of employees at the GS-14 and GS-15 grade levels from 1997 to 2002. No Hispanics were selected. IF, Ex. 18, pp. 2233 and 2235

The record shows selections made of audit employees at the GS-14 and GS-15 grade levels from 1997 to 2002, identified by date of birth. IF, Ex. 19, p. 2236

The record shows selections made of SES employees for Audit identified by sex, national origin and date of birth. IF, Ex. 20, p. 2237



# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220



FEB 1 2001

Mr. J. Steven Elbell
P.O. Box 454
Fulton, MD 20759-0454

Dear Mr. Elbell:

This is in response to Ms. Maria V. Carmona's correspondence dated December 18, 2000, consisting of a letter to the Secretary of the Treasury, accompanied by an individual complaint of employment discrimination. This correspondence has been referred to this office for a response.

In Ms. Carmona's letter she alleges that she was not assigned an EEO counselor in a timely manner in accordance with 29 C.F.R. §1614 and EEO MD-110, and that the Department has refused to provide her with a Notice of Right to File a Discrimination Complaint. On October 18, 2000, in a letter to Secretary Summers, Ms. Carmona requested a counselor, due to the inability of the Office of Inspector General (OIG) to assign Ms. Carmona a counselor. In response to that request, a counselor was assigned and the counselor attempted to contact you, as Ms. Carmona's representative, on October 30, 2000. On November 2, 2000, you indicated that you had elected not to contact the counselor on Ms. Carmona's behalf.

EEO counseling is a necessary requirement prior to filing an EEO complaint. While there was a delay in finding a counselor for Ms. Carmona, due to a reorganization of the EEO Office within the OIG as well as the request for an outside counselor, this delay does not obviate the need to engage in the EEO counseling process. The EEO counselor will define the issues and bases of the complaint, provide the Complainant with notice of her rights and responsibilities, and attempt to resolve the complaint. Accordingly, I urge you to contact the EEO counselor and engage in the EEO counseling process or risk dismissal of Ms. Carmona's EEO complaint.

In the meantime, the Office of Equal Opportunity Program (OEOP) will immediately forward Ms. Carmona's discrimination complaint to the Treasury Complaint Center (Washington) for a determination on its acceptance or dismissal. The Center will contact you directly with its determination. If the complaint is accepted, it will be investigated and processed in accordance with Treasury Department procedures. Although Ms. Carmona has requested an investigator from outside of the Department, I see no conflict of interest in processing this complaint under normal procedures.

With regard to the other allegations raised in your December 18 letter to Secretary Summers, let me assure you that the Department is concerned with addressing all complaints of discrimination, including individual complaints as well as class action

000001

complaints. There is no effort, on the part of any management official within Treasury, to force Hispanic employees to leave Treasury in order to prevent such employees from filing a class action suit. In fact, the Department has been working closely with the National Association of Hispanic Federal Employees (NAHFE) to improve Treasury's performance in hiring and promoting Hispanic employees. I have also asked OEOP to work with the OIG to ensure that OIG employees are properly informed of the procedures for contacting EEO counselors.

If you have further questions, please contact Marcia H. Coates, Director, Office of Equal Opportunity Program, on (202) 622-1170.

Sincerely,

Kay Frances Dolan
Deputy Assistant Secretary (Human Resources)

000002

**Morgan-Gaide Michael**

| | |
|---|---|
| From: | Mariam.Harvey@do.treas.gov |
| Sent: | Monday, February 05, 2001 3:33 PM |
| To: | Michael.Morgan-Gaide@irs.gov |
| Cc: | Lisa.Jones@do.treas.gov; Joan-Ellen.Marci@do.treas.gov |
| Subject: | New Maria Carmona complaints |

Michael -- we have a new Maria Carmona complaint (dated 12/18/2000, which was filed as a letter to Secretary Summers.) We are referring the complaint to your office for processing. However, please note that Ms. Carmona did not complete EEo counseling. She has been advised to contact the counselor and engage in counseling or risk dismissal of her EEO complaint.

We are sending the complaint (with enclosed notebook) to you.

000003

1