**Carmona, Maria V.**

| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Wednesday, September 13, 2000 8:16 AM |
| To: | Kassel, Donald R. |
| Subject: | Assignment of Office Space and Furniture |
| Importance: | High |

Don,

I am writing as a follow up to my request that I be assigned office space and furniture commensurate with my position in the OIG in accordance with established criteria.

It is my understanding that an employee's seniority (length of time) at the current grade level is the criteria for assigning the following for the staff that is moving to 740 15th Street from West End Court.

1. Office space.
2. Modular furniture (wood-grain rather than gray laminate).

Based on this understanding, when we met on Friday (Sept. 8), I requested to be assigned the office space currently designated for Alex Best (604 on the floor plan), rather than the office space designated for me (603 on the floor plan). It is my understanding that I have seniority.

The two offices are next to each other and were in the process of being 'built out' when you and I went to look at the space on Friday. You stated that the space designated 604 is in fact the better office (size, natural light), and told me that you would discuss the matter with Marla.

Yesterday, after Ethics Training, you mentioned that you had talked with Marla, but did not know if she planned to make any change in office assignment in response to my request, even though a number of other revisions in the assignment of office space have been made.

As you are aware, I was not given an opportunity to have any previous input into the assignment of my office space. It is my understanding that Dennis and Marla made all of the determinations.

As we both agreed, assignment of office space is important; as such, and in accordance with established OIG criteria, I request to be assigned to the office space designated 604 and to be assigned the wood-grain modular furniture, in keeping with my seniority in the OIG.

Thank you,

Maria


GOVERNMENT EXHIBIT 5 05-1194

| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Wednesday, November 08, 2000 7:32 AM |
| To: | Freedman, Marla A. |
| Cc: | Schindel, Dennis S.; Baebel, Emilie M.; Kassel, Donald R. |
| Subject: | Assignment of Office Space and Furniture |

Marla,

When I last spoke with you regarding the assignment of office space on September 26, 2000, you stated that you had discussed the matter with Dennis Schindel; that management had decided not to honor my request to be assigned office space and furniture in keeping with the established criteria, i.e., seniority within the OIG; that management had decided that no changes in office assignment would be made after the date that the telephone work order was submitted; and that management was not going to make any wholesale changes.

Yet, it is my understanding that changes in the assignment of office space at 740 15th Street were made for certain individuals immediately prior to the move from West End Court.

It is also my understanding that wholesale changes in office space have in fact occurred recently within the Office of Audit. Specifically, to my knowledge, the following members of the staff have moved: Chris Heppe, Iris Hudson, John Lemen.

As you know, when I requested to be assigned office space and furniture in keeping with my seniority, there was a vacant office next to the office that I was assigned, which both you and Don Kassel have agreed is a better office.

Why is it that the policy decision of no changes in offices that was communicated to me as the reason why I could not be assigned space in keeping with the established criteria of seniority does not apply equally to other members of the Office of Audit?

As I mentioned during our discussions on September 25 and 26, I feel that I am being treated in a disparate and discriminatory manner. The fact that changes in the assignment of office space have occurred for others within the Office of Audit but not for me clearly illustrates this.

Maria

D-2

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, November 08, 2000 11:55 AM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Schindel, Dennis S.; Baebel, Emilie M.; Kassel, Donald R. |
| **Subject:** | RE: Assignment of Office Space and Furniture |

Maria,

In response to the issues you raised below, there was rationale behind all decisions. In saying that, I would be happy to discuss that rationale with you anytime. Briefly, however, in addition to seniority (which we've already discussed) there was also consideration given to keeping Directorates together on one floor. So, ALL decisions/office assignments were made with that in mind -- (1) keeping Directorates together on one floor (primary), (2) seniority (secondarily). Again, this was all done based on drawings/blue prints provided by the contractors of office space.

With regard to the Hudson, Heppe, Lemen move, that was done whenever Andy Pasden retired (leaving us with an office on the 5th floor). Whenever Andy vacated his office, the procedure was the same as it had been throughout the process of office assignments. The Evaluation Directorate and the DO/Mfg/Procurement Directorate were both located on the 5th floor. Therefore, we checked seniority of the 14s in those two Directorates and found that Bill S has seniority -- however, he didn't want to move. The next most senior 14 is Chris H -- he did want to move (this is what allowed Iris to move into Chris' vacated office). As you'll recall, her office ended up being significantly smaller than what was provided to us by the contractors. Nevertheless, it should be noted that the moves would NOT have occurred if Andy's office had not come available due to his retirement.

Again, if you'd like to chat further about this, just stop by.

Marla

>     -----Original Message-----
>     **From:** Carmona, Maria V.
>     **Sent:** Wednesday, November 08, 2000 7:32 AM
>     **To:** Freedman, Marla A.
>     **Cc:** Schindel, Dennis S.; Baebel, Emilie M.; Kassel, Donald R.
>     **Subject:** Assignment of Office Space and Furniture
>
>     Marla,
>
>     When I last spoke with you regarding the assignment of office space on September 26, 2000, you stated that you had discussed the matter with Dennis Schindel; that management had decided not to honor my request to be assigned office space and furniture in keeping with the established criteria, i.e., seniority within the OIG; that management had decided that no changes in office assignment would be made after the date that the telephone work order was submitted; and that management was not going to make any wholesale changes.
>
>     Yet, it is my understanding that changes in the assignment of office space at 740 15th Street were made for certain individuals immediately prior to the move from West End Court.
>
>     It is also my understanding that wholesale changes in office space have in fact occurred recently within the Office of Audit. Specifically, to my knowledge, the following members of the staff have moved: Chris Heppe, Iris Hudson, John Lemen.
>
>     As you know, when I requested to be assigned office space and furniture in keeping with my seniority, there was a vacant office next to the office that I was assigned, which both you and Don Kassel have agreed is a better office.

D-3

Why is it that the policy decision of no changes in offices that was communicated to me as the reason why I could not be assigned space in keeping with the established criteria of seniority does not apply equally to other members of the Office of Audit?

As I mentioned during our discussions on September 25 and 26, I feel that I am being treated in a disparate and discriminatory manner. The fact that changes in the assignment of office space have occurred for others within the Office of Audit but not for me clearly illustrates this.

Maria

D-4

