NAME _Maria Carmona_  TIME _July 12 @ 9:00 AM_

1. What skills and experience would you bring to this position?

- strong leadership skills (e.g., as acting director)
- works well w/people -- subordinates/peers/higher level people/external parties (OMB/GAO)
- exp w/in the T (done something in every bureau) - broad exp.
- very good technical skills
- leadership, mgmt, tech (whole package)

2. What do you feel is the most ~~important aspect of~~ role the position of DAIGA?

The ability to lead an org.
Ability to form a working team (where people are willing to work w/ each other)
External liaison (communication skills) -- coalition building w/ the hill and other Federal entities
Operational issues (budget/allocation/awards/training)
~~Bottomline~~ → delivering the product and build on reputation

3. Describe your management style?

Participatory style -- talking w/ people -- teamwork
listen to peoples ideas
Tries to give recognition to members of the staff whenever possible (it helps develop all staff members)


GOVERNMENT EXHIBIT
05-1194

4. A priority for the OIG is increased productivity and timeliness in completing our work. Provide us with some examples of how you have improved productivity and timeliness in the past?

Tough area. Part of the concern is the staffing -- need to address non-productive staff. We've also lost some highly productive resources (we've also been spending time on non-direct issues, like w/ MS).
The Directors and AMs should be more hands on. Maybe techniques like report conferences. Also, maintain continuity on jobs. Standardization does help. Focus* would be

5. What would you consider your most significant accomplishments (why)?

① Working as acting director in Finance and Debt. The group came together, worked together well, high productivity (7 reports during her acting). Assignments that merited awards.**
② Founding of the office of oversight
③ IRS job (actually saw Aus as a result)
④ Worked for a not for profit where she put together an automated acctg system -- helped get them on a sound financial position.*

6. What is the most difficult task being a manager?

Dealing w/ people who are not committed to doing their job and not interested in doing better. Used an example of someone who been allowed to get away w/ so much, so long -- now that she is holding him accountable (he is resisting).

* HQ also gets distracted w/ data calls. Would be nice to keep focus on the job.
** rec'd a leadership award for that.

000424

10. How do you motivate employees to do a good job? On the flip side, how do you deal with non-performers?

Motivation - lead by example. Thinks she a per[son] who employees would want to work w/ and for. Acknowledge, give recognition when approp- Verbal praise/appreciation as well

Non-Perf. - Assess strengths and weaknesses. Look for training opportunities when that might be an issue -- give associated tasks to reinforce training. If these things don't work, then action is necessary.

11. What experience do you have in dealing with executive level managers; with Congress?

- Worked w/ execs @ all levels w/in OIG, outside OIG, and outside Treasury (including T-bureaus).
- (IRS issue) Selected to write the IG's speech/testimony before Congress when she was in oversight (wrote long and short version and prepared the briefing book -- this included working w/ staffers to find out what would be asked).
- She was left as acting IG when he was @ a planning conference.

12. If your were selected for this position and given a "blank check", how would you proceed – that is, what three things would you do first?

- increase staffing in general (even @ full staff currently more should be done) e.g., our law enforcement work
- retention efforts -- signing/retention bonus/rewarding staff    (enhance teamwork)
- team building - opportunities to bring all staff together, improve our working environment (e.g. Conference space); all hands conference

000426

13. What kind of training and development should be provided to an audit staff?

*Staff* – everyone needs a basis from which to start. Maybe we could do some direct training ourselves (put it more on a common ground). Especially, when we have internal policy and procedure). more technical training. Basic stuff – full training to them pr[ior]

(1 or 2 hours would even be good for this purp) (could be done in house, or w/ a vendor)

*Mgmt* – provide more leadership courses Courses/Conferences AT II AICPA

*Overall* – Updates to our ops operational policies and procedures as well, technical
② report writing
③ systems training (automated) – more CAATS & the like

14. Why do you want/did you apply for this position?

Thinks she's highly qual. for the position. She would do an excellent job and feels it would be a positive challenge for her. Thinks she could do a really good job -- bring a lot of experience; has the interpersonal skills that would be req'd as well as the communication skills. Thinks she would have a positive effect on the organization.

000427

NAME Barry Savill     TIME 2:00 PM / 6/20/01

1. What skills and experience would you bring to this position?

Experience - Blend of regional and field and HQ exp. His 15 in the field. Has held everything in HQ from planning and policy. Was special assist. to the IG. Has opportunity to testify w/ the DIG. Point person PCIE Audit Committee. Wrote speeches for the IG. Now h 7 bureaus, with limited resources.

Skills - Good communicator; works well w/ people. Has the ability to bring compromise where none seemed possible.

2. What do you feel is the most important role ~~aspect of the position~~ of DAIGA?

We have strong mgmt in the field

Infrastructure is a problem -- MIS is greatly needed -- would guarantee we could get something in place w/in 12 months.

We need to develop and/or create a group here to keep HQ staff in check.

Do more w/ regard to planning and priority setting

3. Describe your management style?

Get involved, not just w/ the work, but also w/ the people. Manage by walking around (Communicate)

000428

4. A priority for the OIG is increased productivity and timeliness in completing our work. Provide us with some examples of how you have improved productivity and timeliness in the past?

Keeping on top of the jobs and the RIGAs... set the goals (keep prodding them). Need to know about jobs that are missing timeframes. Can do some numbers games, but we need significant work... watch scope creep.

Need to stay on top of it! Write while you're in the field... issue interim rpts.

5. What would you consider your most significant accomplishments (why)?

In 2 instances he developed regional office from nothing (VA and Treasury) (and 2 field offices)... did everything from find space, office furniture to hire staff. Grew 7 Regional office from nothing to 32 FTE.

Worked w/ Labor OIG to come up w/ the Master contract for the committee to use through the PCIE.

6. What is the most difficult task being a manager?

People... it's never the work. Sometimes he admits he has a lack of patience. Needs to be a little more sensitive and listen more.

7. Our organization, not unlike others, has gone through and is likely to continue to go through change – how do your handle change? How would you help your staff accept change?

Your own personal philosophy is critical. If staff see you handling Δ well, they are more likely to accept it. Also, once the decision to pursue Δ is made, the quicker you can get there, the better.

He can accommodate and blend into a lot of diff. org. and still get the work done.

Communication is key. Be clear about objectives, goals. Lead by example.

8. What is the most difficult decision you have has to make and why (preferable use a work-related example)? How did you work it out?

When he was RIGA in Boston, he had a 14 rpt'g to him but the AIGA @ the time didn't like the 14. Then we had a lingering rpt and the AIGA wanted the 14 out. Barry did it, but still feels bad about it. He feels he could have helped the 14 develop into a good auditor w/out getting rid of him.

9. What have you done to promote diversity in the workplace?

Been difficult in DC because he hasn't had the positions. Respects all people. Tries to put himself in the shoes of other people. In Boston he had 60% minority/woman represented in the professional series. Started recruiting from colleges where minority students tend to go. Has had opportunities where he could make a difference and he did.

10. How do you motivate employees to do a good job? On the flip side, how do you deal with non-performers?

Motivate - recognition, even if its only a tho you in a staff mtg, certificates, bonuses, showing opp for advancement, money.

Non-perf. - Setting milestones, setting work product clear expectations, trying to find out how they can better be used. Do it right when you interview and hire.

11. What experience do you have in dealing with executive level managers; with Congress?

A lot. Special asst to IG, PGE, IGATI, written testimony for IG, AIGA, meets regularly w/ Congressional staff, has testified. Briefing @ every executive level w/in Treasury except the Secretary.

12. If your were selected for this position and given a "blank check", how would you proceed — that is, what three things would you do first?

① A COTS MIS System
② A salaried special assistant (GS-14)
③ Regularly travel to the Regions, hit each office at least once every 2 months.

4

13. What kind of training and development should be provided to an audit staff?

We should have a std training regiment for each grade level.
Post issuance review team
Back to basics -- yellow book stds.
Internal Q&A reviews

14. Why do you want/did you apply for this position?

Would like to retire as Ops Officer.
Thinks he can make a difference
Improve production, quality, training, the infrastructure.
Would like to make some changes.

000432