

MEMORANDUM FOR JEFFERY RUSH, JR.
             INSPECTOR GENERAL

THROUGH:     Marla Freedman
             Assistant Inspector General
                for Audit

FROM:        Kimberly Mingo
             Human Resources Specialist

SUBJECT:     Executive Resources Board Recommendations of the "Best Qualified" Candidates for the Deputy Assistant Inspector General (DAIG) for Audit, ES-511, Vacancy Announcement OIG-01-043

The Executive Resources Board (ERB) met on March 22, 2002 and completed its evaluation of candidates for the position of DAIG for Audit, announced under Vacancy Announcement OIG-01-043. The ERB found the following candidates to be the "Best Qualified" and recommends referral of these candidates to you for selection consideration.



Ath███
Bow███
Cos███
Ed███
Hin███
Jennings
Ka███
Martin
Murray
Richards
Taylor
Young

Selectee: Robert Taylor, Jr.

In accordance with 5 C.F.R. 317.502, I certify that the selectee meets the qualification requirements of this position and that appropriate merit staffing procedures have been followed.

_____          3/13/02
Jeffrey Rush, Jr.                Date
Inspector General

GOVERNMENT EXHIBIT 7

| | | | | | |
|---|---|---|---|---|---|
| ▓ | 100 | | | | |
| ▓ | 100 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| ▓ | 97 | | | | |
| Carmona, Maria | 94 | | | | |
| ▓ | | | | | |
| ▓ | 94 | | | | |
| ▓ | 94 | | | | |
| ▓ | 94 | | | | |
| ▓ | 91 | | | | |
| ▓ | 91 | | | | |
| ▓ | 91 | | | | |
| ▓ | 91 | | | | |
| ▓ | 85 | | | | |
| ▓ | 82 | | | | |
| ▓ | 79 | | | | |
| ▓ | 76 | | | | |
| ▓ | 73 | | | | |
| ▓ | 73 | | | | |
| ▓ | 73 | | | | |
| ▓ | 70 | | | | |
| ▓ | 70 | | | | |
| ▓ | 70 | | | | |
| ▓ | 70 | | | | |
| ▓ | 70 | | | | |