UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,           )<br>                              )<br>     Plaintiff              )<br>                              )<br>     v.                       )<br>                              )<br>JOHN W. SNOW, Secretary of the Treasury,  )<br>                              )<br>     Defendant.             )<br>_____ ) | Civil Action No. 05-1194(JGP) |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion to Dismiss or for Summary Judgment*, the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 200__, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Beverly M. Russell
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723