UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1194 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. SNOW, | ) | |
| Secretary of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court pursuant to defendant's **Motion for Enlargement of Time to File Motion for Summary Judgment** [#13] and **Plaintiff's Memorandum Regarding Defendant's Failure to Comply with Court Order** [#15]. On September 21, 2005, the Court issued an order setting September 27, 2005 as the deadline for the filing of defendant's pre-discovery dispositive motion. On September 26, 2005, defendant filed a motion for enlargement of time to file his dispositive motion. Defendant subsequently filed his motion to dismiss or for summary judgment on September 30, 2005.

In plaintiff's memorandum, plaintiff claims that defendant should be sanctioned for his failure to file the motion to dismiss by September 27, 2005.[1] Federal Rule of Civil Procedure 6(b) holds that the court "may at any time in its discretion, with or without motion or notice, order a period enlarged if request therefor is made before the expiration of the period originally prescribed." Fed.R.Civ.P. 6(b). In other words, the Court may grant a motion for enlargement of

---

[1] Plaintiff also questions whether Assistant United States Attorney Beverly Russell is counsel of record in this case. At the initial scheduling conference held on September 20, 2005, the Court verified that Ms. Russell is the attorney of record.

time, filed by either party, if that motion is filed before the prescribed deadline.  Here, defendant filed his motion for enlargement of time before the September 27, 2005 deadline.  Accordingly, it is hereby

**ORDERED** that defendant' s Motion for Enlargement of Time to File Motion for Summary Judgment is granted *nunc pro tunc*.  It is further

**ORDERED** that plaintiff shall file her opposition to defendant's Motion to Dismiss or For Summary Judgment on or before October 24, 2005.  And it is further

**ORDERED** that defendant shall file his reply on or before October 31, 2005.


**Date: October 13, 2005**                                               **JOHN GARRETT PENN**
                                                                         **United States District Judge**