UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary of the Treasury, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1194(JGP) |

## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("Federal Rules"), defendant, John W. Snow, Secretary of the Treasury, moves for dismissal of plaintiff's conspiracy claim brought pursuant to 18 U.S.C. § 241 for lack of subject matter jurisdiction or for failure to state a claim upon which relief can be granted. Pursuant to Rules 12(b)(6) or 56 of the Federal Rules, defendant moves to dismiss or for summary judgment[1] on plaintiff's remaining claims - i.e., those brought pursuant to Title

---

[1] Plaintiff should take notice that any factual assertions contained in the affidavits in support of this motion will be accepted by the Court as true unless plaintiff submits her own declaration or other documentary evidence contradicting the assertions in the attached affidavits. See Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992) and Rule 56(e) of the Federal Rules of Civil Procedure which provide as follows:

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to

(continued...)

Plaintiff
Exhibit
A
05cv1194(JGP)

VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621.

In support of this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities and statement of material facts not in dispute. See LcvR 7(a). A proposed order consistent with the relief requested in this motion is also attached hereto. Id. at 7(c).

Date: September 30, 2005

Respectfully Submitted,

_/s/ Kenneth L. Wainstein_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/ R. Craig Lawrence_
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

---

[1] (...continued)
interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed.R.Civ.P. 56(e).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S MEMORANDUM REGARDING DEFENDANT'S MISREPRESENTATIONS TO THE COURT**

was sent by first class mail

this 17th day of October 2005 to:

Beverly M. Russell
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
(202) 307-0492

_____
J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328