# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

       Plaintiff

    v.                            Civil Action No.  05-1194 (JGP)

JOHN W. SNOW
Secretary of the Treasury

       Defendant

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff reminds the Court that she is proceeding *pro se*.  In response to Defendant's *Motion To Dismiss or for Summary Judgment and Memorandum in Support Thereof* [#14], Plaintiff stands by her October 17, 2005, *Memorandum Regarding Defendant's Misrepresentations to the Court* [#17], in which Plaintiff requested, for the reasons stated, that the Court dismiss Defendant's motion, relieve Plaintiff from responding, and place sanctions on Defendant. Plaintiff notes that Defendant has not filed a rebuttal to Plaintiff's Memorandum.  Plaintiff has no further response at this time, pending the Court's consideration of, decision, and direction regarding Plaintiff's Memorandum.

Respectfully Submitted,

Maria V. Carmona, *pro se*
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS**

was sent by first-class mail on this 24th day of October 2005 to:

Beverly M. Russell
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
(202) 307-0492

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328