UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1194 (JGP) |
| ) | (Related Case: Civil Action No. 04-0589(JGP)) |
| JOHN W. SNOW, ) | |
| Secretary of the Treasury, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Defendant, John W. Snow, Secretary of Treasury, respectfully moves for leave to file the declarations of Nancy Dunford and Marla A. Freedman as further support for Defendant's Motion to Dismiss or for Summary Judgment filed with this Court on September 30, 2005. Ms. Dunford's declaration supports defendant's argument that this case should be dismissed in entirety because plaintiff failed to cooperate with the Agency's investigation into plaintiff's administrative complaint of discrimination. Ms. Freedman's declaration supports defendant's argument as to the Agency's legitimate business reasons for the selection of Barry Savill for the position of Deputy Assistant Inspector General for Program Audits under Vacancy Announcement Number OIG-01-009.

Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to consult on the Motion for Leave, but was unable to reach plaintiff. Accordingly, defendant is unable to present plaintiff's position on the Motion. A proposed Order consistent with the relief requested herein is attached.

                    Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____

Of Counsel:                    BEVERLY M. RUSSELL, D.C. Bar #454257
Cynthia Langwiser, Esq.      Assistant United States Attorney
U.S. Department of the Treasury  U.S. Attorney's Office
                                       555 4th Street, N.W.
                                       Washington, D.C.  20530

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's *Motion for Leave to File Declarations in Support of Defendant's Motion to Dismiss or for Summary Judgment* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 3rd day of November, 2005 to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney