BEFORE THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria V. Carmona, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>John W. Snow, )<br>Secretary, Department )<br>of the Treasury, )<br>)<br>Defendant. ) | Civil Action No. 05-1194(JGP) |

### DECLARATION OF NANCY DUNFORD

I, Nancy Dunford, declare:

1. In July 2002, I was employed by Department of the Treasury, Treasury Complaint Center - Dallas as an Equal Employment Opportunity Specialist (Investigator). My duties included investigating complaints of discrimination filed by employees of the Department of the Treasury.

2. I was assigned to conduct an investigation of an equal employment opportunity complaint filed by Maria Carmona that was assigned TD Number 01-1155.

3. As the investigator assigned to conduct the investigation, I sent letters to Mrs. Carmona via her Representative, J. Steven Elbell. These were sent both regular and certified return receipt advising of my investigation, on-site date and interview scheduled with she and her Representative to secure her affidavit (copy included with Report of Investigation).

4. Neither Mrs. Carmona nor her Representative showed up for the interview scheduled on Monday, July 8, 2002, 12:30 pm nor did they contact me. During the on-site visit, the Complainant's manager advised me that Mrs. Carmona was on annual leave all that week per request she had made on June 10, 2002. A copy of that request was included in the Report of Investigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. 1746 this 20th day of October, 2005

*/s/ Nancy Dunford*
(Nancy Dunford)