UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-1194 (JGP) |
| JOHN W. SNOW, Secretary of the Treasury, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Leave to File Declarations in Support of Defendant's Motion to Dismiss or for Summary Judgment*, the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 200__, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that the declarations of Nancy Dunford and Marla A. Freedman will be considered by the Court as exhibits in support of Defendant's Motion to Dismiss or for Summary Judgment.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Beverly M. Russell
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723