UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1194 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. SNOW, | ) | |
| Secretary of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court pursuant to defendant's **Motion for Leave to File Declarations in Support of Defendant's Motion to Dismiss for Summary Judgment**, which was filed on November 3, 2005. Local Rule 7(b) provides that a Motion can be deemed conceded "[w]ithin 11 days of the date of service or at such other time as the Court may direct" when "an opposing party [has failed to] serve and file a memorandum of points and authorities in opposition to the motion." LCvR7(b). Accordingly, because plaintiff has not so opposed the Motion, it is hereby

**ORDERED** that defendant's Motion for Leave to File Declarations in Support of Defendant's Motion to Dismiss for Summary Judgment is granted.

Date: November 14, 2005                    JOHN GARRETT PENN
                                           United States District Judge