UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARIA V. CARMONA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1194 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN W. SNOW,** | ) | |
| **Secretary of the Treasury,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the representations of the parties at the November 15, 2005 status hearing, and for good cause shown, it is hereby

**ORDERED:**

1. Plaintiff may file an Opposition to defendant's **Motion to Dismiss or for Summary Judgment** on or before January 14, 2006.

2. The Reply may be filed on or before January 31, 2006.

3. Plaintiff's failure to oppose, in whole or in part, defendant's dispositive Motion on or before January 14, 2006 may result in the Court treating the Motion as conceded and the Motion being granted, in whole or in part. *See Fox v. Strickland*, 267 U.S.App.D.C. 84, 837 F.2d 507 (1988); *Neal v. Kelly*, 295 U.S.App.D.C. 350, 963 F.2d 453 (1992).

**Date: November 21, 2005**                                      **JOHN GARRETT PENN**
                                                                  **United States District Judge**