RECEIVED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

        Plaintiff

    v.                                                                Civil Action No. 05-1194 (JGP)

JOHN W. SNOW
Secretary of the Treasury

        Defendant

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court enlarge the time by which she must file her opposition to Defendant's motion for summary judgment up to and including Tuesday, April 18, 2006. The current filing time frame is on or before January 14, 2006. Thus, Plaintiff is filing this motion for enlargement of time before the deadline. Defendant's counsel informed Plaintiff that she would not oppose an enlargement. In support of her motion, Plaintiff states the following.

During the intervening period, Plaintiff has had a number of unplanned additional work-related demands at the Treasury OIG; has had to make several additional filings in regards to her administrative EEO rights;[1] has had to make several filings in regards to her two pending

---

[1] This includes the filing of Plaintiff's nineteenth formal administrative EEO complaint against Defendant for Plaintiff's non-selection for yet another Grade 15 Supervisory Auditor position for which she made the best qualified list.

legal cases, ref. related cases 04cv0589 (JGP) and 05cv1194 (JGP); and has had to file her fourth civil action against Defendant, ref. related case 05cv2428 (PLF), which was filed on December 20, 2005.

In addition, Plaintiff has been and remains in the process of attempting to collect, i.e., under discovery, from Defendant highly relevant and material information and documentation that has been and remains under Defendant's control. Since 1995 when Plaintiff first initiated the administrative EEO process, and during Plaintiff's nineteen formal administrative EEO complaints, and, as such, in regards to Plaintiff's four civil actions,[2] Defendant has not been forthcoming in providing basic reasonable information and documentation under his control. This failure and lack of good faith on Defendant's part has had a drastic and severe adverse effect on Plaintiff's ability to properly and timely prosecute her administrative and civil cases.

Plaintiff had before this time anticipated being in receipt of Defendant's full and complete responses to her discovery requests in related case 04cv0589 (JGP), and had anticipated being able to have time to review that information and documentation, which would shed highly relevant light on the long-term pattern of discrimination, retaliation, disparate treatment, and a hostile/harassing work environment that is the overarching claim in all of Plaintiff's nineteen formal administrative EEO complaints and four civil cases. Plaintiff notes that Defendant has

---

[2] Plaintiff reminds the Court that discovery was not granted and a jury trial was not conducted in 01cv0115 (CKK). Also, a discovery decision has yet to be made in recently filed related civil case 05cv2428 (PLF).

filed for an enlargement of time [#57] in order to respond to Plaintiff's motion to compel discovery [#55]³ in related case 04cv0589 (JGP).

The Court should find a presumption of fact to Plaintiff's claims due to Defendant's unwillingness, for over ten years, to provide basic reasonable relevant and material information and documentation that has been and is under the Defendant's control, information and documentation that the Defendant has to date been able to avoid providing with officials of the United States government consistently finding for Defendant under those conditions.

Accordingly, for the foregoing reasons, Plaintiff does not anticipate being able to file her opposition to Defendant's motion for summary judgment by January 14, 2006. Plaintiff will make every effort to file her opposition within the newly-requested time frame, with further consideration being given to those previously mentioned events and circumstances that were not and are not under Plaintiff's control.

A proposed order consistent with the relief requested is attached.

Respectfully Submitted,

Maria V. Carmona, *pro se*
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328

---

³ Plaintiff notes that evidence indisputably shows that Defendant did not complete proper and timely investigations, did not comply with an Order from an EEOC administrative judge, and did not provide basic reasonable information and documentation during the EEO administrative process in the four formal EEO complaints that are the subjects in related case 04cv0589 (JGP). Defendant's failure to conduct proper and timely investigations and failure to provide basic reasonable information and documentation has been a pattern in Plaintiff's administrative EEO cases.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

       Plaintiff

  v.                                       Civil Action No. 05-1194 (JGP)

JOHN W. SNOW
Secretary of the Treasury

       Defendant

### ORDER

Upon consideration of **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, and for good cause shown, it is hereby

**ORDERED** that the Plaintiff's Opposition to Defendant's Motion shall be filed on or before April 18, 2006.


**Date:** _____                            JOHN GARRETT PENN
                                                                         United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

was sent first class mail

this 13th day of January 2006 to:

Beverly M. Russell
Assistant U. S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, DC 20530

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328