UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1194 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. SNOW, | ) | |
| Secretary of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Upon consideration of plaintiff's **Motion for Enlargement of Time to File Opposition to Defendant's Motion for Summary Judgment [#23]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff's Motion for Enlargement of Time to File Opposition to Defendant's Motion for Summary Judgment shall be filed on or before April 18, 2006.

**Date: January 19, 2006**                                                        **JOHN GARRETT PENN**
                                                                                             **United States District Judge**