Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| CARMONA, MARIA V | | | 10/08/52 | 08/29/99 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 703 | PROMOTION NTE  12/25/99 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N8M | REG 335.102 EXC-COMP | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY AUDR | SUPVY AUDR |
| 08541019      008541 | 08775006      008775 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 14 | | 84,570.00 | PA | GM | 0511 | 15 | 00 | 91,410.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 78,400.00 | 6,170.00 | 84,570.00 | .00 | 84,741.00 | 6,669.00 | 91,410.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| TREASURY OFFICE OF THE INSPECTOR GENER | TREASURY OFFICE OF THE INSPECTOR GENER |
| OFFICE OF INSPECTOR GENERAL | OFFICE OF INSPECTOR GENERAL |
| AUDIT DIRECTORATE | AUDIT DIRECTORATE |
| DAIG FOR PROG AUDITS | DAIG FOR PROG AUDITS |

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 | 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other   2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | | 1 | 0 – None   2 – Conditional   1 – Permanent   3 – Indefinite | | YES   ☒NO |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| G0 | BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| 1 | CS | 08/30/76 | F | FULL TIME | |

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 1 | 1 – Competitive Service   3 – SES General   2 – Excepted Service   4 – SES Career Reserved | E | E – Exempt   N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

Plaintiff
Exhibit

A

05 CV 1194 (JGP)

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | Catherine M. McCoy |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER |
|---|---|---|---|
| TR 95 | 4041 | 08/29/99 | |

**TURN OVER FOR IMPORTANT INFORMATION**
5-Part    50-316

1 – Employee Copy – Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

TR 952615000104000000        PP 18 1*1999*BATCH 40415585 000-00 201-05 AG/EO 95-4041

# OFFICE OF INSPECTOR GENERAL
## DEPARTMENT OF THE TREASURY
### Performance Management Program

## Performance Evaluation Plan

**Reference: OIG Manual 2121**

| Name of Employee | Social Security Number |
|---|---|
| Maria Carmona | ██████████ |
| **Position Title** | **Series and Grade** |
| Audit Manager | GS–511–14 |
| **Section/Division and Directorate** | **Rating period** |
| Office of Audit | June 1, 1999 to ~~May 31,~~ 2000   March 11, NYC |

A copy of this performance plan was given to me:

_Maria V Carmona_  OG-23-99        _[signature]_        6/23/99

Signature of Employee / Date        Signature of Rating Official / Date

| Element | Rating Level (✓) | |
|---|---|---|
| | Acceptable | Unacceptable |
| **#1. Technical/Professional Expertise.** Work products demonstrate a competent understanding and effective application of the professional or technical subject matter, including knowledge of relevant laws, regulations, professional standards, policies, programs, and procedures. Work products are technically correct, contain reliable information, do not require substantial revision for quality improvement and, overall, are acceptable to the recipient. Employee demonstrates knowledge of when and how to use more sophisticated auditing techniques, such as statistical sampling and automated data retrieval/analysis. Employee formulates recommendations that are appropriate to address the problem and are feasible to implement. Interacts with auditees and others in a way that demonstrates competence and professionalism. | ✓ | |
| **#2. Planning and Performing Audit Work.** The employee demonstrates the ability to effectively plan an audit or segments of an audit and is able to design audit steps and tests that achieve the objectives established for that audit. The employee demonstrates the ability to solve problems and overcome obstacles so that audit objectives can be met. Completes audits, segments of audits or specific audit steps in a timely and effective manner. Audit tests are thorough, complete, accurate and well documented. Audit work shows not only the ability to perform tests and gather data but to analyze the results and reach sound conclusions. Coordinates effectively with external or internal parties to avoid duplication of audit efforts or inconsistent reporting of audit results. Keeps supervisor informed of progress and advised of any significant developments which may affect plan. Meets milestones and deadlines in accordance with project needs. | ✓ | |
| **#3. Planning and Performing Staff Work.** Consistently delivers completed staff work on time. Assignments are thorough, complete, accurate. For assignments involving correspondence for higher level signature, the work meets applicable correspondence requirements for format and style, and documents are presented ready for signature. Routine, regularly recurring assignments are anticipated and delivered without the need for specific direction. Special projects, such as briefing documents, data calls, strategic and annual planning documents, are prepared in an acceptable format that demonstrates a good working knowledge of basic computer software. Keeps supervisor informed of progress and advised of any significant developments which may affect plan. Meets milestones and deadlines in accordance with project needs. | ✓ | |
| **#4. Communications.** Written and oral communications are grammatically correct, clear and coherent. They effectively impart necessary information to the intended audience in an appropriate manner. For critical documents such as audit reports, or report segments, they meet all auditing and report writing standards, follow prescribed formats, and present findings in a logical, organized, convincing manner. No more than minor revisions are needed so that the time needed for review and issuance is minimal. Employee effectively conducts interviews and elicits information, especially on sensitive issues. Exit and entrance conferences and other important briefings are conducted in a organized, professional manner and demonstrate an appropriate level of knowledge of the subject matter. | ✓ | |

Plaintiff Exhibit
B
05 CV 1194 (JGP)

## SECTION C - MID-YEAR PROGRESS REVIEW

A mid-year progress review was conducted and discussed with the employee. The employee's performance as of this date:

| ☐ Acceptable | | ☐ Unacceptable | |
|---|---|---|---|
| Signature of Rating Official | Date | Signature of Employee | Date |

## SECTION D - RATING

**TYPE OF RATING** See attached Statement of Accomplishm...

| ☒ Annual Rating of Record | ☐ Special Rating of Record (Within-Grade Increase) | ☒ Summary Rating (Position Changes - Employee or Rater) |
|---|---|---|
| ☒ **ACCEPTABLE** | Achievement level for all elements are designated as Acceptable. | |
| ☐ **UNACCEPTABLE** | Achievement level for any element is designated as Unacceptable | |

| Signature and Title of Rating Official    DAIGA | Date 6/28/00 |
|---|---|

## SECTION E - HIGHER-LEVEL APPROVAL
### (NOTE: Required for Overseas if Applicable)

1) ___ ___ Concur with recommended rating.

2) _____ Do not concur with rating. Approve rating of Acceptable.
   Basis for Performance Rating Change:

| Signature and Title of Approving Official (Approving official will ensure that the employee receives a copy of this evaluation.) | Date |
|---|---|

## SECTION F - EMPLOYEE SIGNATURE

| A copy of this performance evaluation was given to me.    ➡ | Signature of Employee:    Maria V Carmona | Date 06-20-00 |
|---|---|---|

OIG Form 2121.1
November 1, 1998

# ADDITIONAL GENERIC PERFORMANCE ELEMENTS
## SUPERVISORY POSITIONS

## 5. Effective Supervision and Management.

Technical guidance to subordinate staff is accurate and is given in a timely manner; performance management is implemented in accordance with applicable guidelines/procedures; performance and conduct issues/problems are handled promptly and effectively. Develops leadership in subordinate employees through coaching, mentoring, rewarding, and guiding employees. Supports and implements management decisions. Encourages employee development. Effectively manages resources (i.e. budget, human, equipment) in order to maximum efficiency of the organization. Effectively communicates organizational goals and objectives to subordinates and facilitates their accomplishment.

## 6. Equal Opportunity and Diversity.

Applies Equal Employment Opportunity/civil rights principles. Promotes diversity, mutual respect, and open communication. Manages and resolves conflicts and disagreements in a positive and constructive manner to minimize negative impact.

## STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
### Maria V. Carmona
### Acting Director, *Finance and Debt*
### August 29, 1999, through March 11, 2000

This Statement of Significant Accomplishments covers the period during which I served as the Acting Director, *Finance and Debt*, i.e., from August 29, 1999, through March 11, 2000. This period included a temporary promotion to the Grade 15, in effect from August 29 through December 25, 1999. While I was serving as Acting Director, the office was staffed with two Grade 14 Audit Managers, four to eight Auditors, primarily at the Grade 13, and one Grade 8 Office Manager.

## Office Productivity

I feel that *Finance and Debt* was very productive under my leadership. The office issued seven reports in final, with an eighth final report pending review by the DAIG/AIG. The office also completed an audit to the point of forwarding a draft report for review, addressed a bureau request regarding potential fraud by a contractor, and initiated two new audits. In addition, the office responded to numerous OIG Data Calls and other inquiries, always within the requested time frames. I believe that this level of productivity is commendable, especially considering the fact that a number of staff members were on detail to other directorates for extended periods of time.

During my tenure as Acting Director, the office was responsible for several high-visibility and sensitive audits that had broad impact and resulted in significant findings, including a monetary finding of $42 million, one of the largest dollar findings in an OIG program audit in recent years.

This finding that $42 million should be put to better use was the primary recommendation in an audit report titled *Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act*. This audit of the Deposit Fund Accounts, which was requested by the Treasury General Counsel in the context of pending litigation and extensive media coverage relating to the Individual Indian Monies trust fund, also provided an excellent opportunity for the OIG to demonstrate its focus on improving customer service.

Other high-visibility and sensitive assignments for which I was responsible as office director included the PCIE/ECIE Review of Non-Tax Delinquent Debt, which had government-wide impact, and a Congressional request regarding a very sensitive matter at a Treasury bureau for which *Finance and Debt* does not have direct audit responsibility. *Finance and Debt* was assigned this additional responsibility based specifically on the quality of work performed on another audit during my tenure.

## External Communication

I coordinated the office's audit operations with our bureau liaisons and with other OIG components, such as the Investigations Directorate, and ensured that our staff prepared top-quality briefings for multiple purposes, including scheduled entrance and exit conferences. I assumed the lead in staff presentations during briefings before the Commissioner of the Financial Management Service (FMS), the Commissioner of the Bureau of the Public Debt (BPD), and the Inspector General. Both the FMS and the BPD liaisons have thanked me for the manner in which I performed this function. It is my understanding that the Inspector General also complimented our staff for the briefing that we gave him.

**STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS**
**Maria V. Carmona**
**Acting Director, *Finance and Debt***
**August 29, 1999, through March 11, 2000**

### Internal Communication and Morale

I believe that the manner in which I handled my management responsibilities while I was the Acting Director resulted in improved communication and morale within *Finance and Debt*. Members of the staff have expressed their appreciation for the manner in which I treated them and for the way in which I shared information with them.

Communication within *Finance and Debt* was enhanced by my taking steps such as holding periodic staff meetings to share information provided by the DAIG and to discuss other matters of interest. Agenda items were solicited from the staff and included in the written agenda handed out at each meeting. During the staff meetings, I led discussions and provided attachments on a number of current issues and on suggestions that I had prepared for improving written products. I also provided the staff with periodic updates through our Local Area Network (LAN), in order to supplement information shared during the staff meetings. The staff responded in a very positive manner to my openness and willingness to share information.

I routinely held meetings with the Audit Managers to discuss the status of audits, the audit plan, and staffing issues. I included the audit team, as appropriate, in discussions of the ongoing audits, and feel that the report-writing conferences that I held were particularly effective in enhancing the reporting process, and resulted in reports that required virtually no revision by senior management.

I also improved morale by taking care to acknowledge staff contributions, both formally and informally. The nomination for a Special Act Award (Group) that I submitted for a *Finance and Debt* audit team was approved without revision.

### Organization and Administration

I instituted changes in the administration of *Finance and Debt* that have had a positive effect on the office. For example, I revised the format of the monthly Audit Status Reports, to bring the *Finance and Debt* reports into line with those submitted by the other Audit Directorates. I also enhanced the Office Manager's role, in part by requesting that she maintain a chronological file, so that staff would have copies of important documents and office correspondence readily available for reference. In keeping with this assignment, the Office Manager volunteered to maintain an automated audit report file that, in the absence of a public folder for such records, would ensure that staff could access a current listing of audit reports that had been issued and automated copies of all audit reports that had been transmitted.

I was actively involved in the annual planning process, reviewing and providing input to the *Office of Audit Annual Plan for Fiscal Year 2000*, and preparing for the FY 2001 plan. I handled other administrative duties, such as monitoring and reporting on the budget, and taking and reporting on an informal poll regarding office location. I also prepared all of the monthly reports for *Finance and Debt* in a timely manner, and ensured that documents required from the staff, such as the annual confidential financial disclosure forms, were completed and submitted prior to the corresponding due dates.

## STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
### Maria V. Carmona
### Acting Director, *Finance and Debt*
### August 29, 1999, through March 11, 2000

### LISTING OF AUDIT REPORTS

#### Reports Issued in Final

Review of the Effectiveness of the Financial Management Service's Oversight of Private Collection Agencies
[OIG-99-117, 09-02-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – United States Customs Service
[OIG-00-001, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – United States Secret Service
[OIG-00-002, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – Treasury Departmental Offices
[OIG-00-003, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt (Summary Report)
[OIG-00-013, 12-17-99]

Bureau of the Public Debt's Auction Process
[OIG-00-019, 12-21-99]

Financial Management Service's Reclamation of Direct Deposit Post-Death Benefit Payments
[OIG-00-031, 01-20-00]

#### Final Reports Pending DAIG/AIG Review

Audit of the Bureau of the Public Debt's Compliance with the Government Performance and Results Act
[A-IR-99-015, 02-04-00]

#### Draft Reports Pending DAIG/AIG Review

Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act[1]
[A-IR-99-079, 03-07-00]

---

[1] This audit report identifies approximately $42 million in funds that should be put to better use.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 07/17/00 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 885 | PERFORMANCE AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V4R | 5 USC 4505A | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05    08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1,628.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 95261500010500000    PP 15 2000 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1    1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 1    0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| GO   BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | O |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 08/30/76 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E    E - Exempt<br>N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

PERFORMANCE AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

Plaintiff
Exhibit
C
05 CV 1194 (JGP)

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| TR 95 | 4041 | 07/17/00 | CATHERINE M MCCOY<br>PERSONNEL OFFICER |

**TURN OVER FOR IMPORTANT INFORMATION**

| 5-Part   50-316 | 1 - Employee Copy - Keep for Future Reference | Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540-01-333-6238 |
|---|---|---|

95261500010500000    PP 15 1*2000*BATCH 40415519 000-00 200-68 AG/ED 95-4041

# Office of Inspector General
## Department of the Treasury

## Recognition of High Level Performance

*Reference OIG Manual 2130*

### SECTION A - TYPE OF RECOMMENDATION

| | | |
|---|---|---|
| ☐ MVV Award | ☐ Sustained Contribution Award | ☒ Special Act/Service Award |
| ☐ Plaque or Nominal Gift | ☐ Quality Step Increase | ☐ Time-Off   ☒ Cash |
| ☐ Commendation Certificate | ☐ Time-Off   ☐ Cash | ☐ Other |

### SECTION B - NOMINEES

| NAME OF EMPLOYEE(S) | SOC. SEC. NBR. | POSITION TITLE | GRADE/STEP | AWARD |
|---|---|---|---|---|
| Maria V. Carmona | ███████ | Acting Director | 14 | $ |
| ███████ | ███████ | Audit Manager | 14 | $ |
| ███████ | ███████ | Auditor in Charge | 13 | $ |
| ███████ | ███████ | Auditor | 13 | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| ORGANIZATION and LOCATION | PERIOD COVERED BY RECOMMENDATION |
|---|---|
| Department of the Treasury<br>Office of Inspector General<br>Office of Audit, Office of Program Audits<br>Finance and Debt Directorate, Washington, DC | Aug. 1999 to Mar. 2000 |

### SECTION C - JUSTIFICATION

1. Describe how the performance exceeded requirements, significant accomplishments, etc.

This nomination for a Special Act Award (Group) is based on an Office of Inspector General (OIG) audit of Financial Management Service (FMS) deposit fund accounts performed by a team from the Finance and Debt directorate. The results of the audit are presented in a report titled Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act (CEBA).

This was a high-visibility audit, requested by the Treasury General Counsel in the context of pending litigation relating to the Individual Indian Monies trust fund, which received considerable media coverage during 1999. The work was performed in an expeditious manner, with the on-site audit fieldwork completed in a 3-month period, with limited staffing. The findings were well-supported. During the exit conference, the FMS Commissioner and managers expressed concurrence with the audit findings and recommendations.

The audit team functioned as a cohesive unit in performing its many tasks. Worthy of particular mention were the report-writing conferences, which were very successful in producing a high-quality product, and the excellent briefings that the audit team provided to the DAIG, to the AIG, to the Inspector General and OIG Counsel, and to FMS management at all levels.

OIG Form 2130.1
Revised January 1999

1

Plaintiff
Exhibit
D
05CV1194 (JGP)

The audit was planned well, and coordinated with other OIG components as necessary. Team members displayed sensitivity and tact while interviewing FMS managers and staff who were concerned about the effect that this audit could have on their careers. At the conclusion of the audit, FMS managers commented on the professional manner in which the audit was performed, and stated that they appreciated the lines of communication that were established and maintained during the audit.

2. Describe the outcomes/impact of the performance/accomplishments.

This audit represents a noteworthy achievement for the OIG both in terms of dollar findings and in terms of service provided to the Department and to a Bureau on a sensitive issue with Congressional and media interest.

The audit identified approximately $42 million in funds that should be put to better use. This is a highly-significant finding, in that it exceeds the OIG's own budget, and far exceeds the majority of OIG monetary findings.

The funds to be put to better use come from three limited payability cancellation accounts that the audit team determined FMS should close out, including one account with a balance in excess of $30 million that had been dormant since FMS converted to a new accounting system during 1991.

In addition to the principal monetary findings, the audit provided insights into the mass cancellations totaling $4.8 billion that FMS performed during the early 1990s, and provided a clear understanding of the responsibilities of the Department of the Treasury and of the Department of the Interior with reference to the Individual Indian Monies trust fund. These insights could prove very useful in addressing issues related to the ongoing litigation. It is expected that the audit report will be widely requested, not just within the Department, but also by the Congress, the media, and the public.

The audit also determined that, while the current limited payability cancellation process adheres to CEBA, FMS should take action to ensure that it systematically identifies and corrects problems in a timely manner. The auditors have provided justification for a future audit to determine if corrective actions have been taken to address the problems that were identified, thus ensuring that funds are not allowed to accumulate in limited payability accounts in the future.

| Signature and Title of Initiating Official | | | Date |
|---|---|---|---|
| | | | |

**SECTION D - REVIEW AND APPROVAL**

| Signature and Title of Reviewing Official(s) | Recommendation Date | | Award Recommended |
|---|---|---|---|
| | Approve | Disapprove | |
| | | | $ |
| | | | $ |
| | | | $ |

| Signature and Title of Approving Official | Date | Action | Amount of Award |
|---|---|---|---|
| | | ρ Approve  ρ Disapprove | $ |

## SECTION E - AUTHORIZATION FOR PAYMENT

| Signature and Title of Fiscal Official | Date | Appropriation |
|---|---|---|
| | | |

U.S. Office of Personnel Management
FPM Supp. 296-33, Subchapter 5

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 03/26/00 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 877 | SPECIAL ACT OR SERVICE AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V3G | 5 USC 4503 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05   08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Ba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1,200.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 952615000105000000      PP 07 2000 |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for F |
|---|---|---|---|
| 1  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1  0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| GO  BASIC-1X ADDITIONAL | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 08/30/76 | F  FULL TIME | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E  E - Exempt  N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SPECIAL ACT OR SERVICE AWARD (GENERAL SCHEDULE/AND WAGE GRADE)
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| TR 95 | 4041 | 03/17/00 | CATHERINE M MCCOY<br>PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION
5-Part   50-316                    1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30

TR 952615000105000000        PP 07 1*2000*BATCH 40415531 000-00 200-42 AG/EO 95-4041



**Department of the Treasury**
**Office of Inspector General**

*Certificate of Appreciation*
*for*
*Special Act*

Maria V. Carmona

*In appreciation of your contributions to the effective operation of the Office of Inspector General*

*from*    August 1, 1999    *to*    March 8, 2000

Inspector General

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Thursday, April 13, 2000 8:24 AM |
| **To:** | Freedman, Marla A. |
| **Subject:** | RE: Awards |

Marla,

Thank you for nominating us for the Special Act award.  I think that the staff will be very happy to receive this recognition.

I will discuss notification with Don.

Maria

--—Original Message--—

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, April 13, 2000 8:11 AM |
| **To:** | Kassel, Donald R.; Carmona, Maria V. |
| **Subject:** | FW: Awards |
| **Importance:** | High |

Please share with staff, as appropriate...CONGRATULATIONS!!

--—Original Message--—

| | |
|---|---|
| **From:** | Robertson, Valerie |
| **Sent:** | Wednesday, April 12, 2000 10:39 AM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Awards |

The Special Act awards you requested for Carmona, McGeorge, Dabney and Taylor have been processed effective 3/26/00.  The employee's will see this award reflected in the salary payment the week of April 17.  I am forwarding you the certificates for distribution today.  The SF-50 for the personnel folders will forwarded to you next week.

| **Tracking:** | **Recipient** |
|---|---|
| | Freedman, Marla A. |

Plaintiff
Exhibit

E

05cv1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, January 28, 2000 9:36 AM |
| **To:** | Kassel, Donald R.; Carmona, Maria V.; Best, Jr., Alexander; Dabney, Delores V.; McGeorge, C. Samuel; Nguyen, Dieu H.; Paige, Wanda K.; Poole, Julie A.; Serepca, Beth H.; Sielicki, Michael A.; Sinko, Michael C.; Stepanske, Michael K.; Taylor, Ethel R. |
| **Cc:** | Schindel, Dennis S. |
| **Subject:** | Acting Director FMS/Debt |

I am sending this message to clarify some uncertainty that may exist after last week's all hands meeting.  Seeing as Don Kassel will shortly be assuming the Directorship of the Banking/FMS/Debt Group, we have decided to have Maria Carmona continue to serve as Acting Director *Finance and Debt* until Don Kassel completes his current assignments and is able to transition into the position.

Thanks,

Marla

**Plaintiff Exhibit**

F

05 cv 1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, December 10, 1999 7:55 AM |
| **To:** | Carmona, Maria V.; McGeorge, C. Samuel; Dabney, Delores V.; Taylor, Ethel R. |
| **Subject:** | Deposit Funds Briefing |

**Importance:** High

I'm sorry I didn't get a chance to send this yesterday, but I ended up staying over at Main Treasury for most of the afternoon. I did want to let you all know that I was very pleased with briefing you all gave to Mr. Rush. You did a great job!!



**Plaintiff Exhibit**

G

OS cv 1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, January 06, 2000 8:05 AM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Semiannual Report Themes |

Thanks...we will need more, but I'll let you know what and when at a later date.

Once again, great job yesterday!!

-----Original Message-----
**From:**      Carmona, Maria V.
**Sent:**       Thursday, January 06, 2000 6:48 AM
**To:**          Freedman, Marla A.
**Cc:**          Best, Jr., Alexander; McGeorge, C. Samuel
**Subject:**    Semiannual Report Themes

Marla,

In response to your message of December 28, the following would be the major Semiannual Report themes for *Finance and Debt.*

- Debt Collection initiatives, for which we have already submitted a write-up.

- Deposit Fund Accounts (Individual Indian Monies), provided the report is issued within the period.

Please let me know if you would like additional information.

Maria

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Monday, February 07, 2000 1:50 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Ratification of Training Authorization |

Good job!!  I will print it out (sign for you and me) and sent it on its way.

Thanks for the quick/quality turn around!!

Marla

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, February 07, 2000 1:40 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Ratification of Training Authorization |
| **Importance:** | High |

Marla,

As you requested during our telephone conversation a few minutes ago:

<< File: ADMIN - Ratification of Training - Best.doc >>

Please let me know if you need anything further.

Maria

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, February 25, 2000 1:35 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Engagement Memo - Multi-Bureau - Records Retention and Destruction |

This looks good to me.

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Friday, February 25, 2000 12:00 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Engagement Memo - Multi-Bureau - Records Retention and Destruction |

Marla,

Memo attached.

Maria

<< File: MULTI - DOC DESTR - Engagement Memo.doc >>

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, March 02, 2000 4:25 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: FMS Deposit Fund Accounts |

I am not completely through it yet...so far, it looks pretty darn good!  If you want to send the final package over here, feel free.

Thanks!

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Thursday, March 02, 2000 4:16 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | FMS Deposit Fund Accounts |

Marla,

The referencing has been completed, resulting in only one minor word change.

Last Friday, you mentioned that you were planning to review the preliminary draft that we provided on February 24.

Could you please let us know if you have any comments that you would like for us to consider before we send the formal report package forward.

Thank you,

Maria

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, December 28, 2000 1:16 PM |
| **To:** | Carmona, Maria V.; Coleman, Edward G.; Tabb, George W.; Todero, Robert M.; Reyes, H. Luis; Barron, Susan L. |
| **Cc:** | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Potential Office Moves |
| **Importance:** | High |

With Kathy Leone leaving the OIG, we have her old office available for occupancy. The following folks will have the opportunity to move based on time-in-grade and length of service. The order of consideration is as follows (even though it's not likely to get much beyond the first 2 or 3 people):

Maria Carmona
Ed Coleman
George Tabb
Robert Todero
Luis Reyes
Susan Barron

The way this will work is that Maria has the option to move into the office vacated by Kathy. If Maria takes the office vacated by Kathy, Ed would have the option to move into Maria's office. If Maria opts to stay where she is, then Ed would have the option to move into the office vacated by Kathy. Once Ed makes his decision with respect to office space, George's options would come into play..and so on, and so on.

Once all "opts" are completed, we should have another empty office somewhere. Once we know where it is, we will repeat the procedure above with a group of 13s. By the way, telephone numbers will NOT be switched.

Before you all ask, since I'm pretty sure I know what you're thinking, we are going to keep Art's office open once he retires until we decide whether or not his position will be back-filled.

I'm off next week, but I'll be happy to address any questions when I return on the 8th.

Marla

**Plaintiff Exhibit**

H

05 cv 1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, December 28, 2000 1:33 PM |
| **To:** | Carmona, Maria V.; Coleman, Edward G.; Tabb, George W.; Todero, Robert M.; Reyes, H. Luis; Barron, Susan L.; Dressler, Roger |
| **Cc:** | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | FW: Potential Office Moves |
| **Importance:** | High |

It has just come to my attention that I accidentally left one potential "mover" off the list...Roger Dressler. Once I get the info from HR on his time-in-grade and length of service, we will recalculate and amend the attached email to the degree necessary.

Marla

-----Original Message-----

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, December 28, 2000 1:16 PM |
| **To:** | Carmona, Maria V.; Coleman, Edward G.; Tabb, George W.; Todero, Robert M.; Reyes, H. Luis; Barron, Susan L. |
| **Cc:** | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Potential Office Moves |
| **Importance:** | High |

With Kathy Leone leaving the OIG, we have her old office available for occupancy. The following folks will have the opportunity to move based on time-in-grade and length of service. The order of consideration is as follows (even though it's not likely to get much beyond the first 2 or 3 people):

Maria Carmona
Ed Coleman
George Tabb
Robert Todero
Luis Reyes
Susan Barron

The way this will work is that Maria has the option to move into the office vacated by Kathy. If Maria takes the office vacated by Kathy, Ed would have the option to move into Maria's office. If Maria opts to stay where she is, then Ed would have the option to move into the office vacated by Kathy. Once Ed makes his decision with respect to office space, George's options would come into play..and so on, and so on.

Once all "opts" are completed, we should have another empty office somewhere. Once we know where it is, we will repeat the procedure above with a group of 13s. By the way, telephone numbers will NOT be switched.

Before you all ask, since I'm pretty sure I know what you're thinking, we are going to keep Art's office open once he retires until we decide whether or not his position will be back-filled.

I'm off next week, but I'll be happy to address any questions when I return on the 8th.

Marla

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, December 28, 2000 2:41 PM |
| **To:** | Carmona, Maria V.; Coleman, Edward G.; Tabb, George W.; Todero, Robert M.; Reyes, H. Luis; Barron, Susan L.; Dressler, Roger |
| **Cc:** | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Potential Office Moves Revised |
| **Importance:** | High |

The following email has been revised to include Roger Dressler--

With Kathy Leone leaving the OIG, we have her old office available for occupancy. The following folks will have the opportunity to move based on time-in-grade and length of service. The order of consideration is as follows (even though it's not likely to get much beyond the first 2 or 3 people):

Maria Carmona
Ed Coleman
George Tabb
Roger Dressler
Robert Todero
Luis Reyes
Susan Barron

The way this will work is that Maria has the option to move into the office vacated by Kathy. If Maria takes the office vacated by Kathy, Ed would have the option to move into Maria's office. If Maria opts to stay where she is, then Ed would have the option to move into the office vacated by Kathy. Once Ed makes his decision with respect to office space, George's options would come into play..and so on, and so on.

Once all "opts" are completed, we should have another empty office somewhere. Once we know where it is, we will repeat the procedure above with a group of 13s. By the way, telephone numbers will NOT be switched.

Before you all ask, since I'm pretty sure I know what you're thinking, we are going to keep Art's office open once he retires until we decide whether or not his position will be back-filled.

I'm off next week, but I'll be happy to address any questions when I return on the 8th.

Marla

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, February 07, 2001 12:04 PM |
| **To:** | Carmona, Maria V.; Tabb, George W.; Todero, Robert  M.; Reyes, H. Luis; Barron, Susan L.; Dressler, Roger |
| **Cc:** | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Potential Office Moves - Again |
| **Importance:** | High |

Now that Ed Coleman has taken "possession" of his new office, we have his old office available for occupancy. The following folks will have the opportunity to move based on time-in-grade and length of service.  The order of consideration is as follows (even though it's not likely to get much beyond the first 2 or 3 people):

Maria Carmona
George Tabb
Roger Dressler
Robert Todero
Luis Reyes
Susan Barron

The way this will work is like it did the last go round.  That is -- Maria has the option to move into the office vacated by Ed.  If Maria takes the office vacated by Ed, George would have the option to move into Maria's office.  If Maria opts to stay where she is, then George would have the option to move into the office vacated by Ed.  Once George makes his decision with respect to office space, Roger's options would come into play..and so on, and so on.

Once all "opts" are completed, we should have another empty office somewhere.  Once we know where it is, we will repeat the procedure above with a group of 13s.  By the way, telephone numbers will NOT be switched.

Before you all ask, since I'm pretty sure I know what you're thinking, we are still going to keep Art's office open until we decide whether or not his position will be back-filled.

Maria, I'd like to have your decision by February 14th.  Once I get Maria's decision, I will contact George to find out what he wants to do, etc, etc.

Marla

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, September 13, 2000 8:16 AM |
| **To:** | Kassel, Donald R. |
| **Subject:** | Assignment of Office Space and Furniture |

**Importance:** High

Don,

I am writing as a follow up to my request that I be assigned office space and furniture commensurate with my position in the OIG in accordance with established criteria.

It is my understanding that an employee's seniority (length of time) at the current grade level is the criteria for assigning the following for the staff that is moving to 740 15th Street from West End Court.

1. Office space.
2. Modular furniture (wood-grain rather than gray laminate).

Based on this understanding, when we met on Friday (Sept. 8), I requested to be assigned the office space currently designated for Alex Best (604 on the floor plan), rather than the office space designated for me (603 on the floor plan). It is my understanding that I have seniority.

The two offices are next to each other and were in the process of being 'built out' when you and I went to look at the space on Friday. You stated that the space designated 604 is in fact the better office (size, natural light), and told me that you would discuss the matter with Marla.

Yesterday, after Ethics Training, you mentioned that you had talked with Marla, but did not know if she planned to make any change in office assignment in response to my request, even though a number of other revisions in the assignment of office space have been made.

As you are aware, I was not given an opportunity to have any previous input into the assignment of my office space. It is my understanding that Dennis and Marla made all of the determinations.

As we both agreed, assignment of office space is important; as such, and in accordance with established OIG criteria, I request to be assigned to the office space designated 604 and to be assigned the wood-grain modular furniture, in keeping with my seniority in the OIG.

Thank you,

Maria

**Tracking:**         **Recipient**

               Kassel, Donald R.

Plaintiff
Exhibit

I

05cv1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, January 16, 2001 7:52 AM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Potential Office Moves |
| | |
| **Sensitivity:** | Confidential |
| | |
| **Attachments:** | FW: Potential Office Moves; Potential Office Moves; RE: Assignment of Office Space and Furniture |

Marla,

This responds to your December 28, 2000, e-mail messages (below) regarding the assignment of office space. As you know, I was on leave when your messages were sent, and did not return to the office until January 8, 2001.

As you may or may not be aware, on December 18, 2000, I was forced to file my twelfth formal EEO complaint against the Department of the Treasury. One of the claims in this complaint, which addresses the long-term pattern and practice of discrimination, retaliation, and hostile work environment to which I have been subjected, was the assignment of office space.

Please recall that during our initial discussions regarding the criteria you said was used for assigning office space during the move from West End Court and my concerns about what I felt, and continue to feel, was the disparate and discriminatory manner in which my office space was assigned, you stated that you would not be assigning me the space to which I felt I was entitled based on the established criteria of seniority. You then stated that I should do whatever I felt I needed to do regarding my concerns. As such, I feel that I was forced to file my twelfth formal EEO complaint against the Department of the Treasury.

It is of concern to me that your December 28 e-mail messages appear to imply yet another set of criteria for the assignment of office space, different from that which you originally presented to me as justification for my not being assigned to the appropriate office during the move from West End Court, and different from that which you subsequently stated with reference to office moves on the fifth floor (e-mail message attached). Your December 28 e-mail messages also appear to imply that wholesale changes in the assignment of office space could take place at this time. As you may recall, you stated to me initially that no wholesale changes would be made as one justification for my not being assigned the empty office that was available at the time, and to which I felt I had the seniority to be assigned.

It also concerns me that not all of the Grade 14 staff members in Program Audit, or in the Office of Audit, were included in the list of order of consideration in your e-mail messages. A member of the staff who I believe has more time in grade and length of service (the criteria cited in the December 28 e-mail messages, which differs from the criteria previously communicated) than I do was excluded, as were other members who I believe have less seniority.

**Plaintiff Exhibit**

J

05 cv 1194 (JGP)

Thank you for your offer, to which I have given full consideration. However, at this time, under the circumstances as stated in my formal EEO complaint, as stated in your December 28 e-mail messages, and in light of what appears to me to be constantly changing criteria for the assignment of office space, I do not feel that I am now in a position to move into the office that was vacated when Kathy Leone left the Office of Inspector General.

Following the completion of a full, complete, fair, and objective investigation into all of my claims, as stated in my formal EEO complaint, I will be in a better position to address a fair and equitable resolution to the assignment of my office space.

Thank you,

Maria

-----Original Message-----
| | |
|---|---|
| From: | Freedman, Marla A. |
| Sent: | Thursday, December 28, 2000 2:41 PM |
| To: | Carmona, Maria V.; Coleman, Edward G.; Tabb, George W.; Todero, Robert M.; Reyes, H. Luis; Barron, Susan L.; Dressler, Roger |
| Cc: | Schindel, Dennis S.; Pugh, William H.; Athanasaw, Danny L.; Fitzgerald, Michael P.; Moschetto, Thomas A.; Savill, Barry L.; Kassel, Donald R.; Byrnes, Thomas E.; Jennings, Clifford H. |
| Subject: | Potential Office Moves Revised |
| Importance: | High |

The following email has been revised to include Roger Dressler--

With Kathy Leone leaving the OIG, we have her old office available for occupancy. The following folks will have the opportunity to move based on time-in-grade and length of service. The order of consideration is as follows (even though it's not likely to get much beyond the first 2 or 3 people):

Maria Carmona
Ed Coleman
George Tabb
Roger Dressler
Robert Todero
Luis Reyes
Susan Barron

The way this will work is that Maria has the option to move into the office vacated by Kathy. If Maria takes the office vacated by Kathy, Ed would have the option to move into Maria's office. If Maria opts to stay where she is, then Ed would have the option to move into the office vacated by Kathy. Once Ed makes his decision with respect to office space, George's options would come into play..and so on, and so on.

Once all "opts" are completed, we should have another empty office somewhere. Once we know where it is, we will repeat the procedure above with a group of 13s. By the way, telephone numbers will NOT be switched.

Before you all ask, since I'm pretty sure I know what you're thinking, we are going to keep Art's office open once he retires until we decide whether or not his position will be back-filled.

I'm off next week, but I'll be happy to address any questions when I return on the 8th.

Marla

Attachments 1 and 2:    Additional E-Mail Messages of December 28, 2000,
                        from M. Freedman regarding Potential Office Moves

FW: Potential
Office Moves

Potential Office
Moves

Attachment 3:        E-Mail Message of November 8, 2000, from M. Freedman
                     regarding Assignment of Office Space and Furniture



RE: Assignment of
Office Space...

Tracking:            **Recipient**

                     Freedman, Marla A.