P.O. Box 454
Fulton, Maryland 20759
November 30, 2001

Department of the Treasury
Office of Inspector General
Human Resources Division (HRD)
740 15th Street, N.W. (15th & H Streets, American Bar Association Building), Suite 510
Washington, D.C. 20220

Dear Human Resources Staff:

Enclosed is my application for consideration under Announcement Number OIG-01-044, Supervisory Auditor, GS-511-15. Please note that I also applied for the position of Deputy Assistant Inspector General for Program Audit, ES-511, on April 17, 2001, under Announcement Number OIG-01-009, made the Best-Qualified List, and was interviewed for that position. You may refer to that application for additional justification and support for my ability, capacity, competency, and capability to apply Federal auditing and accounting principles, practices, and procedures.

As required, this application package contains the following.

- Application for Federal Employment, Standard Form 171                [Pages 1-26]
- Supplemental Statement Addressing the Evaluation Factors,
  titled *Statement of Knowledge, Skills, and Abilities*               [Pages 27-34]
- Most Recent SF-50, effective August 26, 2001 (Quality Step Increase)  [Page 35
- Most Recent Performance Appraisal (June 1, 2000, to June 30, 2001)    [Pages 36-46]

I am a Certified Public Accountant with 25 years of Federal government experience, including more than 17 years with the Department of the Treasury Office of Inspector General (OIG). I have included the documents listed below to illustrate my excellent performance with the OIG, both within the Investigations Directorate and within the Office of Audit. I understand that these documents will be considered during the evaluation process.

- Certificate of Appreciation for Outstanding Performance, June 1, 1997, to May 31, 1998     [Page 47]
- SF-50 for Special Act – Team Player Award, May 31, 1998                                     [Page 48]
- SF-50 for Quality Step Increase, September 27, 1998                                         [Page 49]
- Certificate of Appreciation for Special Act, August 1, 1999, to March 8, 2000              [Page 50]
- SF-50 for Special Act Award, March 26, 2000                                                 [Page 51]

Please call me at (202) 927-6345 if you would like additional information about any aspect of this application.
I look forward to hearing from you.

Sincerely,

Maria V Carmona

Maria V. Carmona

---

**RECEIPT FOR APPLICATION**

I acknowledge that the OIG Human Resources Division (HRD) received all of the documents listed above
on November 30, 2001.

_____          _____          11/30/01
(Signature)                          (Title)                          (Date)

Plaintiff
Exhibit

K

05cv 1194 GJGP

# Application for Federal Employment - SF 171

**Read the instructions before you complete this application.** *Type or print clearly in dark ink.*

Form Approved:
OMB No. 3206-0012

## GENERAL INFORMATION

**1 What kind of job are you applying for?** *Give title and announcement no. (If any)*

Supervisory Auditor,
GS-511-15, OIG-01-044

**2 Social Security Number**

**3 Sex**
[ ] Male  [X] Female

**4 Birth date** *(Month, Day, Year)*
10-08-52

**5 Birthplace** *(City and State or Country)*
Cuba

**6 Name** *(Last, First, Middle)*
Carmona, Maria Victoria

Mailing address *(include apartment number, if any)*
P.O. Box 454

| City | State | ZIP Code |
|---|---|---|
| Fulton | MD | 20759 |

**7 Other names ever used** *(e.g., maiden name, nickname, etc.)*
None

**8 Home Phone**
Area Code   Number
(301) 490-4328

**9 Work Phone**
Area Code   Number   Extension
(202) 927-6345

**10 Were you ever employed as a civilian by the Federal Government?** If "NO", go to Item 11. If "YES", mark each type of job you held with an "X".

[X] Temporary  [ ] Career-Conditional  [X] Career  [ ] Excepted

What is your highest grade, classification series and job title?
GS-511-15 Acting Director for Banking & Fiscal Service in 2001
for Finance and Debt in 1999, and for Quality Assurance in 1993

Dates at highest grade: FROM 08-29-99**  TO 12-25-99**

## AVAILABILITY

**11 When can you start work?** *(Month and Year)*
12-01

**12 What is the lowest pay you will accept?** *(You will not be considered for jobs which pay less than you indicate.)*
Pay $ _____ per _____  OR Grade 15

**13 In what geographic area(s) are you willing to work?**
Washington, D.C., Local Commuting Area

**14 Are you willing to work?**

| | YES | NO |
|---|---|---|
| A. 40 hours per week *(full-time)*? | X | |
| B. 25-32 hours per week *(part-time)*? | | X |
| C. 17-24 hours per week *(part-time)*? | | X |
| D. 16 or fewer hours per week *(part-time)*? | | X |
| E. An intermittent job *(on-call/seasonal)*? | | X |
| F. Weekends, shifts, or rotating shifts? | | X |

**15 Are you willing to take a temporary job lasting:**

| | YES | NO |
|---|---|---|
| A. 5 to 12 months *(sometimes longer)*? | | X |
| B. 1 to 4 months? | | X |
| C. Less than 1 month? | | X |

**16 Are you willing to travel away from home for:**

| | YES | NO |
|---|---|---|
| A. 1 to 5 nights each month? | X | |
| B. 6 to 10 nights each month? | X | |
| C. 11 or more nights each month? | X | |

## MILITARY SERVICE AND VETERAN PREFERENCE

**17 Have you served in the United States Military Service?** If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to item 22.

| | YES | NO |
|---|---|---|
| | | X |

**18 Did you or will you retire at or above the rank of major or lieutenant commander?**

---

### FOR USE OF EXAMINING OFFICE ONLY

Date entered register

Form reviewed:
Form approved:

| Option | Grade | Earned Rating | Veteran Preference | Augmented Rating |
|---|---|---|---|---|
| | | | [ ] No Preference Claimed | |
| | | | [ ] 5 Points *(Tentative)* | |
| | | | [ ] 10 Pts. *(30% Or More Comp. Dis.)* | |
| | | | [ ] 10 Pts.*(Less Than 30% Comp. Dis.)* | |
| | | | [ ] Other 10 Points | |

Initials and Date

| | [ ] Disallowed | [ ] Being Investigated |
|---|---|---|

### FOR USE OF APPOINTING OFFICE ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.

[ ] 5-Point  [ ] 10-Point–30% or More Compensable Disability  [ ] 10-Point–Less Than 30% Compensable Disability  [ ] 10-Point–Other

Signature and Title

Agency _____  Date _____

## MILITARY SERVICE AND VETERAN PREFERENCE *(Cont.)*

**19 Were you discharged from the military service under honorable conditions?** *(If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO".)* If "NO", provide below the date and type of discharge you received.

| | YES | NO |
|---|---|---|
| | | |

Discharge Date *(Month, Day, Year)* _____  Type of Discharge _____

**20** List the dates *(Month, Day, Year)*, and branch for all active duty military service.

| From | To | Branch of Service |
|---|---|---|
| | | |

**21** If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.

**22** Read the instructions that came with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

[X] **NO PREFERENCE**

[ ] **5-POINT PREFERENCE** — You must show proof when you are hired.

[ ] **10-POINT PREFERENCE** -- If you claim 10-point preference, place an "X" in the box next to the basis for your claim. To receive 10-point preference you must also complete a Standard Form 15, Application for 10-Point Veteran Preference, which is available from any Federal Job Information Center. ATTACH THE COMPLETED SF 15 AND REQUESTED PROOF TO THIS APPLICATION.

[ ] Non-compensably disabled or Purple Heart recipient.

[ ] Compensably disabled, less than 30 percent.

[ ] Spouse, widow(er), or mother of a deceased or disabled veteran.

[ ] Compensably disabled, 30 percent or more.

---

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90

NSN 7540-00-935-7150    171-110

Standard Form 171 (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

**Page 1**

**I have served as Acting Director, functioning at a level equivalent to a GS-511-15, for periods totaling more than a year. I was officially promoted to the Grade 15 during two separate Not-to-Exceed-120-Days details (05-16-93 to 09-12-93 and 08-29-99 to 12-25-99) and one 4-week detail (06-24-01 to 07-21-01). See Blocks B, D, and I.

1 of 51

| | | YES | NO |
|---|---|---|---|
| **23** May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. | | | X |

**24 READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.**

- Describe your current or most recent job in Block A and work backwards, describing each job you held **during the past 10 years.** If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block.

- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.

- **INCLUDE VOLUNTEER WORK** (non-paid work)--If the work (or a part of the work) is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.

- **INCLUDE MILITARY SERVICE**--You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.

- **IF YOU NEED MORE SPACE TO DESCRIBE A JOB**--Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On **each** sheet show your name, Social Security Number, and the announcement number or job title.

- **IF YOU NEED MORE EXPERIENCE BLOCKS**, use the SF 171-A or a sheet of paper.

- **IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS)**, use the SF 172 or a sheet of paper as described above.

---

**A**

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervise |
|---|---|---|---|
| Department of the Treasury, Office of Inspector General | From:07-22-01   To:Present | 40 | See Note below |
| Office of Audit - Banking and Fiscal Service | Salary or earnings | Your reason for wanting to leave | |
| 740 15th Street, N. W.  Suite 600 | Starting $ 94,618   per year | Increased Responsibility and | |
| Washington, D.C.            20220 | Ending $ 97,108   per year | Professional Development | |

| Your immediate supervisor | | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|---|
| Name | Area Code  Telephone No. | | Supervisory Auditor | |
| Donald R. Kassel | (202) 927-6512 | | Audit Manager | GS-511-14 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervise. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

*Note: The number of employees that I supervise varies depending on the audits and other projects that I am assigned. Currently, I am responsible for three major efforts, to which a total of 20 staff members, including both auditors and investigators, are assigned.*

See attached Work Experience Continuation - Block A.

---

For Agency Use (skill codes, etc.)

**B**

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Treasury, Office of Inspector General | From:06-24-01   To:07-21-01 | 40 | 9   See Note |
| Office of Audit - Banking and Fiscal Service | Salary or earnings | Your reason for leaving | |
| 740 15th Street, N. W.  Suite 600 | Starting $ 102,508   per year | End of Acting Director detail | |
| Washington, D.C.            20220 | Ending $ 102,508   per year | | |

| Your immediate supervisor | | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|---|
| Name | Area Code  Telephone No. | | Supervisory Auditor | |
| Donald R. Kassel | (202) 927-6512 | | Acting Director | GS-511-15 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

*Note: This position also had oversight of the audit operations of the Western Region, a staff of 10 headed by a Grade 15 Director.*

See attached Work Experience Continuation - Block B.

For Agency Use (skill codes, etc.)

## Work Experience Continuation – Block 

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

---

### Office of Audit - Banking and Fiscal Service   07-22-01 to Present

Currently responsible for three major efforts, discussed below, in the areas of grant administration, records retention, and the protection of physical and cyber-based systems. A total of 20 staff members are assigned to these efforts, including 12 auditors and 8 investigators. Four of these individuals are at the Grade 14 level; the majority of the others are at the Grade 13 level. Also assisting our Director with a material loss review of a thrift institution, in part by covering a hearing at which the Director of the Office of Thrift Supervision (OTS) testified and by representing the office at OTS-FDIC meetings.

Managing a nationwide review of the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund, which is part of Departmental Offices. Overseeing the work of seven teams, each consisting of an investigator and one or more auditors, as they perform onsite visits to recipients of grants from the CDFI Fund. The objective of this audit, which is a collaborative effort between the Offices of Audit and Investigations, and among Headquarters and the Regions, is to determine if the CDFI Fund is effectively ensuring that its awardees are carrying out their activities in accordance with the grant assistance agreements. In conjunction with the work being performed by the auditors, the investigators are verifying the existence of loans and other assets, and taking additional steps with a focus on identifying any potential fraud or misuse of funds.

As part of this effort, coordinated the preparation and presentation of two days of training for the project team, including sessions by staff from the CDFI Fund on topics such as how the Fund makes awards, establishes performance measures, and monitors outcomes. There were also sessions by OIG Counsel and by OIG staff members who have had experience related to the CDFI Fund. Project goals were discussed, and the auditors met for a detailed walk-through of the review guide.

In advance of the training session, oversaw the review of the files for the 50 CDFIs in the sample and the preparation of core OIG files, which were then provided to the field staff while they were in Washington. In all, the team will be reviewing grants representing more than 25 percent of the $245 million that the Fund awarded in two fiscal years.

Ensured that staff members participating in the training received continuing professional education credits through the National Association of State Boards of Accountancy, which requires, in part, the preparation of a training brochure, the maintenance of detailed training materials, and the analysis of evaluations of the sessions.

Continue to coordinate the grant administration audit with CDFI Fund management. For example, I recently met with the new Director of the Fund to discuss how the work was progressing and how the audit would proceed through to issuance of a final report. I also shared with him OIG observations on the training, including the results of the evaluations by our team members. In addition, I am ensuring that, as we develop findings, the project team keeps an open line of communication with OIG staff who have Single Audit Act and Financial Statement Audit responsibility over the CDFI Fund.

Managing the final stage of a multi-bureau audit on Records Retention and Destruction, working with the audit team to finalize a total of four audit reports on work performed at Departmental Offices (DO), the Financial Management Service (FMS), and the Bureau of the Public Debt (BPD). As part of this effort, I have run senior-level meetings with the Commissioners, Deputy Commissioners, and Assistant Commissioners for FMS and BPD, and with senior officials within DO.

The reports for this audit identify monetary findings and provide recommendations for the improvement of records management policies and procedures at both the Departmental and bureau levels. In addition, there are recommendations addressing issues such as allocating adequate resources, providing appropriate training and guidance, conducting internal program evaluations, updating records schedules (SF-115s), and destroying records in accordance with the schedules.

Overseeing the OIG's monitoring of Treasury in its role as the Lead Agency for Banking and Finance under Presidential Decision Directive (PDD) 63, which calls for the protection of physical and cyber-based systems essential to the minimum operations of the economy and the Government. This work will result in an audit during FY 2002 of the effectiveness of the PDD 63 initiative, which was designed to significantly increase security over government systems and to produce a workable and innovative framework for critical infrastructure.

## Work Experience Continuation – Block A

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

Serve as Acting Director, *Banking and Fiscal Service*, in the Director's absence. Represent the Director at meetings, including entrance conferences, such as one for an audit on the Plastic Card Network at FMS. Address some of the Director's administrative responsibilities, such as updating the Program Audit Report Database and approving travel authorizations and vouchers on the Travel Manager system. Provide the Director with frequent updates on audits and other projects, and share information with other Directorates. Perform personnel-related tasks and proactively address supervisory matters.

Have handled sensitive and at times difficult personnel matters. For example, addressed the death of a coworker, who at the time was the only other Audit Manager in *Banking and Fiscal Service*. This included interfacing with family members, advising OIG senior management and staff about the death, and making arrangements for flowers and other expressions of sympathy. Discussed the loss with a number of staff members who sought me out in their grief. Pursued with Personnel the posthumous granting of the Gallatin Award, for length of service with the Department of the Treasury, an award usually presented during retirement ceremonies.

Also perform other personnel-related tasks, such as giving staff performance appraisals and approving leave and time reports.

Coordinate with senior managers at the Department and the bureaus to obtain insights into potential audit issues, such as innovations in electronic payment and debt collection, and revisions to the Treasury bond market.

Coordinate with officials of non-Treasury entities, including Congress, and monitor *Banking and Fiscal Service* issues on an ongoing basis. Address external inquiries related to our Directorate. Also coordinate with other Treasury OIG groups in various efforts. For example, coordinated the initial planning and subsequent assignment of *Banking and Fiscal Service* staff to assist in an administrative investigation in the Southern region. Also represent the OIG at Bureau forums.

**Work Experience Continuation – Block b** 

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

## Office of Audit - Banking and Fiscal Service    06-24-01 to 07-21-01[1]

Served as Acting National Director, *Banking and Fiscal Service*, with direct responsibility for 9 staff members, and oversight of the Western region staff. Tasks outlined below were in addition to ongoing duties as an Audit Manager, described in Blocks A and C.

Performed a final review of the *Banking and Fiscal Service* sections of the Annual Audit Plan for FY 2002, and provided recommendations to revise the order of priority and to consider additional internal control language in the justifications. For an audit of an automated system at the Financial Management Service (FMS), oversaw the revision of the scope and general plans, and of the corresponding justification. Also coordinated a review of the OIG's Semiannual Report to Congress with Treasury Bureau liaisons.

Addressed personnel-related issues. For example, for a serious personnel matter, reviewed a Notice of Proposed Action that had been drafted by Management Services staff, and provided suggestions to help ensure that the notice reflected the situation that had occurred and was stated in a clear manner that would minimize the risk of misinterpretation. Also coordinated a Grade 14 recruitment action with Personnel, and held discussions and made decisions about the reporting date for an employee transferring in from another office.

Prepared nominations for awards based on staff performance, and drafted the OIG's nomination for a PCIE Career Achievement Award for a long-term Treasury employee who retired.

Addressed budgetary issues, including a reconciliation among the multiple OIG budget and expense tracking systems. Pursued the availability of necessary travel funds, and approved authorizations and vouchers.

Responded to requests from the Assistant Inspector General (AIG) and the Acting Deputy AIG. As one example, provided information on efforts by FMS to increase the availability of Electronic Transfer Accounts and on concerns that had been expressed at Congressional hearings on these types of accounts.

Responded to inquiries from the public, in part by referring issues such as a request for debt write-off and a report of suspected stock fraud to the appropriate Federal entities. Also provided assistance to staff from another OIG with reference to the operations of a Treasury Bureau.

Represented the Directorate at external meetings, such as an exit conference with FMS on an e-commerce audit performed by Information Technology staff. Also represented the office at OIG meetings.

Prepared input for the Office of Audit's submission for the weekly Secretary's Report.

Reviewed documents received for comment by the OIG, including draft Treasury Directives and a House Bill titled the Cyber Security Information Act. Responded to routine data calls.

Shared information with *Banking and Fiscal Service* staff on developments related to the Bureaus we audit and on matters of interest within Treasury and the OIG.

---

[1] The SF-50s for this temporary promotion, which I received on November 26, 2001, do not reflect the full period. My supervisor advised me that he is addressing the matter with Management Services.

Form Approved;
OMB No. 3206-0012

• Attach all SF 171-A's to your application at the top of page 3.

1. Name (Last, First, Middle Initial)
Carmona, Maria Victoria

2. Social Security Number

3. Job Title or Announcement Number You Are Applying For
Supervisory Auditor, GS-511-15, OIG-01-044

4. Date Completed

## ADDITIONAL WORK EXPERIENCE BLOCKS

**C** Name and address of employer's organization (include ZIP Code, if known)
Department of the Treasury, Office of Inspector General
Office of Audit - Banking and Fiscal Service
740 15th Street, N. W.  Suite 600
Washington, D.C.                     20220

Dates employed (give month, day and year)
From: 03-12-00   To: 06-23-01

Average number of hours per week: 40

Number of employees you supervised: Varied, up to 7

Salary or earnings
Starting $ 88,741  per year
Ending $ 94,618  per year

Your reason for leaving
Temporarily Promoted to
Acting Director

Your immediate supervisor
Name: Donald R. Kassel
Area Code Telephone No.: (202) 927-6512

Exact title of your job
Supervisory Auditor
Audit Manager

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
GS-511-14

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

See attached Work Experience Continuation - Block C.

For Agency Use (skill codes, etc.)

**D** Name and address of employer's organization (include ZIP Code, if known)
Department of the Treasury, Office of Inspector General
Office of Audit - Finance and Debt
1255 22nd Street, N.W.  Suite 200
Washington, D.C.                     20037

Dates employed (give month, day and year)
From: 08-29-99   To: 03-11-00

Average number of hours per week: 40

Number of employees you supervised: 11

Salary or earnings
Starting $ 84,570  per year
Ending $ 88,741  per year

Your reason for leaving
End of detail (included a 120-day
promotion to GS-15 at $91,410)

Your immediate supervisor
Name: Marla A. Freedman
Area Code Telephone No.: (202) 927-6516

Exact title of your job
Supervisory Auditor
Acting Director

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
GS-511-14 and GS-511-15 (temp. promotion)

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

See attached Work Experience Continuation - Block D.

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

6 of 51

## Work Experience Continuation – Block ⌣

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

## Office of Audit - Banking and Fiscal Service    03-12-00 to 06-23-01

Oversaw the issuance of two final audit reports, including one on a high-visibility audit of deposit fund accounts at the Financial Management Service (FMS) that identified $42 million in funds to be put to better use, one of the largest dollar findings in an OIG program audit in recent years. Received a Special Act Award (Group) for this audit.

Managed a multi-bureau audit on Records Retention and Destruction that was assigned to me during the report-writing phase. Worked with the audit team on the three Bureau draft reports and held exit conferences with senior officials at Departmental Offices, FMS, and the Bureau of the Public Debt (BPD). The audit reports identify monetary findings and provide recommendations for the improvement of records management policies and procedures at both the Departmental and bureau levels.

Also managed the initial stages of two audits, one on electronic commerce (e-commerce) as it relates to FMS and the other on post-award grant administration by the Department's Community Development Financial Institutions Fund.

Subsequent to the March 2000 reorganization of the Office of Audit, ensured a smooth transition to the newly-created directorate, *Banking and Fiscal Service*, from a period serving as the Acting Director, *Finance and Debt* (August 29, 1999, to March 11, 2000). Provided senior management with transition reports on the status of the budget, recruitment activity, annual planning activity, and pending audits and reports.

Served as Acting Director, *Banking and Fiscal Service*, in the Director's absence. Continued to address some of the Director's administrative responsibilities, such as updating the Program Audit Report Database and approving travel authorizations and vouchers on the Travel Manager system. Provided the Director with frequent updates on audits and other projects, and shared information with other Directorates.

Coordinated with senior managers at the Department and the bureaus to obtain insights into potential audit issues, such as controls over the activities of the Multilateral Development Banks and FMS's compensating balances. Presented Banking, FMS, BPD, Departmental Offices, and multi-bureau audit proposals at the Office of Audit Annual Planning Conference and during subsequent discussion with the Inspector General, explaining the reasons for the priority placed on each of the proposals and proposing alternative approaches when appropriate.

Coordinated with officials of non-Treasury entities, including Congress. For example, in performing preliminary work for the second President's Council on Integrity and Efficiency (PCIE) audit of delinquent non-tax debt, met with an Office of Management and Budget (OMB) representative to obtain OMB's perspective on current debt and credit management issues. Coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. Met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs with reference to an audit of OCC and OTS Fee Assessment Practices, which was also in its early stages.

Monitored *Banking and Fiscal Service* issues. For example, during June 2000, attended a hearing on the Debt Collection Improvement Act, then prepared a memorandum specifying each of the major issues that may affect the OIG (current audits, future planning) and related points for consideration.

Addressed external inquiries related to *Banking and Fiscal Service*, and coordinated with various Treasury OIG groups in efforts such as responding to Freedom of Information Act (FOIA) requests. Also represented the OIG at Bureau forums, including the Credit Management Focus Group at FMS.

Participated in OIG recruitment activity, including serving on a hiring panel for a Grade 14 position, reviewing applications, and interviewing. Performed other personnel-related tasks, such as ensuring that the necessary interim performance appraisals were completed in a timely manner and establishing performance elements and standards for new staff.

Proactively addressed supervisory matters, by actions such as, in the context of limited training funds, taking the initiative to identify no-cost training opportunities for the staff, exploring non-traditional sources and types of training, and sharing information in a timely manner. For example, through membership in the Greater Washington Society of Certified Public Accountants, identified an internet course on Derivatives sponsored by The CPA School of Washington that provided 4 hours of no-cost Continuing Professional Education. Completed the course prior to recommending it, to ensure that the material would be worthwhile for staff who may be auditing financial issues.

## W Experience Continuation – Block I

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

### Office of Audit - Finance and Debt  08-29-99 to 03-11-00

Served as the Acting Director for *Finance and Debt*, the office with responsibility for audits of the Financial Management Service (FMS) and the Bureau of the Public Debt (BPD). Was promoted to the Grade 15 for a period Not to Exceed 120 Days, that is, from August 29 through December 25, 1999. Received a Special Act Award for my work during this period.

Under my leadership, *Finance and Debt*, which was staffed with two Grade 14 Audit Managers, eight Auditors, primarily at the Grade 13, and one Grade 8 Office Manager, issued seven reports in final, and had an eighth final report pending review by OIG senior management. The office also completed an audit to the point of forwarding a draft report for review, addressed a bureau request regarding potential fraud by a contractor, and initiated two new audits. In addition, the office responded to numerous OIG data calls and other inquiries, always within the requested time frames. This level of productivity is commendable, especially considering that a number of staff members were on detail to other directorates during this 6-1/2 month period.

During my tenure as Acting Director, the office was responsible for several high-visibility and sensitive audits that had broad impact and resulted in significant findings, including a monetary finding of $42 million, one of the largest dollar findings in an OIG program audit in recent years.

This finding that $42 million should be put to better use was the primary recommendation in an audit report titled *Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act*. This audit of the Deposit Fund Accounts, which was requested by the Treasury General Counsel in the context of pending litigation and extensive media coverage relating to the Individual Indian Monies trust fund, also provided an excellent opportunity for the OIG to demonstrate its focus on improving customer service.

Other high-visibility and sensitive assignments for which I was responsible as Acting Director included a PCIE/ECIE Review of Non-Tax Delinquent Debt, which had government-wide impact, and a Congressional request regarding a very sensitive matter at a Treasury bureau for which *Finance and Debt* did not have direct audit responsibility. The office was assigned this additional responsibility based specifically on the quality of work performed on another audit during my tenure.

Audit coverage included other areas, such as FMS's oversight of private collection agencies, FMS's reclamation of direct deposit post-death benefit payments, BPD's auction process, and BPD's compliance with the Government Performance and Results Act.

Also, coordinated *Finance and Debt* audit operations with bureau liaisons and with other OIG components, such as the Investigations Directorate, and ensured that staff prepared top-quality briefings for multiple purposes, including scheduled entrance and exit conferences. Assumed the lead in staff presentations during briefings before the Commissioners of FMS and BPD, and with the Inspector General.

Improved communication and morale within *Finance and Debt*, in part as discussed below. Members of the staff expressed their appreciation for the manner in which I treated them and for the way in which I shared information with them.

Held periodic staff meetings to share information provided by the Deputy Assistant Inspector General and to discuss other matters of interest. Agenda items were solicited from the staff and included in the written agenda handed out at each meeting. During the staff meetings, led discussions and provided attachments on a number of current issues and on suggestions for improving written products. Also provided the staff with periodic updates through our Local Area Network (LAN), in order to supplement information shared during the staff meetings. The staff responded in a very positive manner to my openness and willingness to share information.

Routinely held meetings with the Audit Managers to discuss the status of audits, the audit plan, and staffing issues. Included the audit team, as appropriate, in discussions of the ongoing audits. Held report-writing conferences that were particularly effective in enhancing the reporting process, and resulted in reports that required virtually no revision by senior management.

Improved morale by taking care to acknowledge staff contributions, both formally and informally. For example, submitted a nomination for a Special Act Award (Group) for a *Finance and Debt* audit team that was approved without revision.

Instituted changes in the administration of *Finance and Debt* that had a positive effect on the office. For example, revised the format of the monthly Audit Status Reports, to bring the *Finance and Debt* reports into line with those submitted by the other Audit Directorates.

# W⌣ Experience Continuation – Block I⌣

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

Also enhanced the Office Manager's role, in part by requesting that she maintain a chronological file, so that staff would have copies of important documents and office correspondence readily available for reference. In keeping with this assignment, the Office Manager volunteered to maintain an automated audit report file that, in the absence of a public folder for such records, would ensure that staff could access a current listing of audit reports that had been issued and automated copies of all audit reports that had been transmitted.

Was actively involved in the annual planning process, reviewing and providing input to the *Office of Audit Annual Plan for Fiscal Year 2000*, and preparing for the FY 2001 plan. Handled other administrative duties, such as monitoring and reporting on the budget, and taking and reporting on an informal poll regarding office location. Also prepared all of the monthly reports for *Finance and Debt* in a timely manner, and ensured that documents required from the staff, such as the annual confidential financial disclosure forms, were completed and

* Attach all SF 171-A's to your application at the top of page 3.

| 1. Name (Last, First, Middle Initial) | 2. Social Security Number |
|---|---|
| Carmona, Maria Victoria | |
| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
| Supervisory Auditor, GS-511-15, OIG-01-044 | |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**E** Name and address of employer's organization *(include ZIP Code, if known)*
Department of the Treasury, Office of Inspector General
Office of Audit - DO, FinCEN, and Treasury Systems
1255 22nd Street, N.W.  Suite 200
Washington, D.C.                     20037

| Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|
| From: 10-11-98   To: 08-28-99 | 40 | Varied (2-4) |
| Salary or earnings | Your reason for leaving | |
| Starting $81,569  per year | Temporarily Promoted to | |
| Ending $84,570  per year | Acting Director | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| Barry L. Savill | Unknown - See Note | Audit Manager | GM-511-14 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

*Note: The Director who was my immediate supervisor no longer works for the Treasury OIG.*

See attached Work Experience Continuation - Block E.

For Agency Use (skill codes, etc.)

**F** Name and address of employer's organization *(include ZIP Code, if known)*
Department of the Treasury, Office of Inspector General
Investigations Directorate - Office of Oversight
1255 22nd Street, N.W.  Suite 200
Washington, D.C.                     20037

| Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|
| From: 03-30-97   To: 10-10-98 | 40 | Varied (2-6) |
| Salary or earnings | Your reason for leaving | |
| Starting $75,314  per year | Reassigned to the Audit | |
| Ending $81,569  per year | Directorate | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| William J. DiVello | (202) 727-9108 | Program Manager | GM-511-14 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

*Note: The Office of Oversight reported to the Investigations Directorate until an April 1998 reorganization had it report directly to the Deputy Inspector General. A July 1998 reorganization reassigned Office of Oversight auditors to the Audit Directorate, with responsibility for the OIG's program audits of the U.S. Customs Service. An October 1998 reorganization reassigned these members of the Oversight staff to other offices within the Audit Directorate. Because Notification of Personnel Action forms (SF-50s) were not issued for the first two reorganizations, and because my immediate supervisor did not change, I have included the work performed during the April to October time frame in this statement of work experience.*

See attached Work Experience Continuation - Block F.

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

10 oF 51

## Work Experience Continuation – Block E

| | |
|---|---|
| Carmona, Maria V. | Supervisory Auditor<br>GS-511-15, OIG-01-044 |

### Office of Audit – DO, FinCEN, and Treasury Systems    10-11-98 to 08-28-99

Planned and managed program audits in the areas of asset forfeiture, communications systems, and financial crime. For individual audits, managed the preparation of planning documents, data gathering, and data analysis; and monitored staff progress through frequent project meetings and reviews of working papers.

Issued a report on the review of the mission of the Executive Office of Asset Forfeiture (EOAF), having coordinated the review with the Acting Director of EOAF and other senior members of the staff. Each step of this audit was completed in a timely manner, within the time frames established during the early planning phase. Work was coordinated with the Department's Office of Accounting and Internal Control and with the Treasury Reinvention Team. At the exit conference, the Acting Director of EOAF expressed his appreciation for the level of work we had performed and for the matters we brought to his attention.

Managed an audit of the Treasury Communications System (TCS) at Departmental Offices and the preliminary work on an audit of an artificial intelligence system at the Financial Crimes Enforcement Network (FinCEN).

Oversaw the preparation of management information systems reports on a monthly basis, and of justifications for audits for the FY 2000 Annual Audit Plan. Submitted six detailed justifications for audits of the Issue Area assigned to our team.

Supervised staff that included two Grade 13 auditors, a Grade 12 auditor, and a Grade 12 management analyst. Performed all related duties, including the preparation of individual development plans, of performance appraisals, and of nominations for awards.

Interfaced with senior-level officials and staff at the Department and with contractor personnel. Responded to inquiries from organizations such as Congress, the General Accounting Office, and the Department's Office of Professional Responsibility.

Reviewed program audit reports pending at the Deputy Assistant Inspector General level to facilitate timely issuance.

Completed carry-over work from the Office of Oversight, including a multi-bureau project covering the four law-enforcement bureaus. In doing so, discussed issues with the Inspector General and Counsel, coordinated with bureau management, and responded to inquiries from members of the public.

Issued four Oversight reports dealing with matters such as unauthorized disclosure of information, non-payment of rewards, and document destruction. All findings and recommendations had management concurrence.

## Work Experience Continuation – Block F

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

### Investigations Directorate - Office of Oversight   03-30-97 to 10-10-98

Planned and led Oversight reviews of the internal investigative functions of the four Treasury law-enforcement bureaus, i.e., the Bureau of Alcohol, Tobacco and Firearms, the U.S. Customs Service, the Internal Revenue Service (IRS), and the U.S. Secret Service. These reviews addressed areas such as the quality of internal investigations conducted by the bureaus and the reporting of investigative statistics. Also managed reviews of allegations of nonpayment of rewards, obstruction of justice, illegal destruction of documents, and unauthorized release of Privacy Act information.

Supervised as many as six Grade 13 staff members in the auditor, criminal investigator, and general investigator series working on multiple Oversight reviews addressing varied, complex, and often very sensitive matters. Performed all duties related to managing staff, such as developing and applying the performance analysis program. Supervised the work of a summer intern, providing on-the-job training and experience of such quality that the intern decided to become a governmental auditor when he graduated from college the following year.

Managed the preparation of planning documents, data gathering, and data analysis; and monitored staff progress through frequent project meetings and reviews of working papers.

Interfaced with senior-level officials at the law-enforcement bureaus and the Department, with Congressional staff, and with the public. Also coordinated efforts with OIG Counsel and with other OIG components. Served as Acting in the Director's absence, representing the Office at OIG meetings and addressing any matters that arose.

Addressed issues to various levels of Department and bureau management, with all recommendations in final reports accepted, and corrective actions implemented or planned.

Was responsible for the preparation of Congressional testimony and related documents for Senate Finance Committee hearings on the IRS and for appropriations hearings. Oversaw the preparation of responses to Congressional inquiries.

Managed the preparation of the FY 1998 Annual Plan, which took into account current issues at each of the law-enforcement bureaus. The Plan included projected staff days and travel costs associated with each job, provided an analysis of follow-up activity, and presented contingency reviews for consideration if additional staffing became available.

Oversaw the Office's efforts regarding compliance with the Government Performance and Results Act (GPRA), including the strategic planning process. Managed the development of a recommendation tracking system and of a survey instrument to measure customer satisfaction.

Participated in an OIG-wide Diversity Task Group with representatives from various organizations, in concert with the Senior Management Group, to address diversity issues within the OIG work force. The Diversity Task Group prepared a report for the Senior Management Group with six major recommendations, including one that provided 18 specific steps for managing the proposed OIG approach to diversity in the areas of leadership; education; change in culture and management systems; and research, measurement, and follow up.

Prepared a justification for a revised organizational structure to enhance independence, which was used by the Deputy Inspector General for the April 1998 reorganization. Subsequent to this reorganization, which expanded the mission of the Office of Oversight, managed the first internal investigations assigned to the Office. These investigations involved serious allegations about senior officials that needed to be addressed in an expedited manner and with discretion.

Worked with the assigned Grade 13 investigator to develop the Oversight approach to internal investigations, deciding how daily investigative activity would be documented, how the case file would be maintained, and how the report would be structured. Also addressed legal issues related to the investigation, such as the reading of rights or administrative warnings.

For the July 1998 reorganization, assisted in the transition of the Office of Oversight staff to the Audit Directorate, handling arrangements such as the assignment of office space and the preparation of all closed files and other records for shipment to the Federal Records Center.

Carmona, Maria V.                                                    Supervisory Auditor
⬛⬛⬛⬛⬛⬛                                                              GS-511-15, OIG-01-044

Managed the planning effort for the new Customs-related duties of the Office, establishing liaison with counterparts in the bureau. Oversaw the work of two auditors who were analyzing documents such as the Strategic Plan and prior OIG and GAO reports, and working on a review of Customs performance measures for a GPRA audit.

Managed the planning stages of two Oversight reviews, and their subsequent transition to the Investigations Directorate, which included detailed briefings for the Assistant Inspector General for Investigations. These reviews dealt with (1) the execution of search warrants, and (2) obstruction of justice and alleged cover-up regarding an IRS audit of the financial transactions of an international corporation. Worked with Investigations Directorate managers and staff to transfer other ongoing projects that dealt with investigative issues.

Managed the effort to finalize three Oversight reviews addressing very sensitive matters that had Congressional interest and one multi-bureau review that resulted in recommendations to the Deputy Secretary for Enforcement and to the heads of some of the bureaus regarding the accurate reporting of investigative information. Obtained concurrence from management on all of the findings and recommendations.

Coordinated efforts with Congressional staff, with the General Accounting Office, with contractor personnel, with the Treasury Reinvention Team, and with the Department's Office of Accounting and Internal Control. Also coordinated with the Inspector General, Deputy Inspector General, OIG Counsel, and other OIG components. On a regular basis advised the Director of the Office of Oversight of progress and any issues.

Responded to inquiries from organizations including Congress, the General Accounting Office, and the Department's Office of Professional Responsibility; and from members of the public.

Form Approved:
OMB No. 3206-0012

* Attach all SF 171-A's to your application at the top of page 3.

| 1. Name (Last, First, Middle Initial) | | 2. Social Security Number |
|---|---|---|
| Carmona, Maria Victoria | | |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory Auditor, GS-511-15, OIG-01-044 | |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**G** Name and address of employer's organization *(include ZIP Code, if known)*

Department of the Treasury, Office of Inspector General

Office of Financial Management Audits

740 15th Street, N.W.  Suite 600

Washington, D.C.                    20220

| Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|
| From: 07-09-95  To: 03-29-97 | 40 | None |

| Salary or earnings | Your reason for leaving |
|---|---|
| Starting $71,078  per year | Reassigned to the Office of |
| Ending $75,314  per year | Oversight |

| Your immediate supervisor | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| Antoine Elachkar | (202) 927-5440 | Financial Audit Manager | GM-511-14 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

See attached Work Experience Continuation - Block G.

For Agency Use (skill codes, etc.)

**H** Name and address of employer's organization *(include ZIP Code, if known)*

Department of the Treasury, Office of Inspector General

Office of Oversight and Quality Assurance - Oversight

999 E Street, N.W.

Washington, D.C.

| Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|
| From: 12-06-89  To: 07-08-95 | 40 | Varied (3-17) |

| Salary or earnings | Your reason for leaving |
|---|---|
| Starting $43,863  per year | Reassigned to the Office of |
| Ending $71,078  per year | Financial Management Audits |

| Your immediate supervisor | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| William J. DiVello | (202) 727-9108 | Program Manager | GM-511-14, 06-03-90 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

*Note: See Item I for information on a detail during this period to Acting Director, Office of Quality Assurance.*

See attached Work Experience Continuation - Block H.

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

14 of 51

## Work Experience Continuation – Block

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

### Office of Financial Management Audits     07-09-95 to 03-29-97

Was responsible for the Office of Inspector General's (OIG) oversight of the Department's Federal Managers' Financial Integrity Act (FMFIA) program.  Reviewed annual FMFIA assurance letters for each of the 12 Treasury bureaus, coordinating with all OIG functions, with the management control officials at each of the bureaus, and with representatives for the Assistant Secretary for Management and Chief Financial Officer and for the General Accounting Office (GAO).  Addressed sensitive issues, such as differing positions between the IRS Commissioner and the Chief Inspector.

Monitored management control issues throughout the year.  This included analyzing all OIG and GAO reports issued on the bureaus to determine if they identified any material weaknesses or instances of nonconformance with the Comptroller General's standards.  Also covered, or obtained testimony from, Congressional hearings.  Monitored the news media for Treasury-related issues.

Prepared a detailed proposal for an Office of Management Control within the OIG.  Some of the objectives of this Office were to ensure that the Department and bureaus had appropriate management control systems and were adequately disclosing material weaknesses and instances of nonconformance; to identify systemic issues requiring attention; and to facilitate OIG audits, investigations, and planning initiatives.  The proposal addressed OIG implementation of revisions to the Office of Management and Budget (OMB) Circular A-123 on management accountability, and integrated management control with the OIG mission statement and with Federal reinvention efforts.

Performed financial statement audit work at the Bureau of Alcohol, Tobacco and Firearms, and at the U.S. Secret Service.  Interviewed managers and accountants responsible for the segments being audited.

Determined compliance with laws and regulations, including FMFIA and the Government Performance and Results Act, coordinating with staff responsible for other financial statement audit cycles.  Assessed bureau processes designed to ensure adequacy of management controls, reviewing management control plans and internal risk assessments.  Reviewed bureau strategic plans and the planning and budget models to determine if they were appropriately tied to strategic goals and to annual performance goals.

Tested the validity of accounts such as payroll, with its related funded and unfunded liabilities; and property, plant, and equipment.  Proposed adjusting entries as necessary.

Participated in the OIG-wide Change Management Advisory Team.

 **Experience Continuation – Block**

| | |
|---|---|
| Carmona, Maria V. | Supervisory Auditor |
| | GS-511-15, OIG-01-044 |

### Office of Oversight and Quality Assurance    12-06-89 to 07-08-95

Planned and led Oversight reviews of the internal audit and investigative functions of the Treasury law-enforcement bureaus.

Managed multi-disciplinary teams of GS-13 and GS-14 auditors, investigators, and inspectors, coordinating with senior officials of the Department and bureaus, Congressional committees, and GAO, and with members of the public.

Office Management:  Prepared organization plans; staffing, training, and annual budget plans; annual Oversight review plans; position descriptions; and personnel actions.  Performed vulnerability assessment.  Authored Oversight chapter of the new OIG Manual.  Assumed Acting duties for the Director of Oversight, the Assistant Inspector General for Oversight and Quality Assurance, and the Inspector General.

Special Assignments:  Office of Thrift Supervision Savings and Loan Evaluation; 1991 and 1994 Peer Reviews; overall responsibility for Congressional hearings on IRS issues, including integrity.  Special inquiry into management practices at an IRS region.  Review of IRS Internal Audit quality control program and regional operations.  Review of sensitive issues regarding systems and individuals.  Quality Assurance review of the Office of Oversight.  Change Management Advisory Team.

*Note: See Item I for information on a detail during this period to Acting Director, Office of Quality Assurance.*

Standard Form 171-A - Continuation Sheet for SF 171  Filed 04/17/2006     Page 18 of 27  Form Approved:
OMB No. 3206-0012
• Attach all SF 171-A's to your application at the top of page 3.

| 1. Name (Last, First, Middle Initial) | 2. Social Security Number |
|---|---|
| Carmona, Maria Victoria | |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory Auditor, GS-511-15, OIG-01-044 | |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**I**

| Name and address of employer's organization (include ZIP Code, if known) | Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Treasury, Office of Inspector General | From: 05-04-93  To: 10-09-93 | 40 | 4 |
| Office of Oversight and Quality Assurance | **Salary or earnings** | **Your reason for leaving** | |
| 999 E Street, N.W. | Starting $62,291  per year | End of Detail (included a 120-day | |
| Washington, D.C. | Ending $64,179  per year | promotion to GM-15 at $66,609) | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| Gary Whittington | Unknown - Retired | Acting Director | GM-511-15, 05-16-93 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Directed the OIG's internal quality assurance (QA) function, including the work of the four Grade 13 auditors in QA. Prepared the 1994 Annual Plan, which was the first detailed plan for QA, and presented the plan at the OIG Management Conference. Coordinated plans for the 1994 Peer Review with officials from the General Services Administration, the Nuclear Regulatory Commission, and the Office of Personnel Management.

Office Management: Prepared entries for reports and managed the budget, purchasing needed supplies, allocating training funds, and planning necessary travel. Coordinated staff training and represented the OIG at the Federal Quality Roundtable.

Reports Issued: Review of regional Audit offices, with 15 recommendations for enhanced compliance with professional auditing standards; review of administrative procedures at the Inspectors General Auditor Training Institute, with 18 recommendations regarding internal controls and the management of the Institute's 1-year appropriation; and information resources management review of compliance with the Privacy Act, with 7 recommendations regarding publication requirements, safeguards, and training.

For Agency Use (skill codes, etc.)

**J**

| Name and address of employer's organization (include ZIP Code, if known) | Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Treasury, Office of Inspector General | From: 07-19-87  To: 12-05-89 | 40 | 2-3 |
| Office of Audit - Comptroller of the Currency | **Salary or earnings** | **Your reason for leaving** | |
| 490 L'Enfant Plaza, S.W. | Starting $38,727  per year | Selected for Office of | |
| Washington, D.C.         20219 | Ending $43,863  per year | Oversight Position | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | Supervisory Auditor | |
| Donald R. Kassel | (202) 927-6512 | Audit Team Leader | GM-511-13, 07-19-87 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Planned and led audit efforts, providing supervision, training, and technical guidance to a team of one GS-12 management analyst and two entry-level auditors. Provided input to the annual and strategic audit plans. Performed research on areas selected for audit, defining objectives and preparing detailed plans to achieve them. Prepared audit reports and presented the results to senior bureau management.

Led a multi-disciplinary task force to improve OIG recruitment practices. Assisted in investigations, primarily by interviewing bureau staff and analyzing accounting data. Assisted in establishing an OIG presence at the Office of Thrift Supervision.

Audit Assignments: administrative actions against national banks, integrity of data in a major automated system, systems development life cycle on accounts payable system, FMFIA, procurement, disbursements, follow up on audit of personal property.

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

17 of 51

• Attach all SF 171-A's to your application at the top of page 3.

| 1. Name *(Last, First, Middle Initial)* | | | 2. Social Security Number |
|---|---|---|---|
| Carmona, Maria Victoria | | | |

| 3 Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory Auditor, GS-511-15, OIG-01-044 | |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**K** 

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Treasury, Office of Inspector General | From: 09-85 To: 07-87 | 40 | None |
| Office of Audit - Comptroller of the Currency | **Salary or earnings** | **Your reason for leaving** | |
| 490 L'Enfant Plaza, S.W. | Starting $29,018 per year | | |
| Washington, D.C., 20219 | Ending $31,619 per year | Promoted within the same office | |

| Your immediate supervisor Name | Area Code Telephone No. | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Jack Blair | (202) 343-0249 | Auditor | GS-511-12, 05-11-86 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Served as a lead auditor on an audit of personal property, overseeing the work of one auditor, while developing audit findings and recommendations, and writing the report. Performed a survey of OCC's approach to bank supervision, writing a widely-distributed report and briefing the Inspector General on the implications of the new risk-based approach. Also completed portions of the fixed assets and the payroll audits.

Participated in two special projects, one an evaluation of a program at the Departmental level, the other a quality assurance effort within the OIG.

Assisted with the annual planning process, including the development of a listing of auditable areas.

Provided audit support for OIG investigations.

*For Agency Use (skill codes, etc.)*

**L**

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| National Labor Relations Board (NLRB) | From: 09-84 To: 09-85 | 40 | None |
| Office of Internal Audit and Investigation | **Salary or earnings** | **Your reason for leaving** | |
| 1717 Pennsylvania Avenue, N.W. | Starting $25,858 per year | Professional Development | |
| Washington, D.C. 20750 | Ending $29,018 per year | Offered position with Treasury | |

| Your immediate supervisor Name | Area Code Telephone No. | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| F. E. Martinez | (213) 972-7922 | Auditor | GS-511-11, 04-28-85 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Conducted an audit to determine if the Employee Development System was in compliance with OPM regulations and with the NLRB union agreements, and if adequate financial controls existed. Worked with the printing office on cost-benefit and alternative-methods analyses for an in-house printing operation. Reviewed vulnerability assessments and internal control reviews for an FMFIA audit. Participated in contract audits that resulted in negotiated savings to the government, and in employee integrity investigations involving Office of Government Ethics guidelines.

Assisted in the implementation of an audit follow-up system, and wrote policy on audit follow-up. Conducted various management reviews, including one on debt-collection practices. Researched accounting issues. On a volunteer basis, served as Chairman of the Supervisory Committee of the NLRB Credit Union, providing periodic reports of activities to the Board of Directors and coordinating with external auditors.

*For Agency Use (skill codes, etc.)*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

18 of 51

• Attach all SF 171-A's to your application at the top of page 3.

| 1. Name *(Last, First, Middle Initial)* | 2. Social Security Number |
|---|---|
| Carmona, Maria Victoria | ▮▮▮▮▮▮▮ |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory Auditor, GS-511-15, OIG-01-044 | |

**ADDITIONAL WORK EXPERIENCE BLOCKS**

| M | Name and address of employer's organization *(Include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|---|
| | Department of the Treasury, Office of Inspector General | From: 03-83    To: 09-84 | 40 | None |
| | Office of Audit - Bureau of Engraving & Printing | Salary or earnings | Your reason for leaving | |
| | 14th and C Streets, S.W. | Starting $ 21,527   per year | Professional Development | |
| | Washington, D.C.                         20219 | Ending $ 25,858   per year | Offered position with the NLRB | |

| Your immediate supervisor | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | | |
| Gary Bentzen | (202) 447-0163 | Auditor | GS-511-09, 04-01-84 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised.  *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Performed audits under the guidance of an audit team leader, including multi-bureau efforts on the Federal Managers' Financial Integrity Act and on the implementation of OMB Circular A-71 on risk analysis of automated systems.

For an audit of currency accountability, interviewed bureau staff, conducted extensive observations of the manufacturing process, and reviewed manual and automated records, to make recommendations for enhanced controls.

For three contract audits, performed reviews of contractor payroll and purchasing records, analyzing overhead rates and cost and pricing data.  These audits resulted in substantial savings to the government.

Drafted major sections of audit reports.

---

For Agency Use (skill codes, etc.)

| N | Name and address of employer's organization *(Include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|---|
| | | From:      To: | | |
| | | Salary or earnings | Your reason for leaving | |
| | | Starting $    per | | |
| | | Ending $    per | | |

| Your immediate supervisor | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name | Area Code  Telephone No. | | |

Description of work:  Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised.  *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

19 of 51

## Statement of Training (Question 31)

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

I have had extensive training related to the knowledge, skills, and abilities (KSA) required for the position of Deputy Assistant Inspector General for Program Audit. Rather than list every course, I am providing a discussion of the types of training that I have received in areas such as leadership, management, communication, and Federal accounting and auditing. Training inventories for FY 1999, 2000, and 2001 are attached.

### Leadership

I attended numerous sessions in the Quality Learning Series presented by instructors from organizations such as the Covey Leadership Center and the W. Edwards Deming Center for Quality Management, including the following:
- *Increasing Quality Performance with Principle-Centered Leadership,*
- *Developing a High Performance Culture: Managing the Moments of Truth,* and
- *The Trust Factor.*

### Management

During FY 1992, I attended a 2-week Management Development Seminar presented by the Office of Personnel Management. I have also attended a number of Office of Inspector General (OIG) and Departmental management training classes. For example, I attended OIG sessions on Effective Supervisory Practices and on Employee Relations, and a Treasury Department session titled *Conflict Resolution: An Organizational Model for Change.* I also attended a Brookings Institution course dealing with various management issues.

I participated in training dealing with the Government Performance and Results Act. When I was the Acting Director of the Office of Quality Assurance, I attended a seminar titled *Total Quality Management* that was presented by the Federal Quality Institute.

### Communication

As a member of Toastmasters for about five years, I had numerous opportunities to develop skills in public speaking and in leadership, through a program of structured speeches and responsible positions at the club, area, and district level. I have taken numerous writing courses, including a number that have been sponsored by the OIG on audit report writing.

### Federal Accounting and Auditing

I have attended many sessions presented by the American Institute of Certified Public Accountants (AICPA) and by the Association of Government Accountants (AGA), covering issues such as internal control testing, risk assessment, financial statement auditing, and revisions to Federal accounting and auditing standards and principles. I have participated in more-specialized training, such as a symposium dealing with emerging banking issues. Recently, I coordinated the preparation for, and then attended, a 2-day session on awards administration by the Department of the Treasury's Community Development Financial Institutions Fund.

In addition, as a member of the Governmental Accounting and Auditing Committee of the Greater Washington Society of Certified Public Accountants, I attend monthly meetings that qualify for continuing professional education credits. Each meeting includes a presentation by a senior-level government official or other party with expertise in areas of current interest to the profession. I have also attended a number of the President's Council on Integrity and Efficiency sessions, including one during which panels of Inspectors General and of representatives from the General Accounting Office and the private sector discussed the strategic risks and the opportunities facing the Inspector General community. I also get updates on financial issues during the Joint Financial Management Improvement Program annual conferences and have attended a number of seminars on detecting and preventing fraud and illegal acts.

I participated in a number of courses on financial statement audits and on the evaluation of internal control structures, including:
- *Chief Financial Officers Financial Statement Auditing,*
- *Implementing the Integrity Act and Conducting Management Control Reviews,* and
- *Internal Control – an Integrated Framework, by the Committee on Sponsoring Organizations.*

I have also taken courses on information systems auditing, including a session on a Systems Development Life Cycle (SDLC) approach to auditing, and courses on the use of statistical sampling in auditing. Finally, I have taken courses on 'tools' used during the audit process. These include courses on how to use auditing software, automated spreadsheets, and databases, and on how to apply statistical sampling techniques to audits.

Training Inventory for Calendar Year 1999 for Maria V. Carmona

| Dates | CPE | Title | Source | Cost |
|---|---|---|---|---|
| Jan 18 | 1 | Audit of the Treasury Department's Consolidated Financial Statements | Greater Washington Society of Certified Public Accountants (GWSCPA) | $ 0 |
| Feb 18 | 1 | Update on OMB Initiatives and Activities | GWSCPA | $ 0 |
| Mar 18 | 1 | Update on PCIE Projects and Activities and FDIC FY 1998 Financial Statement Audits | GWSCPA | $ 0 |
| Mar 19 | 7 | The Future Is Now: Implementing Financial Management Initiatives | Joint Financial Management Improvement Program (JFMIP) | $ 120 |
| Apr 15 | 1 | Recent Department of Health and Human Services Auditing Issues and Projects | GWSCPA | $ 0 |
| May 19 | 3 | Moving to the Next GPRA Level: Using the Plans for Decision-Making | President's Council on Integrity and Efficiency (PCIE) Professional Development Forum | $ 0 |
| May 27 | 1 | Update on Year 2000 Issues and FY 1998 Government-wide Financial Statements | GWSCPA | $ 0 |
| Jul 26-29 | 29 | 5th Annual Financial Audit Symposium | U.S. Department of the Treasury Office of Inspector General | $ 0 |
| Nov 18 | 1 | Federal Financial Management Systems Update | GWSCPA | $ 0 |
| Nov 19 | 3 | Management Aspects of EEO | U.S. Department of the Treasury Office of Inspector General | $ 0 |
| Nov 19 | 1 | Annual Ethics Training | U.S. Department of the Treasury Office of Inspector General | $ 0 |
| Dec 16 | 1 | The Role of Offices of Inspector General in Performance Management and Measurement | GWSCPA | $ 0 |
| Various | 2 | *The Certificate* Self-Study Program | GWSCPA and the GWSCPA Educational Foundation | $ 0 |
| Totals: | 52 | (4 Not Audit/Acct) | | $ 120 |

## Training Inventory for Calendar Year 2000 for Maria V. Carmona

| Dates | CPE Audit/ Acct | CPE Not A/A | Title | Source | Cost |
|---|---|---|---|---|---|
| Jan 24 | 2 | | Electronic Commerce in Government | PCIE Professional Development Forum | $ 0 |
| May 11 | 1 | | Government-wide Audit, Federal Information Technology Controls, FISCAM | Greater Washington Society of Certified Public Accountants (GWSCPA) | $ 0 |
| May 31 | | 2 | Basic News Searching | LEXIS-NEXIS | $ 0 |
| Jun 7 | | 2 | Advanced News Searching | LEXIS-NEXIS | $ 0 |
| Jun 28 | 1 | | OMB Form & Content, Bulletin 98-08, and Other Government-wide Issues | GWSCPA | $ 0 |
| Jun 29 | | 2 | Legislative History | LEXIS-NEXIS | $ 0 |
| Aug 8 | 4 | | Derivatives | The CPA School of Washington | $ 0 |
| Aug 9 | 2 | | The Practice of Recovery Auditing: Past, Present & Future | GWSCPA | $ 0 |
| Aug 15-16 | 16 | | National Governmental Accounting & Auditing Update Conference  *and* | American Institute of Certified Public Accountants (AICPA) | $ 695 |
| Aug 17 | 8 | | GASB No. 34: Working Your Way Through Implementation | | |
| Sep 19 | 8 | | Federal Financial Statements Audit Forum | PCIE Professional Development Forum | $ 0 |
| Oct 19 | 1 | | FASAB Update | GWSCPA | $ 0 |
| Nov 9 | | 1 | Annual Ethics Training | U.S. Department of the Treasury Office of Inspector General | $ 0 |
| Nov 9 | 1 | | Treasury Accounting Operations | GWSCPA | $ 0 |
| Dec 13 | 1 | | PCIE Organization and Activities | GWSCPA | $ 0 |
| | | | | | |
| Totals: | 45 | 7 | | | $ 695 |

22oF 51

## Training Inventory for Calendar Year 2001 for Maria V. Carmona

| Dates | CPE Audit/ Acct | CPE Not A/A | Title | Source | Cost |
|---|---|---|---|---|---|
| Mar 8 | 8.0 | | Government Information Security Reform Act Conference | Federal Audit Executive Council and NASA OIG | $ 0 |
| Mar 9 | 7.5 | | Federal Information System Controls Audit Manual (FISCAM) | Federal Audit Executive Council, NASA OIG, and GAO | $ 0 |
| Mar 13 | 7.0 | | New Horizons for Financial Management | Joint Financial Management Improvement Program (JFMIP) | $ 150 |
| Mar 15 | 1.0 | | International Financial Reporting Standards | Greater Washington Society of Certified Public Accountants (GWSCPA) | $ 0 |
| Apr 26 | 1.0 | | GAO/PCIE Financial Audit Manual | GWSCPA | $ 0 |
| Aug 20-21 | 17.0 | | AICPA National Governmental Accounting and Auditing Conference | American Institute of Certified Public Accountants | $ 570 |
| Sep 25-26 | 16.0 | | Awards Administration in Community Development | Treasury Office of Inspector General and Community Development Financial Institutions Fund | $ 0 |
| Oct 29 | 1.0 | | Annual Ethics Training | Treasury Office of Inspector General | $ 0 |
| Oct 29 | | 1.0 | Travel Charge Card | U.S. General Services Administration | $ 0 |
| Nov 14-15 | 16.0 | | Emerging Issues in Banking | Inspectors General from the Treasury Department, the Federal Reserve, and the Federal Deposit Insurance Corporation | $ 0 |
| Nov 29 | 2.0 | | ACL Audit Software | ACL Federal Government Account Manager | $ 0 |
| Total: | 76.5 | 1.0 | | | $ 720 |

23 of 51

**Statement of Special Skills, Accomplishments, and Awards (Question 32)**

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

I have received numerous awards based on my performance during my 25 years of Federal government service. For example, I received cash awards for Outstanding performance for five consecutive years as a Program Manager. I received an Outstanding rating and corresponding award for my work as the Acting Director, Office of Quality Assurance, and a Special Act Award for the period during which I was the Acting Director, Finance and Debt. I have also received Quality Step Increase awards, including one for my Exceptional rating during the most recent performance period, which ended on June 30, 2001, and another for my Outstanding rating during the performance period that ended on May 31, 1998.[1]

I have received other Special Act[2] and Peer Awards. For example, during 1998 I received a group Special Act - Team Players award for my leadership of an audit/investigative team on a very sensitive oversight review of an Internal Revenue Service matter that received considerable Congressional interest. As another example, during 1991 I received a Special Act Award for the President's Council on Integrity and Efficiency Peer Review of the General Services Administration.

Both of my college degrees were awarded with High Honors. I passed the Certified Public Accountant (CPA) examination the first time that I sat for it, having prepared on my own rather than taking a CPA review course.

I have represented the Office of Inspector General in organizations such as the Federal Quality Roundtable and the Treasury Consortium for Culture Change.

I am a member of professional organizations for accountants and auditors, including the Association of Government Accountants (AGA), the American Institute of Certified Public Accountants (AICPA), and the Greater Washington Society of Certified Public Accountants (GWSCPA). I have served for many years on the GWSCPA Governmental Accounting and Auditing Committee.

I have also received recognition for my participation in Toastmasters for about five years, being elected club president and subsequently being offered positions as an officer at the district and area levels. These activities with Toastmasters provided opportunities for me to develop skills in public speaking and in leadership. As a member of the Office of the Comptroller of the Currency (OCC) Speakeasies Toastmasters Club, for example, I participated in education sessions, gave training to small groups, and served as a coach for new members. I presented speeches to groups of various sizes, and represented the club in the area International Speech Contest, giving a speech before a group of 50-60 people. I was elected to serve as the OCC Speakeasies' 1988 president, leading the club to a very successful year, as measured by the Toastmasters International club management plan. Under my leadership, the club met its major goals, including an increase in membership, and the members were active in many intra- and inter-club activities, such as speech contests and a debate.

During July 1988, I was appointed to serve a 1-year term as the chairman of the Toastmasters District 36 Audit Committee. As such, I led the committee effort to (1) determine if there were active controls over financial resources, (2) review the records maintained by the District Treasurer, and (3) prepare the biannual financial statements. During July 1989, I was appointed to a 1-year term as the Area 53 Deputy for Education. In this position, I ensure that the clubs in the Area were providing the best educational experiences for their members. I participated in the management of the Area, helping to formulate the policies that were followed during the year.

I was selected to serve on the OIG Change Management Advisory Team as a direct result of the number of nominations that I received from OIG employees. The Inspector General showed her appreciation for the 1-year service to this organization by placing a commemorative plaque with the names of all of the members in the main OIG conference room. Each member also received separate recognition. I was also chosen to serve on the OIG Diversity Task Group.

Over the years, I have provided accounting services on a volunteer basis to a number of not-for-profit organizations. For example, I worked with a nationwide not-for-profit with headquarters in Washington, D.C. I automated the organization's accounting records, and presented training on an accounting manual that I wrote. I received the organization's top award for outstanding volunteer service.

I also provided accounting services on a self-employed basis to another not-for-profit organization for about five years.

---

[1]  Each of the Quality Step Increase awards was for the highest rating possible for the performance period, under two different rating systems.

[2]  It is my understanding that there are two awards for me, one a Special Act - Individual award and the other a Special Act - Group award, that were signed by the Approving Official more than 3 months ago are still pending final processing in Management Services.

**ATTACH ANY ADDITIONAL FORMS AND SHEETS HERE**

## EDUCATION

**25** Did you graduate from high school? If you have a GED high school equivalency or will graduate within the next nine months, answer "YES".

**26** Write the name and location (city and state) of the last high school you attended or where you obtained your GED high school equivalency.

Northwood High School, Silver Spring, MD

YES | X | If "YES", give month and year graduated or received GED equivalency: 06-70
NO |  | If "NO", give the highest grade you completed:

**27** Have you ever attended college or graduate school?  YES | X |  NO |  |  If "YES", continue with 28. If "NO", go to 31.

**28** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree.

| Name | City | State | ZIP Code | From | To | Semester | Quarter | TYPE OF DEGREE (e.g. B.A., M.A.) | MONTH AND YEAR OF DEGREE |
|---|---|---|---|---|---|---|---|---|---|
| 1) University of Maryland | College Park | MD | 20742 | 09-78 | 08-81 | 36 | | B.S. | 08-81 |
| 2) University of Maryland | College Park | MD | 20742 | 09-71 | 05-74 | 92 | | B.A. | 05-74 |
| 3) Rosemont College | Rosemont | PA | | 09-70 | 05-71 | 33 | | | |

**29** CHIEF UNDERGRADUATE SUBJECTS Show major on the first line

| | Semester | Quarter |
|---|---|---|
| 1) Accounting, Auditing, Business Law | 36 | |
| 2) French Language/Literature | 36 | |
| 3) Spanish Literature | 24 | |

**30** CHIEF GRADUATE SUBJECTS Show major on the first line

| | Semester | Quarter |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

**31** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| NAME AND LOCATION (city, state and ZIP Code) OF SCHOOL | From | To | CLASS ROOM HOURS | SUBJECT(S) | YES | NO |
|---|---|---|---|---|---|---|
| School Name 1) See Attached Statement of Training. | | | | | | |
| City     State  ZIP Code | | | | | | |
| School Name 2) | | | | | | |
| City     State  ZIP Code | | | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** Give the title and year of any honors, awards or fellowships you have received. List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with computers or other machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

See Attached Statement of Special Skills, Accomplishments, and Awards.

**33** How many words per minute can you: TYPE? TAKE DICTATION? 45+ Agencies may test your skills before hiring you.

**34** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| LICENSE OR CERTIFICATE | DATE OF LATEST LICENSE OR CERTIFICATE | STATE OR OTHER LICENSING AGENCY |
|---|---|---|
| 1) Certified Public Accountant (CPA) | License to 1-31-02 (Orig. 1982) | Maryland |
| 2) | | |

**35** Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.  YES | X |  NO |  |  If "YES", list each language and place an "X" in each column that applies to you. If "NO", go to 36.

| LANGUAGE(S) | CAN PREPARE AND GIVE LECTURES | | CAN SPEAK AND UNDERSTAND | | CAN TRANSLATE ARTICLES | | CAN READ ARTICLES FOR OWN USE | |
|---|---|---|---|---|---|---|---|---|
| | Fluently | With Difficulty | Fluently | Passably | Into English | From English | Easily | With Difficulty |
| 1) Spanish | X | | X | | X | X | X | |
| 2) French | | X | X | | X | X | X | |

## REFERENCES

**36** List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| FULL NAME OF REFERENCE | TELEPHONE NUMBER(S) (Include Area Code) | PRESENT BUSINESS OR HOME ADDRESS (Number, street and city) | STATE | ZIP CODE |
|---|---|---|---|---|
| 1) Available on request. | | | | |
| 2) | | | | |
| 3) | | | | |

Page 3

25 OF 51

**BACKGROUND INFORMATION-- You must answer each question in this section before we can process your application.**

| | | YES | NO |
|---|---|---|---|
| **37** | Are you a citizen of the United States? *(In most cases you must be a U.S. citizen to be hired. You will be required to submit proof of identity and citizenship at the time you are hired.)* If "NO", give the country or countries you are a citizen of: _____ | | X |

**NOTE:** It is important that you give complete and truthful answers to questions 38 through 44. If you answer "YES" to any of them, provide your explanation(s) in Item 45. **Include** convictions resulting from a plea of nolo contendere *(no contest)*. Omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 16th birthday; 3) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a Youth Offender law; 4) any conviction set aside under the Federal Youth Corrections Act or similar State law; 5) any conviction whose record was expunged under Federal or State law. We will consider the date, facts, and circumstances of each event you list. In most cases you can still be considered for Federal jobs. However, **if you fail to tell the truth or fail to list all relevant** events or circumstances, this may be grounds for not hiring you, for firing you after you begin work, or for criminal prosecution (18 USC 1001).

| | | YES | NO |
|---|---|---|---|
| **38** | During the last **10 years**, were you **fired from any job** for any reason, did you quit after being told that you would be fired, or did you leave by mutual agreement because of specific problems? | | X |
| **39** | Have you **ever** been convicted of, or forfeited collateral for **any felony violation**? *(Generally, a felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less.)* | | X |
| **40** | Have you **ever** been convicted of, or forfeited collateral for **any firearms or explosives violation**? | | X |
| **41** | Are you **now** under charges for **any violation of law**? | | X |
| **42** | During the **last 10 years** have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? **Do not** include violations reported in 39, 40, or 41, above. | | X |
| **43** | Have you ever been convicted by a military **court-martial**? If no military service, answer "NO". | | X |
| **44** | Are you **delinquent** on any **Federal debt**? *(Include delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government plus defaults on Federally guaranteed or insured loans such as student and home mortgage loans.)* | | X |

**45** If "YES" in: 38 - Explain for each job the employer(s) and your reason(s) for leaving. Give the employer's name and address.
39 through 43 - Explain each violation. Give place of occurrence and name/address of police or court involved.
44 - Explain the type, length and amount of the delinquency or default, and steps you are taking to correct errors or repay the debt. Give any identification number associated with the debt and the address of the Federal agency involved.
**NOTE:** If you need more space, use a sheet of paper, and include the item number.

| Item No. | Date (Mo./Yr.) | Explanation | Mailing Address |
|---|---|---|---|
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City          State   ZIP Code |
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City          State   ZIP Code |

| | | YES | NO |
|---|---|---|---|
| **46** | Do you receive, or have you ever applied for retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? | | X |
| **47** | Do any of your relatives work for the United States Government or the United States Armed Forces? Include: *father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; nephew; niece; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother; and half sister.* If "YES", provide details below. If you need more space, use a sheet of paper. | | X |

| Name | Relationship | Department, Agency or Branch of Armed Forces |
|---|---|---|
| | | |

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

# YOU MUST SIGN THIS APPLICATION.   Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- If you are a male born after December 31, 1959 you must be registered with the Selective Service System or have a valid exemption in order to be eligible for Federal employment. You will be required to certify as to your status at the time of appointment.
- **I understand** that any information I give may be investigated as allowed by law or Presidential order.
- **I consent** to the release of information about my ability and fitness for Federal employment by *employers, schools, law enforcement agencies and other individuals and organizations,* to *investigators, personnel staffing specialists, and other authorized employees of the Federal Government.*
- **I certify** that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

| **48** SIGNATURE *(Sign each application in dark ink)* | **49** DATE SIGNED *(Month, day, year)* |
|---|---|
| *Maria V Carmona* | 11-30-01 |

Printed By: Quick & Easy Federal Jobs Kit
4800 Linglestown Road, Suite 201, Harrisburg, PA 17112 (717)652-4344          *U.S. Government Printing Office: 1993 -- 342-199/60115

26 of 51