Statement of Knowledge, Skills, and Abilities

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

# 1. Demonstrated knowledge of Federal accounting and auditing standards and principles in order to coordinate and assess audit activities within an assigned program area.

I have gained extensive knowledge of Federal accounting and auditing standards and principles through education, membership in professional organizations, training, work experience, and volunteer activities. This knowledge has been demonstrated by my ability to successfully manage audits, oversight reviews, quality assurance reviews, and investigations; and is reflected in the excellent performance appraisals and awards that I have received during the 17 years that I have worked with the Department of the Treasury Office of Inspector General (OIG). Throughout my career, I have shared my knowledge with others by presenting formal training sessions and by providing on-the-job training, especially to entry-level staff and to an intern who reported to me.

Federal accounting and auditing standards and principles were part of the course work for my degree in business, which I received with High Honors. I also demonstrated my level of knowledge by passing the Certified Public Accountant (CPA) examination the first time that I sat for it, shortly after obtaining my degree.

My demonstrated knowledge of Federal accounting and auditing standards and principles is based, in part, on my ongoing efforts to keep up to date in an ever-changing Federal environment. Amendments to, or promulgation of new, laws and regulations; revisions to Federal accounting and auditing standards; shifts in focus at the Administration, Department, and Bureau levels; and evolution in the industries and functions that the Treasury Bureaus oversee, such as banking, payments, and debt collection, are the types of issues about which I stay informed. To do so, I have reviewed proposed legislation for the OIG, coordinated OIG comments to proposed revisions of the Government Auditing Standards, and attended sessions presented by the Treasury bureaus or other Federal entities. For example, I recently attended a symposium on emerging banking issues that addressed a number of issues related to laws such as the Gramm, Leach, Bliley Act, which is significantly changing the way banks do business.

To enhance my knowledge of Federal accounting and auditing standards and principles, I also remain current on developments through my membership in professional organizations, including the Association of Government Accountants (AGA), the American Institute of Certified Public Accountants (AICPA), and the Greater Washington Society of Certified Public Accountants (GWSCPA). I have served for many years on the GWSCPA Governmental Accounting and Auditing Committee. All of these organizations hold training sessions and annual conferences that provide updates on professional standards, principles, practices, and procedures, and publish detailed information on changes in applicable laws, regulations, and standards.

Since I became an auditor with the Federal government in 1983, I have taken at least 80 hours of training every 2 years to further develop my knowledge of, and ability to apply, Federal accounting and auditing standards and principles. This ongoing training also allows me to meet the continuing professional education requirements of the auditing standards and to maintain my CPA license. The many AGA and AICPA sessions that I have attended covered issues such as internal control testing, risk assessment, financial statement audit, and revisions to Federal accounting and auditing standards and principles. I have also attended training presented by representatives from entities such as the General Accounting Office (GAO), the Office of Management and Budget (OMB), the Federal Accounting Standards Board (FASB), the Federal Accounting Standards Advisory Board (FASAB), and the Governmental Accounting Standards Board (GASB). Training sessions by the President's Council on Integrity and Efficiency (PCIE) and the Joint Financial Management Improvement Program (JFMIP) annual conferences are other sources for updates.

In conjunction with formal training, I also keep informed of recent developments in Federal accounting and auditing standards and principles by reading professional and Federal publications, including the Journal of Accountancy and various AGA, AICPA, and GWSCPA periodicals. I also obtain copies of updated pronouncements from entities such as OMB, and obtain technical guides from a variety of sources, including GAO and the JFMIP.

My auditing experience with the National Labor Relations Board and my auditing, oversight, quality assurance, and investigative experience with the Treasury OIG have contributed to, and afforded me the opportunity to demonstrate, my extensive knowledge of Federal accounting and auditing standards and principles. Because of my demonstrated knowledge, I was selected by the OIG for lead roles in two PCIE Peer Reviews of another Department. One of the objectives of a peer review is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my level of knowledge of Federal accounting and auditing standards and principles, and of my ability to apply these standards and principles in order to coordinate and assess audit activities within an assigned program area.

27 of 51

**Statement of Knowledge, Skills, and Abilities**

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audit, investigations, and inspections or evaluations. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. During my years in the Office of Oversight, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. I am also very familiar with the PCIE Quality Standards for Inspections, which are the standards to which auditors and investigators adhered when performing Office of Oversight reviews.

By performing program audits of areas such as automated systems, disbursements, fixed assets, inventory, payroll, and procurement within a number of Treasury bureaus with very different missions, I have honed my skills and refined my knowledge of Federal accounting and auditing standards and principles. My work on the financial statement audits of two of the Treasury bureaus has had the same effect from a financial audit perspective.

Perhaps the most recent evidence of my demonstrated knowledge of Federal accounting and auditing standards and principles in order to coordinate and assess audit activities within an assigned program area can be found in my most recent performance appraisal and in the manner in which I am managing a nationwide review of the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund. Also, the fact that I made the Best-Qualified List and was interviewed for the Treasury OIG position of Deputy Assistant Inspector General for Program Audit when I applied on April 17, 2001, under Announcement Number OIG-01-009, further proves my knowledge of, and my ability, capacity, competency, and capability to apply, Federal accounting and auditing standards and principles.

For my appraisal,[1] I received an overall rating of *Exceptional Performance*, the highest possible rating, and a corresponding Quality Step Increase award. Each of the seven individual performance elements was also rated *Exceptional*, including the element on Technical Competency, which most specifically reflects my demonstrated knowledge of Federal accounting and auditing standards and principles. My overall knowledge and ability is reflected in the comments included in the appraisal by my supervisor, who stated, in part, that my technical competency is exceptional and that my knowledge of Treasury operations relating to numerous bureaus, their missions, operational programs, and interface with the Department, GAO and outside Agencies is a real asset.

I believe that my demonstrated knowledge of Federal accounting and auditing standards and principles played a part in the decision to assign me as the Audit Manager for the review of the CDFI Fund, where I am currently overseeing the work of seven teams, each consisting of an investigator and one or more auditors, as they perform onsite visits of grant recipients around the country.

As part of this project, which is a collaborative effort between the Offices of Audit and Investigations, and among Headquarters and the Regions, I took action to maximize the knowledge and ability of the team members by coordinating the preparation and presentation of two days of training. Included were sessions by staff from the CDFI Fund on how the Fund makes awards, establishes performance measures, and monitors outcomes. Fund Counsel reviewed the legal requirements of the Assistance Agreements that award recipients sign, including sanctions for noncompliance. OIG Counsel presented a session that reviewed applicable sections of the Inspector General Act, including the section dealing with access to information, and discussed the legal requirements for OIG subpoenas. Team members were provided with the Federal Register sections announcing funds availability and outlining the current requirements of the CDFI program. There were also sessions on current financial statement audit and OMB Circular A-133 requirements. Finally, we discussed how individual CDFIs may be accounting for Federal funds received, and specifically laid out the auditing principles, practices, and procedures that would apply, in part by providing a detailed review guide and discussing expectations for the type of analysis to be performed and the working papers and summaries to be prepared.

In addition, my volunteer activities have helped me broaden my knowledge and ability. As the Chairman of the Supervisory Committee for the National Labor Relations Board Credit Union, for example, I coordinated the selection of the public accounting firm to conduct the annual audit, assisted in resolving audit findings, and worked with the auditors from the National Credit Union Administration. I also established and maintained financial management systems for two not-for-profit organizations, to ensure compliance with laws and regulations, and to facilitate the annual audits conducted by CPA firms in accordance with government auditing standards, as required by OMB Circular A-133. I coordinated with the external auditors of these not-for-profit organizations during the performance of the financial statement audits, responding to any questions as they arose.

---

[1] In each of the four Statements of Knowledge, Skills, and Abilities that are part of this application, I refer to portions of my most recent performance appraisal. A copy of this appraisal, which was for the 13-month period ended June 30, 2001, is attached. The appraisal consists of the standard Treasury OIG form titled *Performance Evaluation Plan and Rating*, a 1-page statement from my immediate supervisor titled *Rating Official Comments*, and a 3-page *Statement of Significant Accomplishments* that I provided to my supervisor at the end of the rating period, prior to the issuance of the appraisal.

**Statement of Knowledge, Skills, and Abilities**

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

## 2. Demonstrated experience in planning, supervising, conducting and reporting on complex audits of Federal entities performed by teams of professional financial, performance and information systems auditors and/or evaluators.

My work with the Department of the Treasury and with its bureaus has given me broad-based experience in planning, supervising, conducting, and reporting on complex audits of Federal entities. I have managed audits, oversight reviews, quality assurance reviews, and investigations of varying degrees of complexity, from relatively simple follow-up audits performed by one staff member to an in-depth, highly sensitive, and time-critical inquiry for which a total of 17 OIG and IRS staff reported to me.

I have successfully supervised staff in a number of professional series, including auditor, management analyst, inspector, criminal investigator, and general investigator, and have thus gained significant insight into how these various disciplines operate. Over the years, I have also worked with information systems auditors and with the OIG information technology staff, who have provided technical assistance in their respective areas of expertise for program audits such as those dealing with systems development life cycle reviews and with communications systems.

I have often managed multi-disciplinary teams, which at times have included members of other organizations, such as the IRS. When managing program audits, my staff has consisted primarily of performance auditors and management analysts. While I was working on the financial statement audits, the staff included financial, performance, and information systems auditors. In the Office of Oversight, I managed staff in the auditor, inspector, criminal investigator, and general investigator series. Earlier in my auditing career, I also worked closely with contract auditors.

I have managed multi-bureau, multi-location, and multi-agency reviews, many with Department-wide or Government-wide implications. For example, I served as the Acting Director for the issuance of four reports on a President's Council on Integrity and Efficiency (PCIE) audit of delinquent non-tax debt. This audit, which involved a total of 16 Offices of Inspector General and a review of the operations of three Treasury bureaus, resulted in recommendations for improvement in agency portfolio management practices and illustrated the need for Federal entities to refer, in a timely manner, all eligible delinquent debt to the Financial Management Service (FMS) for collection. The results of this audit, when considered with other work that we performed at FMS, such as an audit of cross-servicing activities and a review of FMS oversight of private collection agencies, served as an integrated analysis of debt collection that resulted in the removal of this issue from the list of serious management challenges facing the Treasury Department, as reported to Congress during FY 2000.

Throughout my career, I have been involved in the planning process, from a strategic, annual, and individual audit perspective. I have served as my office's representative to OIG strategic planning meetings, and over the years have had primary responsibility for the Oversight, Finance and Debt, and Banking and Fiscal Service annual plans. By having performed both program audits and financial statement audits, I have applied the full range of the auditing standards to planning, executing, and reporting on audits. As I have applied the standards to the audits that I manage, I have taken steps to ensure that the staff that I assign is properly qualified and properly supervised. For every audit I have managed, we have carefully adhered to the working paper standards, and have had an independent senior auditor reference each audit report to ensure the accuracy of our products.

In the more than 17 years that I have worked for the OIG, I have performed work related to all 12 of the Treasury bureaus, and have applied my broad experience in planning, supervising, conducting, and reporting on complex audits of Federal entities to audit or oversee the bureaus' varied operational functions. While working in financial statement auditing during FYs 1995-1997, for example, I was the OIG liaison to all of the Treasury bureaus with reference to implementation of the Federal Managers' Financial Integrity Act. This work focused on management control issues, including bureau progress on a wide range of corrective actions to address material weaknesses and instances of nonconformance.

With reference to the *Banking* function of the Department, I led a survey of bank supervision at the Office of the Comptroller of the Currency (OCC) shortly after a hierarchy of risk to allocate limited resources was developed. The report that the project team prepared under my leadership formed the basis for much of the audit work that the OIG performed at the OCC in subsequent years. Other work that I led at the OCC included an audit of the process for imposing administrative sanctions on national banks, an audit of the integrity of data in a large automated system that stored quarterly financial reports filed by these banks, and an audit of the new OCC data center, which considered issues such as whether the disaster recovery plan was effective.

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

When the OIG was first given part of the responsibility for addressing the collapse of the thrift industry, I was instrumental in establishing an OIG presence at the Office of Thrift Supervision (OTS). I was also a member of a special task force that analyzed the failure of selected savings and loans (S&Ls), considering major factors that led to the eventual conservatorship for specific S&Ls, and referring issues for consideration by the Treasury Ethics Committee. Recently, I have been assisting our Director with a material loss review of a thrift institution, in part by representing the office at OTS-FDIC meetings.

From a *Financial* perspective, I worked on the financial statement audits of the Bureau of Alcohol, Tobacco and Firearms, and of the U.S. Secret Service. I audited debt-collection and disbursement activities, payroll, and fixed assets. In addition, I performed various types of contract audits that resulted in substantial savings to the government, and did work related to automated systems, including a risk analysis of an automated system, and participated in a system development life cycle implementation of an accounts payable system. In the role of Acting Director, Finance and Debt, I was responsible for an audit of deposit fund accounts at FMS that identified $42 million in funds to be put to better use, one of the largest dollar findings in an OIG program audit in recent years. I also oversaw the issuance of reports on financial issues such as FMS's oversight of private collection agencies, FMS's reclamation of direct deposit post-death benefit payments, and the auction process at the Bureau of the Public Debt. As an Audit Manager in Banking and Fiscal Service, I was responsible for the early stages of an audit of electronic commerce (e-commerce) and am currently managing a nationwide review of the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund, which is part of Departmental Offices. For this audit, I am overseeing the work of seven teams, each consisting of an investigator and one or more auditors, as they perform onsite visits to recipients of grants from the CDFI Fund, so that we can determine if the CDFI Fund is effectively ensuring that its awardees are carrying out their activities in accordance with the grant assistance agreements.

With reference to the *Enforcement* function, I have years of experience in oversight of the four Treasury law-enforcement bureaus, where I managed reviews that addressed issues such as compliance with standards, management of selected operations, and alleged violations of law. I also managed a survey of a complex artificial intelligence system operated by the Financial Crimes Enforcement Network (FinCEN) that has nationwide and international application in the fight against crime. In addition, I managed an audit of the mission of the Executive Office of Asset Forfeiture (EOAF), from the preliminary planning stage through to issuance of a final report. The Acting Director of EOAF expressed his appreciation for the level of work we had performed and for the matters we brought to his attention.

Recent legislation affecting both the *Enforcement* and *Banking* functions includes the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act. This unprecedented legislation was passed to address issues raised by the September 11 attacks, such as money laundering in support of terrorist activity. As part of our audit planning process, I am currently evaluating selected provisions of the Act, including those that revise the Bank Secrecy Act, to determine the full effect that the Act will have on the Treasury Department, which is required to develop corresponding regulations.

For the *Manufacturing* function, I served as the lead on an audit of controls over currency as it moves through each step of the printing process at the Bureau of Engraving and Printing (BEP) that resulted in significantly enhanced security and controls. I inventoried the contents of the Federal Reserve vaults, and audited selected aspects of the BEP revolving fund. I also considered issues such as the security over, and the costs associated with, some of BEP's sensitive raw materials, such as the paper and inks used to print currency.

From an *Information Systems* perspective, I am overseeing the OIG's monitoring of Treasury in its role as the Lead Agency for Banking and Finance under Presidential Decision Directive (PDD) 63, which calls for the protection of physical and cyber-based systems essential to the minimum operations of the economy and the Government. This work will result in an audit during FY 2002 of the effectiveness of the PDD 63 initiative, which was designed to significantly increase security over government systems and to produce a workable and innovative framework for critical infrastructure.

In summary, then, I have extensive experience in planning, supervising, conducting, and reporting on complex audits of Federal entities performed by teams of professional financial, performance and information systems auditors and/or evaluators. My level of experience has been clearly demonstrated during my 17-year career with the Treasury OIG, during which I have consistently been acknowledged for the quality of my audit products and the manner in which I manage the varied staff I have supervised. As just one example, on my most recent performance appraisal, I received an overall rating of *Exceptional Performance*, the highest possible rating, and a Quality Step Increase. Each of the seven individual performance elements was also rated *Exceptional*, including the elements titled *Manages Employees and Resources* and *Overall Management Skills*, which most specifically demonstrate my experience in planning, supervising, conducting, and reporting on complex audits of Federal entities performed by teams of varying composition. The level of my experience is reflected in the comments included in the appraisal by my supervisor, who stated that I am an excellent manager who challenges her staff to reach higher levels of performance and who plans all of her work extremely well, monitors budget expenses, and controls all work assigned to staff. He also stated that I possess all the skills necessary to plan and execute the work and to produce quality reports, and that my recommendations are logical and supported by in-depth work and analysis and result in the best course of action to solve weaknesses.

## 3. Demonstrated ability to communicate effectively, both in writing and orally, to a large diverse audience of Inspector General stakeholders and customers.

I have developed skills in written and oral communication through a combination of work experience, involvement in professional and volunteer organizations, and formal training. By effectively applying these skills, I have established collaborative relationships both within my organization and with Treasury Office of Inspector General (OIG) stakeholders and customers.

During my career with the OIG, I have briefed management at the most senior levels of organizations, including the Deputy Assistant Secretary, the Department's Comptroller, heads of Bureaus, and heads of regional and district operations. I have briefed senior staff of Congressional committees, and interfaced with officials from other Federal agencies. I have also directed entrance and exit conferences for the projects for which I have been responsible, usually with the Commissioners of Bureaus or other executives. In addition, I have communicated in various settings with members of the public, including taxpayers and complainants, and with the officers of institutions that received Federal funds. Within the OIG, I have often briefed the Inspector General, the Deputy Inspector General, and the Assistant Inspectors General and their deputies.

I feel that I have fostered positive working relationships with the managers of the organizations being audited or reviewed, in part by clearly communicating the objectives during the initial meeting, and by advising managers of the results as the work progresses. I have found that the final reporting process is greatly facilitated if management has an opportunity to respond to issues as they are identified. When I use this customer-oriented approach, management often takes immediate corrective action, so that the final audit, oversight, or quality assurance report indicates that the issues have been addressed.

First as a team leader, and then as a program manager and audit manager, I have been responsible for the preparation of audit, oversight, quality assurance, and peer review reports, as well as reports of investigation. As such, I have planned the content of each report with the project team, and for some of the larger projects have at times consolidated sections prepared by different staff members into a cohesive product. Throughout my career, I have written reports on the adequacy of policies, procedures, and internal controls; and on adherence to professional standards. While Acting Director, I was the final reviewer before reports were issued out of our Directorate.

The audit and oversight reports that I have written have contained recommendations addressed to the Secretary of the Treasury, to the Under Secretary for Enforcement, and to the heads of the Treasury bureaus. Management has often commented not only on how well-written my products are, but also on how they present the results of our work in a balanced manner and with the appropriate tone.

I have written numerous policy documents, including chapters for the OIG Manual and responses to Congressional inquiries. In addition, I have written annual plans, budget justifications, and proposals for revised organizational structures. I conducted a written survey of members of the President's Council on Integrity and Efficiency, and wrote a brief report on the results that was sent out to the audit community. As a Program Manager in the Office of Oversight, I was responsible for the development of a customer satisfaction survey that won praise and was used as a sample for other parts of the organization. Articles that I have written have been published in OIG and Institute of Internal Auditor newsletters.

I am currently managing a nationwide review of the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund, overseeing the work of seven teams, each consisting of an investigator and one or more auditors, as they perform onsite visits to recipients of grants from the CDFI Fund. As part of this audit, I communicate with members of the team on a regular basis, and coordinate the effort with senior Fund management. For example, I recently met with the new Director of the Fund to discuss how the work was progressing and how the audit would proceed through to issuance of a final report. I also shared with him OIG observations on the training, including the results of the evaluations by our team members. In addition, I am ensuring that, as we develop findings, the project team keeps an open line of communication with OIG staff who have Single Audit Act and Financial Statement Audit responsibility over the CDFI Fund.

I have enhanced my written and oral communication skills and have maintained effective working relationships as part of my volunteer activities. For example, as the chairman of the Supervisory Committee of the National Labor Relations Board (NLRB) Credit Union, I provided oral reports of activity during the monthly meetings of the Board of Directors, composed of senior NLRB staff. I also dealt with the Board of Directors and with the presidents and treasurers of the 15 chapters of a nationwide not-for-profit educational organization for which I performed accounting services. As part of my volunteer activities, I wrote an accounting manual, and then presented a training session on the manual and a group discussion on other financial issues. Based on the increased understanding

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

developed through this communication, we built a strong coalition focused on enhancing financial accountability, with a goal of significant growth for the organization, which would result in the ability to award additional scholarships to worthy students.

I have taken a number of courses in communication and was an active member of Toastmasters for about 5 years. During that time, I had the opportunity to present speeches to groups of various sizes, and to represent the club in the area International Speech Contest, giving the speech that had won the club contest before a group of 50-60 people. I have also presented numerous training courses, and have done public speaking for not-for-profit and professional organizations. For example, as a member of the Institute of Internal Auditors Speakers' Bureau, I made a presentation regarding careers in accounting and internal auditing to students at American University.

In addition, I have had an opportunity to use my ability to communicate in foreign languages at various stages of my career. While working for the OIG, for example, I served as a simultaneous translator for an embassy official and for the chief auditor of Spain, who was in the United States to research how to improve the quality of audit and investigative products. I have also served as a translator in administrative hearings and have translated official documents from Spanish, French, and Italian into English.

Below is an example that illustrates how I have demonstrated my ability to communicate effectively, both in writing and orally, to a large diverse audience of Inspector General stakeholders and customers.

As a Program Manager in the Office of Oversight, I was selected by the Inspector General to prepare his testimony for Congressional hearings on mismanagement by senior employees of the Internal Revenue Service (IRS), a matter that was receiving extensive media coverage. Prior to the hearings, I communicated on a regular basis with the Senior Investigator for the responsible Congressional Subcommittee, ensuring that the OIG provided any requested information in a timely manner.

By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the Inspector General. I therefore had an excellent opportunity to coordinate the preparation of the written and oral responses. I also coordinated with the IRS and with the General Accounting Office, the other organizations that were asked to testify, ensuring that there was consistency in the facts being included both in the written submissions and in the oral presentations.

Because of the short time frame for the hearings, I prepared the written and oral versions of the testimony, and oversaw the work of the team preparing the accompanying material for the hearing briefing books, all in a matter of days. The Inspector General expressed appreciation for my work. For example, in one meeting, we discussed his opinion on a particular issue, and I immediately drafted the corresponding language for the testimony. The Inspector General stated that I had expressed his thoughts in writing in a much better manner than he had verbally communicated them to me, which demonstrated that I had an understanding of the broader political issues associated with the hearings.

I believe that my ability to communicate effectively and my collaborative approach to preparing for these hearings were instrumental in creating a "win-win" situation. The Congressional Subcommittee "won" by obtaining significant testimony, and by asking some very hard-hitting questions about issues on which there was public outrage. The Inspector General "won" by being able to respond in a positive manner to Congress about action his office had taken or planned to take to address specific issues. And both "won" with positive media coverage. The Inspector General was very pleased with the success of this effort, and relied on me in the future not only for Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

As illustrated above, I have an excellent ability to communicate effectively, both in writing and orally, to various types of audiences and to individuals at all organizational levels. This ability is reflected in my performance appraisal as of June 30, 2001, on which I received an overall rating of *Exceptional Performance*, the highest possible rating. Each of the seven individual performance elements was also rated *Exceptional*, including the elements titled *Communication* and *Customer Service*, which most specifically demonstrate my ability to communicate effectively, both in writing and orally, to a large diverse audience of Inspector General stakeholders and customers. This ability is reflected in the comments included in the appraisal by my supervisor, who stated that my ability to communicate is perhaps my strongest trait, and that I am able to review and analyze very complex issues and present the results in a clear and effective manner. My supervisor further stated that I have developed an excellent customer service relationship with respective Bureau liaisons, and that I keep them informed of all audit-related issues affecting their bureaus as I continually work to improve service to the auditees.

Carmona, Maria V.

# 4. Ability to work effectively in a team oriented environment.

I have worked effectively in a team oriented environment, not only with reference to audit, oversight, quality assurance, and investigative assignments, but also in a broader context as a member of teams brought together to improve the work environment within the Office of Inspector General.

I feel that, by sharing information and being considerate and responsive to others, I have built and led well-functioning teams within the OIG. Because of my interpersonal skills, including those in communication, I have been selected to manage some of the most sensitive work performed by the OIG, including reviews of actions taken by a bureau to address allegations against its most senior career official. I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 Peer Review process, establishing an environment of mutual respect among the OIGs that carried through to the completion of this assignment.

As a founding member of the Office of Oversight, I played a major role in establishing a team-oriented environment. I was instrumental in the formulation of the organizational structure, goals, and vision for the long term. I contributed in identifying the goals, policies, and priorities of the office both initially and during subsequent years.

I have demonstrated my strong leadership, vision, and team-building abilities by serving as chairman of a number of task forces, including a multi-disciplinary task force to address recruitment issues; and by adhering to a participatory management style whenever possible on my OIG projects. In fact, a member of my staff wrote an article for the OIG newsletter about an Oversight review that I managed. In the article, which was titled *Teamwork in Action*, the staff member stated that I demonstrated confidence in the abilities of each team member, thereby creating a constructive environment in which the team could go about performing its day-to-day activities.

During 1998, I was honored by being selected for a group Special Act – Team Player award for my leadership of an audit/investigative team on a very sensitive Oversight review of a bureau matter that received considerable Congressional interest.

As part of my role in leading a team, I maintain a flexible approach to accommodate the many changes that affected our work, whether they be organizational issues such as new executive leadership or a revised organizational structure, or more-personal issues, such as the planned retirement of a team member. I hold myself, and others, accountable for commitments made to the team. In addition, I take action to ensure that the members of the team have whatever they need to perform effectively. It is for this reason that, over the years, I have prepared and presented training in written and oral communication, and in technical subjects such as working paper presentation. I have arranged for Federal experts to present training to OIG staff, including a GAO session on proposed revisions to the Government Auditing Standards. I have also worked with employees to improve their performance when necessary, and have championed promotions and awards when they were well-deserved.

I have always taken steps to prevent, or to immediately address, conflict in the workplace. For example, during my first day on the job as the Acting Director for the Office of Quality Assurance (QA), I became aware that there had been an ongoing dispute between QA and the executive responsible for the OIG audit function about the presentation of findings in a draft QA report. The draft was based on a review of how well the four regional Audit offices had implemented recommendations from prior years. The Audit executive expressed concern that the executive responsible for the QA function was about to issue a report that did not fairly present audit operations.

In an attempt to resolve this situation, I met with the Audit executive to gain an understanding of the specific facts that were in dispute and of the language that he perceived as being unfair. Immediately after, I explained the situation to the QA executive, who was then my immediate supervisor, and asked if he would be willing to postpone signing the final report for a few days while I looked into the matter. The QA executive, who believed that the accuracy of the draft report had been carefully double-checked through a process called referencing, agreed with my request. My challenge was to deal diplomatically with a tense situation between two executives, each of whom believed his position to be correct based on information provided by his subordinates.

I next held a meeting with the QA project team members, explained the concerns, and asked them how they computed the figures and arrived at the conclusions that the Audit executive was questioning. Together, we reviewed the working papers and found that there were some errors in calculation and in logic. Additionally, I concluded that the language used in the draft report had indeed resulted in some of the issues being overstated.

I carefully documented my conclusions, then briefed the QA executive on the results of my review, and provided a revised draft report with corrected figures and adjustments in tone. The QA executive reviewed the documentation supporting the revised report and

Carmona, Maria V.

Supervisory Auditor
GS-511-15, OIG-01-044

validated the results that I presented. The report was issued in final as I had revised it, and contained 15 recommendations for additional steps to be taken by the Audit regions to ensure compliance with auditing standards and to improve the quality of audit products. Shortly after, I met with the QA staff as a group to solicit their input on how such a situation could be avoided in the future. We established an approach that included supervisory review as the work was performed and frequent discussion about potential findings. I also spoke with each member of the staff separately about his or her goals and training needs, and we established individual development plans. These actions laid the foundation for very positive working relationships during the time that I served as the Acting Director. I felt that we truly functioned as a team in handling this situation and in the work that we performed from that point forward.

The Audit executive told me that, although he did not like the findings because they pointed out weaknesses in a program for which he was responsible, the revisions I had made to the report resulted in a fair presentation of the issues. In addition, the QA executive, although not pleased that a draft report containing errors had been issued by one of his divisions, was relieved to have been spared from issuing such a report in final form. Both executives thanked me for the diplomatic approach that I had taken in getting to the bottom line and ensuring that both organizations were treated fairly. I subsequently received an Outstanding performance appraisal from the QA executive for my time as the Acting Director, and a corresponding cash award, based in part on the manner in which I approached and resolved this difficult situation.

My actions during a special inquiry resulting from Congressional hearings also demonstrate my ability to work effectively in a team-oriented environment. For this inquiry, which was initiated without any lead time, I was the manager for all work at an IRS District, and was responsible for 7 full-time auditors and investigators, and for 10 staff members available on an as-needed basis. I also worked with the Director to oversee the entire project, which required visits to two other sites and was staffed by a total of more than 25 people.

The special inquiry required the manager and staff to propose ideas and decide on an approach very quickly, and to be adaptable to changing conditions. Logistics were also a major consideration because of the need to arrange for equipment and offsite interview facilities at multiple locations. Within a week or so, as a result of an excellent team effort, we had made all the arrangements and the team members, who had been told to put all other projects on hold, were working at their designated locations.

I believe that by leading by example and displaying personal commitment and involvement in the work, I obtained an outstanding level of cooperation from the staff. Team members were willing to go above and beyond the call of duty, often working 17-18 hours a day during the week, then voluntarily coming in on Saturdays and Sundays. Even though the majority of the staff members, who came from various OIG offices and from IRS Internal Audit and Internal Security, had never worked together before, there was a very strong feeling that we were working as a team.

We received a group Special Act award for this very successful team effort, which the Inspector General considered to be unprecedented in the history of our organization. The nomination for the award stated, in part, that "without the professional skills and innovative thinking of the members of the project team, and their complete dedication to the successful completion of the project, such an undertaking would not have been possible."

From an organizational perspective, I have served as a member of formalized teams brought together to improve the work environment within the Office of Inspector General. For example, I served on the OIG Change Management Advisory Team, which was established by the Senior Management Group to guide the change process outside the typical hierarchical structure; to engage diverse opinions, perspectives, and needs on critical issues; and to align intentions and strategies before acting. I was selected to serve on the OIG Change Management Advisory Team as a direct result of the number of nominations that I received from OIG employees.

The goal of the OIG change process was to increase the level of trust throughout the organization through a greater adherence by all employees to the OIG's Mission, Vision, and Values. During the year that we were in existence, our team made more than 20 recommendations for improvement, with which the Senior Management Group concurred. The Inspector General honored our efforts by placing a commemorative plaque listing the names of all the Team members in the main OIG conference room.

Finally, on my most recent performance appraisal, I received an overall rating of *Exceptional Performance*, the highest possible rating. Each of the seven individual performance elements was also rated *Exceptional*, including the elements titled *Teamwork* and *Supports EEO and Diversity*, which most specifically demonstrate my ability to work effectively in a team oriented environment. This ability was also discussed by my supervisor, who included statements such as "In her role as a manager to promote team harmony and motivation, Ms. Carmona is exceptional!" The appraisal also highlights my ability to address issues and my sensitivity to diversity and equal opportunity.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 08/26/01 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 892 | QUALITY INC | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| RBM | REG 531.501 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05      08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 09 | 94,618.00 | PA | GS | 0511 | 14 | 10 | 97,108.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 85,837.00 | 8,781.00 | 94,618.00 | .00 | 88,096.00 | 9,012.00 | 97,108.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 95261500010500000      PF 17 2001 |

| **EMPLOYEE DATA** | | | |
|---|---|---|---|
| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
| 1   1 - None   3 - 10-Point/Disability   5 - 10-Point/Other   2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1   0 - None   2 - Conditional   1 - Permanent   3 - Indefinite | | YES   X NO |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| G0 BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| 1 CS | 08/30/76 | F   FULL TIME | |

| **POSITION DATA** | | | |
|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 1   1 - Competitive Service   3 - SES General   2 - Excepted Service   4 - SES Career Reserved | E   E - Exempt   N - Nonexempt | | 8888 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | *Edith Greeney* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER |
| TR 95 | 4041 | 08/26/01 | |

Part  50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

**1 - Employee Copy - Keep for Future Reference**

TR 95261500010500000      PF 17 1*2001*BATCH 40415535 000-00 204-09 AG/EO 95-4041

35-F51

# DEPARTMENT OF THE TREASURY- OFFICE OF INSPECTOR GENERAL
## PERFORMANCE EVALUATION PLAN AND RATING
### FORM *FOR MANAGERS AND SUPERVISORS*

**PART I: IDENTIFYING INFORMATION**

| EMPLOYEE NAME: Maria V. Carmona | SSN: |  |
|---|---|---|
| POSITION TITLE: Audit Manager (Supervisory Auditor) | SERIES: GM-511 | GRADE: 14 |
| ORGANIZATION: Office of Audit | | |

**PART II: ACKNOWLEDGEMENT OF PERFORMANCE EVALUATION PLAN (Complete at the Beginning of the Rating Period)**

| PERFORMANCE EVALUATION PLAN FOR THE PERIOD | FROM: June 1, 2000 | TO: June 30, 2001 |
|---|---|---|
| EMPLOYEE SIGNATURE: *Maria V Carmona* | | DATE: 06-30-00 |
| RATING OFFICIAL SIGNATURE: *Donald R. Kassel* | | DATE: 6/30/00 |
| REVIEWING OFFICIAL SIGNATURE: | | DATE: 6/30/00 |

**PART IIA: MIDYEAR PROGRESS REVIEW (Mandatory)**

| DATE REVIEW CONDUCTED: 1/25/01 | RATING OFFICIAL SIGNATURE: *Donald R. Kassel* | EMPLOYEE SIGNATURE: *Maria V Carmona* |
|---|---|---|

COMMENTS: (Attach additional sheets, if necessary)

**PART III: RATING OF RECORD**

OVERALL RATING:

[X] Exceptional Performance   [ ] Superior Performance   [ ] Quality Performance   [ ] Unacceptable Performance

| RATING OFFICIAL SIGNATURE: *Donald R. Kassel* | DATE: 8/6/01 |
|---|---|
| REVIEWING OFFICIAL SIGNATURE: | DATE: 8/7/01 |
| EMPLOYEE SIGNATURE: *Maria V Carmona* | DATE: 08-06-01 |

RATING OFFICIAL COMMENTS: *(Required if Rating of Record is "Unacceptable Performance" or "Exceptional Performance.")*

See Attached

### Performance Evaluation Plan
### Directions

**Column 1**  **Performance Elements**. Identifies each element and provides a brief description of the element. In preparing this plan, the supervisor and employee should discuss both the proposed elements and performance measures (Column 2) for those elements. In the box next to the title, check those elements which apply. Elements already checked are mandatory. The model elements contained in the form are considered critical. That is, they only include duties or responsibilities of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. These generic elements and standards in a few cases may not cover major duties; in which case, an element and standards can be developed and added at the end of the performance plan.

**Column 2**  **Performance Measures**. Sample measures are written for each element at the "Quality" and "Exceptional" performance levels. The supervisor and employee discuss what is expected in each of these measures based on the individual employee's duties and responsibilities. There is space provided at the end of the list so that individualized measures may be added.

**Column 3**  **Midyear Progress Review Notes**. An asterisk (*) is placed in this column for a specific performance element which the supervisor perceives as a development need where he/she feels the employee needs to concentrate on for the remainder of the rating period. These asterisks denote target areas for the rest of the year, and should not reflect negatively on the employee in the Rating of Record if deficiencies are corrected.

**Column 4**  **Element Rating**. *Determine which level best describes the employee's performance on each element. Each and every measure described does not have to be met by the employee for the rating official to assign a particular rating level. The sum of the employee's performance of the element must, in the rating official's judgment, meet the assigned level's criteria as described below:*

Level 4- **Exceptional**- Highest rating, reserved for unusually rare and exceptional performance. The quality and quantity of the employee's work rarely leave room for improvements. The impact of the employee's performance is of such significance that the organizational objectives were accomplished that otherwise would not have been. The employee takes initiative and demonstrates leadership in improving the work processes and products for which he/she is responsible. If the employee warrants this rating, a "4" should be placed in this column at the end of the rating period.

Level 3- **Superior**- This is a level of <u>unusually good</u> performance. Work products consistently exceed the supervisor's expectations and requirements of the assignment. The knowledge and skill the employee applies are clearly above average, and result in highly effective problem-solving and meaningful support of organizational goals. If the employee warrants this rating, a "3" should be placed in this column at the end of the rating period.

Level 2- **Quality**- Solid and effective performance. Performance represents a level of accomplishment expected of the majority of employees. Work products meet the requirements of the assignment. Tasks are normally completed accurately, thoroughly and in a timely manner. The employee adheres to all policies and procedural requirements. If the employee warrants this rating, a "2" should be placed in this column at the end of the rating period.

Level 1- **Unacceptable**- Quality and quantity of work fall short of requirements for the job and require corrective action. If the employee warrants this rating, a "1" should be placed in this column at the end of the rating period.

---

### DETERMINING RATING OF RECORD

Review each element that was evaluated:

< If majority of elements are rated "Exceptional," the Rating of Record is "Exceptional."

< If majority of elements are rated at least "Superior," the Rating of Record is "Superior."

< If majority of elements are rated at least "Quality," the Rating of Record is "Quality."

< If one or more elements is rated "Unacceptable," the Rating of Record is "Unacceptable."

Once you have determined the rating of record, place it in Part III, on the first page of this form.

### Tie breaker rule

If there is no majority, and the individual element ratings have resulted in a tie, the rating of record should be the lower of the two element ratings, (e.g. two "Exceptional" ratings and two "Superior" ratings, would result in a rating of record or "Superior").

**Performance Evaluation Plan**
*(Individual Performance Contract)*

Major Goals, Specific Tasks, or Self Development Not Captured Elsewhere (e.g., in the position description):

Instructions for completion: This section is designed to identify major projects, tasks, or development plans to be accomplished during the rating period. For example, if an employee whose job ordinarily involves analyzing and reporting on data were tasked to coordinate a major annual conference, this section could be used to identify that as a goal for the year. Similarly, this section could be used to record self development activities the employee will undertake during the year to gain competencies needed by the organization, e.g., learn how to develop and utilize a database to track office assignments. This section may be completed at the beginning of the performance cycle, or any time during the cycle, as new projects, tasks, or activities are identified. Generally, the quality of the performance of these projects and tasks can be evaluated by assessing how well they were carried out in comparison with the established generic standards beginning on page 4. However, if the generic standards do not apply, there is space provided at the end of the form to add specific elements and measures.

**Performance Evaluation Plan**

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all **elements** in Column 1 for which the employee will be rated.<br>2. All elements are considered **critical**.<br>3. Add or delete additional **measures** after the bullets as needed. | M I D Y E A R | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Manages Employees and Resources (Supervisors)**<br><br>*Ensures effective and efficient use of human and financial resources to maintain a high performing organization* | Exceptional performance:<br><br>• encourages independent creative thinking among subordinate employees while taking responsibility for their actions<br>• makes extra effort to promote cooperation among subordinates<br>• consistently guides, motivates and stimulates positive responses from subordinates<br>• provides leadership by encouraging employee suggestions to improve work flow processes<br>• successfully uses planning skills which result in maximum utilization of resources and efficiency for the organization<br><br>Quality performance:<br><br>• timely establishes and communicates clear and realistic employee performance measures, and holds employees accountable for results<br>• recognizes and rewards good performance and deals effectively with deficient performance<br>• gives employees responsibility, authority, and support needed to complete assignments<br>• assesses current and future staffing needs based on organizational goals and budget realities<br>• involves others in planning and decision making in order to gain their commitment and/or cooperation<br>• encourages employee development<br>• oversees financial resources and identifies cost-effective approaches | | 4 |
| ☒ **Overall Management Skills (Supervisors)**<br><br>*Manages multiple activities and achieves program goals* | Exceptional performance:<br><br>• resolves difficult or long-standing organizational problems by implementing innovative approaches<br>• successfully develops plans to handle potential work flow problems and emergency situations<br>• adapts quickly and consistently to new priorities without losing sight of long-term organizational goals<br>• makes extra effort to improve service and increase productivity and effectiveness<br><br>Quality performance:<br><br>• articulates and communicates agency goals, relating them to achievement of specific program outcomes<br>• develops logical, practical solutions and effectively implements them<br>• sets appropriate priorities and manages multiple activities effectively<br>• monitors the implementation of programs, reacting appropriately to problems that arise<br>• provides practical advice and guidance to others (including other organizations) for developing new policies and procedures | | 4 |

| ELEMENTS | PERFORMANCE MEASURES | M I D Y E A R | Element Ratings |
|---|---|---|---|
| | 1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | | 4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
| ☒ **Supports EEO and Diversity (Supervisors)**<br><br>*Promotes work environment free of discrimination and implements EEO and Affirmative Employment goals* | Exceptional performance:<br><br>• successfully implements the EEO and affirmative employment goals established by the OIG<br>• projects very positive, dynamic EEO image with in-depth sensitivity to differing racial, ethnic, and cultural groups, persons with disabilities, and persons of either sex<br>• is extremely effective in addressing and diffusing conflict<br>• is sought out and noted for creative and insightful solutions<br>• is an excellent role model in applying EEO and diversity principles<br><br>Quality performance:<br><br>• takes steps to implement the OIG's established EEO and affirmative employment goals<br>• supports staff participation in special emphasis programs<br>• promptly responds to allegations of discrimination and/or harassment, and initiates appropriate action to address the situation<br>• cooperates with EEO counselors, EEO investigators and other officials who are responsible for conducting inquiries into EEO complaints<br>• assigns work and makes employment decisions in areas such as hiring, promotion, training and developmental assignments without regard to sex, race, color, national origin, religion, age, disability, sexual orientation, or prior participation in the EEO process<br>• monitors the work environment to prevent instances of prohibited discrimination and/or harassment | | 4 |

| ELEMENTS | PERFORMANCE MEASURES | M I D Y E A R | Element Ratings |
|---|---|---|---|
| | 1. Check all **elements** in Column 1 for which the employee will be rated.<br>2. All elements are considered **critical**.<br>3. Add or delete additional **measures** after the bullets as needed. | | 4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
| ☒ **Technical Competency**<br><br>*Demonstrates technical job knowledge and produces results* | Exceptional performance:<br><br>• reaches conclusions and makes recommendations which invariably represent the best course of action<br>• is sought out by colleagues as the person who will provide clear and effective guidance in their area of responsibility<br>• independently resolves conflicts among assignment deadlines<br>• presents solid recommendations where supervisory approval is required<br>• is considered by peers and supervisor as an expert source of information for internal and external individuals or groups<br>• produces work products that are recognized for their outstanding quality<br><br>Quality performance:<br><br>• reaches conclusions and makes recommendations that demonstrate sound and independent judgment<br>• keeps abreast of current developments in areas of responsibility<br>• exercises good judgment in seeking guidance<br>• produces work products that are clear and well-organized<br>• completes work within established deadlines<br>• quickly takes steps to remedy situations as problems arise<br>• produces work products that are technically accurate, well researched, and peer-reviewed, when necessary | | 4 |
| ☒ **Customer Service**<br><br>*Provides professional and responsive service* | Exceptional performance:<br><br>• develops and implements innovative approach to customer requirements and recommendations<br>• consistently completes assignments for customers in advance of established deadlines<br>• takes extra efforts to ensure that internal and external customers are pleased with the services provided<br>• consistently monitors service delivery to ensure that virtually no assignments are overlooked<br>• identifies actions that would improve customer service<br><br>Quality performance:<br><br>• keeps customers informed of work progress and expected outcomes<br>• consistently takes personal responsibility for resolving customer requests or complaints<br>• delivers quality products and services to internal and external clients<br>• treats others with respect<br>• works cooperatively with internal and external workers or clients<br>• shows competence in starting, carrying out, and timely completing tasks<br>• seeks opinions, as appropriate, to produce a balanced work product | | 4 |

| ELEMENTS | PERFORMANCE MEASURES | M I D Y E A R | Element Ratings |
|---|---|---|---|
| | 1. Check all **elements** in Column 1 for which the employee will be rated.<br>2. All elements are considered **critical**.<br>3. Add or delete additional **measures** after the bullets as needed. | | 4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
| ☒ **Teamwork**<br><br>*Works with others either in formal teams or ad hoc groups to accomplish tasks or provide services effectively and efficiently* | Exceptional performance:<br><br>• handles interpersonal relationships with exceptional skill<br>• demonstrates leadership by promoting cooperation among team/staff members<br>• takes initiative to ensure early or timely completion of team assignments<br>• frequently fosters cooperation among team/staff members to prevent misunderstandings<br>• consistently uses and promotes effective team concepts to meet goals and deadlines of the team assignment<br><br>Quality performance:<br><br>• adjusts positively to changes in workload and priorities as a member of the team<br>• maintains effective working relationships with team members<br>• actively participates in team efforts<br>• leads or follows, as necessary, as part of the team<br>• shares information, credit, and recognition | | 4 |
| ☒ **Communication (written and oral)**<br><br>*Quality and effectiveness of written and oral communication* | Exceptional performance:<br><br>• oral and written presentations are exceptionally clear and effective regardless of complexity of subject<br>• complicated or controversial subjects, appropriate to the position, are persuasively presented so that desired outcomes are achieved<br>• written work products are virtually error free even in situations involving high pressure or abnormal circumstances<br><br>Quality performance:<br><br>• written products are clear and factual, well organized, properly formatted, and effectively presented<br>• thoughts, conclusions, and recommendations are conveyed efficiently<br>• communicates effectively in situations involving normal pressure and circumstances<br>• keeps supervisors and others informed about progress or problems in completing assignments<br>• positively represents the Department or office to individuals or groups inside and outside the Department, as appropriate to the position | | 4 |

## RATING OFFICIAL COMMENTS

Ms. Carmona is an excellent manager leading the staff under her responsibility by example. She challenges her staff to reach for higher levels of performance, guides, counsels, and motivates employees. She constantly offers suggestions for staff and OIG improvements in areas of efficiency and productivity. She plans all her work extremely well, monitors budget expenses, and controls all work assigned to staff and holds her staff accountable to high quality work standards.

Ms. Carmona demonstrates a very positive EEO image to staff. She addresses conflict issues extremely well and is sensitive to the diversity of people and their skills.

Ms. Camona's technical competency is exceptional. Her knowledge of Treasury operations relating to numerous bureaus, their missions, operational programs and interface with the Department, GAO and outside Agencies is a real asset. As a CPA, she possesses all the skills necessary to plan, execute the work and produce quality reports. Her recommendations are logical and supported by in-depth work and analysis and result in the best course of action to solve weaknesses.

As an integral part of carrying out the OIG mission, Ms. Carmona has developed an excellent customer service relationship with the respective Bureau liaisons. She keeps them informed of all audit related issues affecting their bureaus. She continually works to improve the service to the auditees.

In her role as a manager to promote team harmony and motivation, Ms. Carmona is exceptional! She monitors the work of the team members and ensures that quality jobs are delivered on time. Sometimes this means working during her own time in order to meet deadlines. She has excellent interpersonal skills and uses them to promote team unity. She has had to deal with many organizational and operational changes during the rating period, and has met the challenge with each.

Ms. Carmona's ability to communicate both orally and written is perhaps her strongest trait. She is able to review, and analyze very complex issues and present the results in a clear and effective manner. Her oral presentations are clear, logical and delivered in a very professional and convincing manner. Her written reports and other documentation are virtually error free with little need for changes. She is able to produce high quality products even within the most tight timeframes and adverse circumstances.

In summary, Ms. Carmona is a very professional, dedicated and dependable Audit Manager that takes her job seriously, and is truly committed to improving the operations of the OIG. She plays an extremely important role in the quality of the work produced in the Banking and Fiscal Service staff and the success of the staff can be directly attributed to the efforts, and work ethics of Ms. Carmona.

## STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
### Maria V. Carmona
### Audit Manager, *Banking and Fiscal Service*
### June 1, 2000, through June 30, 2001

Served as Audit Manager, *Banking and Fiscal Service*, managing the work of six headquarters auditors and one auditor detailed from the field, all at the Grade 13 level. Often oversaw the work of the Grade 8 Office Manager. Handled all Audit Manager responsibilities for the office during much of the period, in the absence of the other Audit Manager in the Directorate.

Periodically served in an Acting capacity for the National Director, *Banking and Fiscal Service*, including a temporary promotion to the Grade 15 for a 4-week period, the first week of which was part of this appraisal period. Performed some of the Director's tasks on a regular basis, including updating the *Program and Financial Audits Report Database* and approving travel authorizations and vouchers on the *Travel Manager Plus* system. Responded to the many quick turn-around requests received by the Directorate, some dealing with technical fiscal service issues, others with administrative matters such as staffing and budget. Provided the Director with frequent updates on audits and other projects, and coordinated efforts with Financial Statement Audit, Information Technology Audit, Counsel, and Office of Investigations managers and staff.

Managed audits and related efforts at Departmental Offices (DO), the Financial Management Service (FMS), the Bureau of the Public Debt (BPD), and the Banking entities, including the Office of the Comptroller of the Currency (OCC) and the Office of Thrift Supervision (OTS), as discussed below.

### Review of Controls Over Records Retention and Destruction [DO, FMS, and BPD]

Once this multi-bureau audit was reassigned from the other Audit Manager, worked with project staff to develop a coordinated message for the three reports that would document individual bureau issues while at the same time facilitating the drafting of a summary report. Oversaw the presentation of the findings at internal briefings and at the exit conferences with the three bureaus, during which management expressed general concurrence.

### Community Development Financial Institutions Fund Post-Award Grant Administration Process [DO]

Managed the planning process and survey stage of this ongoing audit to determine if the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund is effective in ensuring that financial institutions are carrying out their activities in accordance with the grant agreements. Coordinated this audit, which focuses on the more than 500 awards totaling $245 million that the Fund made during FYs 1999 and 2000, with CDFI Fund staff and with the OIG audit staff member who has Single Audit Act responsibility over the CDFIs. Also began planning, with the Office of Investigations, a coordinated review that will involve auditors and investigators from each of the OIG regions in a nationwide examination of selected CDFIs. This innovative approach will combine proactive investigative activity with a planned audit to increase the potential yield for both OIG Offices.

44 of 51

## STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
### Maria V. Carmona
### Audit Manager, *Banking and Fiscal Service*
### June 1, 2000, through June 30, 2001

### Review of Controls Over the Plastic Card Network [FMS]

Oversaw the development of an audit proposal and of an audit program structured to determine how effectively Plastic Card Network program costs are being monitored and whether the financial agent banks and the contractors and subcontractors who are engaged in developing web hosting and other Internet-enabled technologies are receiving proper oversight. This audit, which was planned as a result of work performed by OIG Information Technology staff, will require a different audit perspective in terms of internal controls and audit trails.

### Review of OCC and OTS Fee Assessment Practices

Managed the planning process for this audit to determine if OCC and OTS assessment practices are consistent as to approach and cost structure. The essential question to be addressed was whether similarly-sized banks and thrifts with similar activities and risks would be assessed similar fees, or whether the fees would be significantly different, and if so, why. Met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs to discuss Congressional interest in the assessment of fees. This audit was subsequently placed on hold due to higher priority work.

### Treasury's Efforts as the Lead Agency for Banking and Finance Under Presidential Decision Directive 63 [DO and Banking Entities]

Oversaw OIG monitoring efforts for Presidential Decision Directive (PDD) 63, which calls for the protection of physical and cyber-based systems essential to the minimum operations of the economy and the Government. This work included representing the Treasury OIG at a meeting of all of the banking OIGs and coordinating with DO representatives and OIG Information Technology staff. Prepared an audit proposal for future work to determine the extent to which Treasury has coordinated with private sector entities to meet the objectives of PDD 63 and to assess the effectiveness of this initiative, which was designed to significantly increase security over government systems and to produce a workable and innovative framework for critical infrastructure.

Coordinated with senior managers at the bureaus and the Department to obtain insights into potential audit issues, such as controls over FMS's Government-wide payment and collection portal, *Pay.gov*. Presented DO, FMS, and multi-agency audit proposals at the Office of Audit Annual Planning Conference, explaining the reasons for the priority placed on each of the proposals and suggesting alternative approaches. Prepared audit proposals for various other efforts, including one on Federal agency referral of delinquent non-tax debt under the Debt Collection Improvement Act of 1996, an area of particular interest to the Commissioner of FMS. The objectives of this audit, which would involve multiple agencies, would be to determine if creditor agencies are referring all debt that is eligible in a timely manner and to assess the steps being taken by agency management and auditors to verify the accuracy of referral amounts and the appropriateness of exclusions being claimed.

45 of 51

## STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
### Maria V. Carmona
### Audit Manager, *Banking and Fiscal Service*
### June 1, 2000, through June 30, 2001

Coordinated with officials of non-Treasury entities, including Congress. For example, in performing preliminary work for a President's Council on Integrity and Efficiency (PCIE) audit, met with an Office of Management and Budget (OMB) representative to obtain OMB's perspective on current debt and credit management issues. Coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. Monitored General Accounting Office (GAO) activity related to Treasury fiscal service bureaus, and provided OIG management with briefings on areas such as GAO's prior and planned activity on the Treasury Offset Program. While Acting for the National Director, presented FY 2001 audit efforts and FY 2002 audit plans for FMS, BPD, OCC, and OTS to senior staff of the House Committee on Appropriations. Provided comment to draft Congressional bills that affect Treasury and to draft Treasury policies.

Coordinated Treasury Inspector General for Tax Administration efforts with FMS, in part by facilitating the planning stage of audits, attending entrance conferences, and reviewing a draft report prior to submission. Also represented the OIG at Bureau forums, such as the Credit Management Focus Group at FMS.

Addressed inquiries from other organizations, from individuals at other OIGs, and from members of the public. Some inquiries were handled informally, through actions such as telephone calls or e-mail messages, while others required formal correspondence. As one example, met with an OIG representative from the National Labor Relations Board to assist with audit efforts in the area of debt collection.

Monitored *Banking and Fiscal Service* issues. For example, attended a hearing on the Debt Collection Improvement Act, then prepared a memorandum specifying each of the major issues that may affect the OIG (current audits, future planning) and related points for consideration. Also, met with OIG representatives, including Counsel, with reference to predatory lending, and then met with an agency of the District of Columbia to obtain an understanding of how another governmental entity has been addressing the issue.

Participated in OIG recruitment activity. Performed other personnel-related tasks, such as working with staff members on their Individual Development Plans, ensuring that interim performance appraisals were completed in a timely manner, and establishing performance elements and standards for new staff.

Was proactive in addressing supervisory matters, by actions such as, in the context of limited training funds, taking the initiative to identify no-cost training opportunities for the staff, exploring non-traditional sources and types of training, and sharing information in a timely manner. For example, through membership in the *Greater Washington Society of Certified Public Accountants*, identified an Internet course on Derivatives sponsored by *The CPA School of Washington* that provided 4 hours of no-cost Continuing Professional Education. Completed the course prior to recommending it, to ensure that the material would be worthwhile for staff who may be auditing financial issues.

46 of 51

Department of the Treasury

# Office of Inspector General

*Certificate of Appreciation*
*for*
*Outstanding Performance*

## Maria V. Carmona

*In appreciation of your contributions to the effective operation of the Office of Inspector General*

*from*   June 1, 1997   *to*   May 31, 1998

Richard B. Calaha
Deputy Inspector General

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | ▓▓▓▓▓▓▓ | 10/08/52 | 05/31/98 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 877 | SPECIAL ACT OR SERVICE AWARD | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| V3G | 5 USC 4503 | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |
| | | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPV AUDITOR |
| | 08535003    008535 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 750.00 | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| | .00 | | .00 | | | | .00 | | .00 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | INVESTIGATIONS DIRECTORATE |
| | OFFICE OF OVERSIGHT |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None  2 – 5-Point  3 – 10-Point/Disability  4 – 10-Point/Compensable  5 – 10-Point/Other  6 – 10-Point/Compensable/30% | | 1  0 – None  1 – Permanent  2 – Conditional  3 – Indefinite | | ☐ YES  ☒ NO |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| G | BASIC-1X ADDITIONAL | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 08/30/76 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service  2 – Excepted Service  3 – SES General  4 – SES Career Reserved | E  E – Exempt  N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SPECIAL ACT OR SERVICE AWARD (GENERAL SCHEDULE/AND WAGE GRADE)
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TR 95 | 4041 | 05/26/98 | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION
Part    50-316

1 – Employee Copy – Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

48 OF 51

R 952613000200000000    PF 11 1*1998*BATCH 40415531 000-00 200-42 AG/EO 95-4041

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|
| CARMONA, MARIA V | | | | 10/08/52 | 09/27/98 |

| | FIRST ACTION | | | SECOND ACTION | |
|---|---|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action | |
| 892 | QUALITY INC | | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority | |
| RBM | REG 531.501 | | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority | |
| | | | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPV AUDITOR |
| | 08535003    008535 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 79,365.00 | PA | GM | 0511 | 14 | 00 | 81,569.00 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| 73,986.00 | 5,379.00 | 79,365.00 | .00 | | | 76,041.00 | 5,528.00 | 81,569.00 | .00 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | INVESTIGATIONS DIRECTORATE |
| | OFFICE OF OVERSIGHT |

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 - None       3 - 10-Point/Disability      5 - 10-Point/Other | 2 - 5-Point       4 - 10-Point/Compensable     6 - 10-Point/Compensable/30% | | 1 - 0 - None       2 - Conditional      1 - Permanent    3 - Indefinite | | YES   [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C   BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 08/30/76 | F   FULL TIME | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General      2 - Excepted Service    4 - SES Career Reserved | E   E - Exempt    N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TR 95 | 4041 | 09/28/98 | PERSONNEL OFFICER   10/15/98 |

5-Part   50-316

49-F51

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 8/30/1
NSN 7540-01-333-62:



**Department of the Treasury**

# Office of Inspector General

*Certificate of Appreciation*
*for*
*Special Act*

## Maria V. Carmona

*In appreciation of your contributions to the effective operation of the Office of Inspector General*

*from*    August 1, 1999    *to*    March 8, 2000

Inspector General

50 oF 51

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 03/26/00 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 877 | SPECIAL ACT OR SERVICE AWARD |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| V3G | 5 USC 4503 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
SUPVY AUDR
08541A05    08541A

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | 1,200.00 | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | .00 | .00 |

22. Name and Location of Position's Organization

TREASURY OFFICE OF THE INSPECTOR GENER
OFFICE OF INSPECTOR GENERAL
OFFICE OF AUDIT
DAIG FOR FROG AUDITS

TR 952615000105000000    PP 07 2000

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for F |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| GO  BASIC-1X ADDITIONAL | 9  NOT APPLICABLE | O |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 08/30/76 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E  E - Exempt  N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

SPECIAL ACT OR SERVICE AWARD (GENERAL SCHEDULE/AND WAGE GRADE)
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TR 95 | 4041 | 03/17/00 |

CATHERINE M MCCOY
PERSONNEL OFFICER

5-Part  50-316

TURN OVER FOR IMPORTANT INFORMATION

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30
NSN 7540-01-333-6

TR 952615000105000000    PP 07 1*2000*BATCH 40415531 000-00 200-42 AG/EO 95-4041