P.O. Box 454
Fulton, Maryland 20759    EXECUTIVE SECRETARIAT
May 7, 2002

2002 MAY -7 A 9 23

Paul H. O'Neill
Secretary of the Treasury                    DEPARTMENT OF
1500 Pennsylvania Avenue, N.W.                THE TREASURY
Washington, DC 20220

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury
TD Case Numbers:  96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238
                   97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,
                   02-Unassigned, 02-Pending**

**Hand-delivered on May 7, 2002**

Dear Secretary O'Neill:

**The purpose and intent of this correspondence is to respectfully file my fourteenth formal
Equal Employment Opportunity (EEO) complaint against the Department of the Treasury
regarding the clear long-term pattern and practice of discrimination, retaliation, disparate
treatment, and hostile/harassing work environment that has been directed and is being
directed against me during my career with the Department of the Treasury.**

I am a Hispanic White Female, GS-511-14, Age 49, in my nineteenth year of service with the
Department of the Treasury Office of Inspector General (OIG).  I am in my twenty-sixth year of
Federal service.

I am filing this formal EEO complaint directly with you, Secretary O'Neill, because I have no
confidence or trust in the integrity of the Department of the Treasury EEO program, management,
or staff, and so as to ensure that you are personally aware of my past and present EEO concerns.
Issues and matters for the instant complaint evidence, in part, a continuation of the long-term
pattern and practice by the Department of the Treasury of failure to promote, preselection of
candidates, and promotion of less-qualified candidates.

**The triggering event for the filing of the instant formal EEO complaint is my non-selection
for promotion to the position of Supervisory Auditor GS-511-15 under Announcement
Number OIG-01-044.  My non-selection for this position evidences a *prima facie* case of
discrimination.**

Attached are completed Forms TDF 62-03.5, *Individual Complaint of Employment
Discrimination with the Department of the Treasury*; TDF 62-03.1, *EEO Counseling Report -
Individual Complaint*; and TDF 67-13.2, *Designation of Representative and Limited Power of
Attorney*.  Please be advised that my instant formal EEO complaint comprises 39 pages,

**Plaintiff
Exhibit**

L

05cv 1194 (JGP)    (excerpt)

Page 1 of 19

B~~~Statement of EEO Issues and Matt~~~Complaint
Maria V. Carmona
Department of the Treasury Office of Inspector General

It is good-faith my understanding that Ms. Freedman and Mr. Benson are Non-Minority White employees.

On March 5, 2002, Ms. Freedman informed me, in person, that she had selected Alexander Best, Jr., for the position of National Director of Enforcement Audits. Ms. Freedman confirmed that she was the selecting official, and stated that she had discussed her selection with Inspector General Jeffrey Rush, Jr., during her *two-on-one* meeting the prior week, and that Inspector General Rush concurred with her selection. Ms. Freedman formally announced the selection to OIG staff via e-mail message shortly after she spoke to me.

Regarding Ms. Freedman stating that she was the selecting official for the instant position, it is my good faith understanding that Ms. Freedman had little or no program audit experience when she was first promoted into the position of Deputy AIG (DAIG) for Program Audit, a Senior Executive Service (SES) position. Following her highly-questionable promotion to DAIG for Program Audit, Ms. Freedman was subsequently promoted to AIG for Audit.

To this end, I allege that Ms. Freedman was not only not as qualified as others, myself included, for the position of DAIG for Program Audit at the time of her selection, (it should be noted that I applied for this position, but to the best of my understanding did not make the best qualified list), I also allege that Ms. Freedman was not and is not qualified, due to her lack of direct experience, to pass her judgement on and select individuals for promotion within Program Audit.

It should be noted that prior to Ms. Freedman's promotion to DAIG for Program Audit, I was told that I was not qualified to function at my grade level, i.e., Grade 14 Supervisory Auditor at the time, and I was assigned lower-graded work, essentially at a Grade 7 level, reporting to lower-graded staff, for a period of approximately twenty-two months.

There are many other examples of Non-Minority White employees supervising and/or being promoted into positions for which they appear to have had little or no demonstrated experience.

In addition to my claims under Title VII, I believe in good faith that there are clear-cut examples of violations of the Merit Systems Principles, including preselection of Mr. Best.

The following details some of my concerns regarding my non-selection for promotion and Mr. Best's promotion to the position at issue.

On January 15, 2002, Mr. Best, who had been serving as the Acting National Director for Enforcement Audits, stated that Ms. Freedman wanted to name someone other than him as Acting because when the subsequent selection was made there could be grievances filed if Mr. Best had been Acting the whole time. Mr. Best further stated that Ms. Freedman feels that it would look better if someone other than Mr. Best was Acting for a while, so that no one could claim preselection when Mr. Best was selected to the position.

# Brief Statement of EEO Issues and Matters Complaint
## Maria V. Carmona
## Department of the Treasury Office of Inspector General

It is my understanding that Mr. Best served as Acting National Director for Enforcement Audits during periods when Barry L. Savill, the former National Director, was serving as Acting DAIG for Program Audit and from the point when Mr. Savill was selected as the DAIG for Program Audit forward until Ms. Freedman decided to name another employee Acting, as mentioned above.

Thus, Mr. Best had long-term assignments as Acting National Director for Enforcement Audits, interfacing on a day-to-day basis with senior OIG and law enforcement bureau management, with the three Regional Inspectors General who have responsibility for Enforcement Audits (Boston, Houston, Chicago), and with all of the other OIG Enforcement Audit staff.

This is a clear-cut case of disparate treatment because I was not given the opportunity to serve as the Acting National Director for Enforcement Audits, an opportunity that Mr. Best was given.

Mr. Best was given an unfair advantage because, to my understanding, he was the only OIG employee who could have competed for the position who was given an opportunity to serve as Acting National Director for Enforcement Audits. It should be noted that only Mr. Best was given the opportunity prior to the closing date of the vacancy announcement, and that it was only when the selection date neared that Ms. Freedman named as Acting two Grade 14 staff members who did not have sufficient time in grade to apply for this Grade 15 position.

Other evidence of preselection of Mr. Best includes the fact that the decision was made and announced very quickly, in a manner uncharacteristic of prior OIG selections. As mentioned above, Ms. Freedman stated during my interview that all of the interviews were to be completed during February 2002. The selection was formally announced on March 5, 2002.

Also, even when another member of the staff had been named as Acting Director for Enforcement Audits, Ms. Freedman continued to include Mr. Best in her routing of documents to Directors, and Mr. Best continued to use the title of Acting Director.

I believe in good faith that Mr. Best was shown other preferential treatment prior to this time.

Regarding my proper, full, and fair consideration of my qualifications for the promotion, I am also concerned that the OIG Office of Management Services may have taken deliberate action to exclude two of my Special Act awards from consideration for this vacancy by (1) not processing one award properly and in a timely manner, and (2) not processing the other award at all.

I had discussed this matter with my immediate supervisor, Donald R. Kassel, on a number of occasions, in an attempt to find out what happened to these awards. I subsequently requested a written explanation from Robert Hardos, who to my understanding was the Acting AIG for Management Services at the time, but have not received a response.

(excerpt)

Date of Report:  01/01/00

## OFFICE OF INSPECTOR GENERAL
## AUDIT STATUS REPORT

Project Number:  A-IR-99-001
Project Title:  PCIE Review of Non-Tax Delinquent Debt
Project Start Date:  September 29, 1998
Auditee:  Various Program Agencies/FMS
Audit Manager:  Alexander Best
Auditor-in-Charge:  Beth Serepca

### PROJECT HOURS

Original estimate:  3,600
Actual hours:      3,586
Available hours:      14

### PROJECT SCHEDULE

|  | Planned | Actual |
|---|---|---|
| Project Planning/Survey | 10-15-98 | 10-15-98 |
| Start Field Work | 10-16-98 | 10-16-98 |
| Status Meeting - All Participants | 10-27-98 | 10-27-98 |
| Status Meeting - All Participants | 12-01-98 | 12-01-98 |
| Complete Field Work | 01-29-99 | 04-09-99  (internal) |
| Status Meeting - All Participants | 02-09-99 | 02-09-99 |
| Agency Report For Comment | 03-15-99 | 06&07-99 (internal) |
| Status Meeting - All Participants | 03-16-99 | 03-16-99 |
| Summaries of Finding/Recs | 04-15-99 | 05-21-99 |
| PCIE Roll-up Report -Comment | 07-30-99 | 09-03-99 |
| PCIE Roll-up Report – Final | 09-30-99 | 12-17-99 |

### PROJECT STATUS

| | | |
|---|---|---|
| Labor cost: | $ 270,000 | $ 268,950 |
| Travel cost: | $       0 | $   1,309 |

**The Summary Report was issued on December 17, 1999.  We are currently in the process of making full distribution to PCIE/ECIE members.**

**This is the final project status report for this audit.**

Plaintiff
Exhibit
M
05cv 1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, October 05, 1999 12:16 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | PCIE/ECIE Audit Reports |
| | |
| **Attachments:** | PCIE-ECIE Reports - Oct 99.doc |

Marla,

Please see the attached document for an update on my concerns regarding the four PCIE/ECIE audit reports.

I'll send the monthly project status reports under separate cover.

Please let me know if you would like additional information.

Thank you,

Maria



PCIE-ECIE Reports
- Oct 99.doc...

**Tracking:**          **Recipient**

                       Freedman, Marla A.

Plaintiff
Exhibit

N

05cv1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **To:** | Carmona, Maria V. |
| **Sent:** | Tuesday, October 05, 1999 12:25 PM |
| **Subject:** | Read: PCIE/ECIE Audit Reports |

Your message

| | |
|---|---|
| To: | Freedman, Marla A. |
| Subject: | PCIE/ECIE Audit Reports |
| Sent: | 10/5/1999 12:16 PM |

was read on 10/5/1999 12:25 PM.

## Update on Concerns re: PCIE/ECIE Audits

### I. General

This document summarizes actions taken to address some of my concerns on the four PCIE/ECIE audit reports. I had forwarded my comments for the Summary Report on September 10 and for the Customs report on September 15. My comments, which consisted of several pages for each audit, pointed out factual errors, inconsistencies, and a failure to follow OIG policies and practices. My comments for the Departmental Offices report and for the Secret Service report were similar in nature to those on the Customs report.

### II. Specific

### Audit Objectives Not Met

One of my concerns in all four instances is that the audit reports do not specifically state the conclusions that were reached with reference to each of the stated audit objectives.

For example, in my comments about the *Audit Results* section of the Summary Report, I suggested that we include a conclusion with reference to whether the $60 billion in non-tax delinquent debt accurately represented the universe of non-tax delinquent debt.

During a discussion on September 10, Alex explained that it would not be possible to make statements that directly addressed the stated objectives, because the objectives of the audit had not been met.

With reference to Objective 1, for example, Alex stated that the sampling methodology used by the Treasury OIG and by the other 15 participating OIGs would not allow for any projection to be made about the universe of non-tax delinquent debt. Alex stated that statistical sampling had not been used; and that the size of the samples selected by the participating OIGs and the extent of work that the OIGs performed varied widely. On a related matter, Alex stated that the Scope section of the report could not be revised to include the percentage of debt that was tested, as I had requested, because this amount could not be determined.

In addition, with reference to Objective 2, Alex stated that it would not be possible to make a definitive statement about the collectibility of the $60 billion in non-tax delinquent debt, because the audits were not structured to determine the percentage of outstanding debt that would ultimately be collectible.

Shortly after I met with Alex, you and I had a telephone discussion about these and some of my other concerns. Based on our discussion, it is my understanding that the decision had been made, before I became involved in the review process as the Acting Director, to remain silent on the fact that the audit objectives had not been met.

## Summary Audit Report Not Indexed or Referenced, Lack of Supervisory Review

During our discussion on September 10, I also expressed my concerns that the Summary Report had been issued in draft for dissemination to the other 15 participating OIGs and to FMS without being indexed or referenced. You stated that you had assumed that the report had been referenced before it was issued by the Treasury OIG in draft. We agreed that the report should be referenced during the comment period, before issuance in final form.

The referencing has now been completed, both for the draft as it was sent out and for the revisions that were made, including those resulting from FMS's comments. One of the points raised by the referencer is that many of the working papers were prepared and reviewed by the same person. For example, for all of the working papers in the *Analysis* binder, which were prepared between August 10 and August 25, 1999, Alex signed as both the preparer and the reviewer. This causes me concern in light of the supervision requirements of the *Government Auditing Standards*. The failure to index and reference a draft audit report before issuance and the failure to have proper supervisory review of working papers are also against OIG policy and practice, and defeat the system of checks and balances established to ensure the quality of audit work.

———

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Friday, September 10, 1999 8:40 AM |
| **To:** | Freedman, Marla A. |
| **Subject:** | PCIE/ECIE Summary Report |
| | |
| **Attachments:** | PCIE - Comments on Summary Report.doc |

Marla,

Per our discussion after the staff meeting yesterday, attached is a copy of my comments on the PCIE/ECIE Summary Report, which I plan to discuss during a 9:00 meeting with Alex today.

Maria



PCIE - Comments
on Summary Rep...

**Tracking:**          **Recipient**

Freedman, Marla A.

Plaintiff
Exhibit

O

05 cv 1194 (JGP)

## Carmona, Maria V.

**From:**          Freedman, Marla A.
**To:**            Carmona, Maria V.
**Sent:**          Friday, September 10, 1999 12:19 PM
**Subject:**       Read: PCIE/ECIE Summary Report

Your message

To:        Freedman, Marla A.
Subject:   PCIE/ECIE Summary Report
Sent:      9/10/1999 8:40 AM

was read on 9/10/1999 12:19 PM.

**Note:** Please refer to the attached copy of the report for additional comments. In reviewing this report, I did not complete steps that a referencer would normally complete, such as footing and cross-footing the table in Appendix F.

## Overview

Consider stating that each of the participating agencies issued a separate report that is included in Appendix K.

Par. 2. For clarity, consider revising to indicate that the $1.2 B and $1.7 B are cumulative figures, as is done in Finding 1.

## Background

Consider stating the effective date of the DCIA. This is material to subsequent discussions.

## Objectives, Scope, and Methodology

With reference to scope, the Overview states the percentage of debt represented. Would it be appropriate to comment on the percentage of debt that was tested?

## Audit Results

Charge Paragraph. Consider including a charge paragraph at the beginning of the Audit Results section that responds to each of the stated objectives and introduces the findings. For example, what was our conclusion with reference to whether the $60 B in non-tax delinquent debt accurately represents the universe of non-tax delinquent debt?

Reference to *OIG*. On Page 1, OIG is established with reference to the Treasury Office of Inspector General. When referring to other Offices of Inspector General, consider identifying by Department/Agency. For example, the SBA OIG....

Page 3, Par. 2. Consider presenting these approximate figures so that the parts equal the whole. Consider rounding to the nearest billion for this presentation.
$15.2 B + $31.2 B = $46.4 B   report shows $46 B
$22.9 B + $ 8.1 B = $31 B    report shows $31.2 B

Pages 3 & 4. Are the collection figures cumulative? If so:
 (1) should this be stated?
 (2) what effect, if any, does this have on the percentages cited?

Page 4, Par. 1. Consider including a footnote explaining the computation of 6.9 percent.

Page 4, Par. 2. How was the 45 percent increase between FY 1997 and FY 1998 computed? Is this a comparison of the total for each of two fiscal years, as the presentation implies, or are we dealing with cumulative figures?

Is this a comparison of (1) all TOP and cross-servicing collections through the end of FY 1997 and all Tax Refund Offset collections for the period ending March 31, 1998, and (2) TOP and cross-servicing collections during FY 1998 and Tax Refund Offset collections for the period April 1, 1998, through March 31, 1999?

Pages 3 and 4, Footnotes. Consider clarifying. What do we mean, for example, when we show a figure for FY 1998, then refer in the footnote to March 1999? Are these FY 1998 referrals that were collected after the end of the FY? If this is the best data that we could obtain, should this be stated?

Page 5. The title of Finding 2 refers to timeliness, but the discussion and the chart address a failure to refer. The last paragraph on Page 6 raises the issue of timeliness (*In addition, the audit found that several agencies were not referring their delinquent debt to FMS in a timely manner.*). Should the order of presentation be revised to include the issue of timeliness in the charge paragraph? Does the title reflect the full message?

Page 6, Par. 4. There is a reference to problems with 4 agencies, but the discussion that follows addresses 5 agencies (SBA, CPSC, State, Treasury, NASA). Should this number be corrected?

Page 8, Par. 3. There is a reference to problems with 8 agencies, but the table in Appendix B, to which this paragraph refers, indicates that there were problems with 9 agencies. Should this number be corrected?

Page 8, Par. 3. Should the language here and in the column headings in Appendix B correspond more closely?

Page 9, Par. 2. There is a reference to problems with 8 (5+3) agencies, but 9 subheadings follow, including 2 for the Department of Justice. Should these numbers be corrected?

Structurally, should there be two subsections, one for inaccurate A/R balances and the other for not accurately aging A/R? Should the charge paragraph indicate that one agency had problems with both?

Page 10. Consider treating the names of reports as titles and presenting them in italics. For example: *Report on Receivables Due From the Public.*

Page 12, Par. 2. There is a reference to problems with 4 agencies, but the discussion that follows addresses 5 agencies (DOJ, CPSC, State, Treasury, NASA). Should this number be corrected?

Page 14, Par. 1. There is a reference to problems with 4 agencies not sending demand letters in a timely manner, and 4 agencies not sending demand letters in certain instances, with 2 agencies included in both sets [4+4-2=6]. Yet the discussion below addresses a total of 7 agencies. Should these numbers be corrected?

Page 14, Table 2. Should NASA be included in the table? Also, consider presenting the agencies in an order that corresponds to the introduction. To do so, the *late demand letter* column would come first. The agencies that fall under this category would be listed first, with any that overlap with the *no demand letter* listed after those that do not overlap. The order of presentation of the subsections on the bureaus would be revised accordingly.

Also, is the title of the first column appropriate? Or should the reference be to *Agencies* rather than to *OIG Offices*?

Page 16, Par. 1. Is the 90 days an average, or should the sentence read *For each of the four debt files reviewed, 90 or more days had elapsed...?*

Page 16, Par. 6. There is a reference to problems with 7 agencies, but the discussion that follows addresses 8 agencies (VA, SSA, DOJ, CPSC, State, Treasury, ITC, NASA). Should this number be corrected?

Page 16, Par. 6. Consider replacing *several* with the actual number, if the number is available.

Pages 16-19. Review the use of the terms that are highlighted for consistency wherever possible. Discuss reasons for not addressing penalties and/or administrative costs for some of the agencies, and for the use of *costs, charges*, and *fees* following *administrative*.

Page 19, Par 2. Does *substantiate the significance* mean *determine the amount*?

Page 20, Par. 3. The last sentence implies that no debt at all was referred. If this is not the case, consider revising the end of the sentence as follows. *As a result, ...and some of the debt that was eligible for referral was not referred.*

Page 21. Should Finding 4 include a reference to the report that the OIG issued last month on cross-servicing?

## Appendices

Ensure that there is a reference to each appendix in the text.

Consider whether the visual presentation of numbers (Appendix C, for example) may be more effective if it is incorporated into the body of the report.

## Appendix B

What is the reason for the order of presentation? Would it be more appropriate to list those with the most deficiencies first and those with no deficiencies last? In the alternative, consider shading the rows of the agencies with problems.

Consider selecting a font that does not run the letters together in the chart.

Consider using footnotes instead of numbers in parentheses.

Is the title of the first column appropriate?

## Appendices D & E

Should there be an indication that the numbers presented are cumulative?

Should the titles, rather than the footnotes, indicate the period?

For Appendix E, consider presenting data that deals with different periods of time in different charts.

## Appendix F

What does it mean when the *Referred TOP* exceeds the *Eligible TOP*, or the *Referred Cross/Serv* exceeds the *Eligible Cross/Serv*? Is this an error? If not, does this merit a footnote?

Is similar data available for the other agencies, especially those that participated in this audit? Example: ITC, NEA.

Consider use of lines and shading to the visual effect. Discuss.

## Appendix G

Place in alphabetical order and ensure that the list is complete. Some abbreviations/ acronyms that were used but not included: A/R, CFO, OMB, TRO, and some agencies listed in Appendix F.

Also, in some cases the report uses other acronyms for Departments. For example, refer to *Justice* rather than *DOJ*.

## Appendix I

Correct names.

*PCIE/ECIE Review of Non-Tax Delinquent Debt*                    *J. Carmona Comments*
*09-09-99*

## Appendix J

Consider indenting the titles/names of officials within each entity.  Consider including title where only name is shown.

---

## Format

Align the page numbers in the Table of Contents.  Ensure that the titles of the Appendices correspond.

Provide clearer differentiation between the levels of the report through indention, underlining.  Discuss.

Consider entering a border around each Table, to include the title and corresponding notes.

## Editorial

Ensure that tenses are correct.  If referring to conditions as of the time of the audit, past tense should be used.  (Ex:  Page 11)

Run a spelling check.
Examples of misspelled words:  *anamolies* (*anomalies*) and *Prisions* (*Prisons*).

Consider revising *FY 19XX end* to *the end of FY 19XX*.

Consider replacing *timely* with *in a timely manner* when the word is used as an adverb.

State percentages that are less than one with a zero before the decimal point.
Example:  0.9 percent rather than .9 percent.

Keep related items on one line.  Items that should be together but are not include:
FY 1998, $ 1.7 billion, 0.9 percent.

Insert a comma before the last item in a series.

Use numerals for number of years.
Example:  6 years instead of six years.

Use acronyms consistently once they are established.  Carry this approach through to the Appendices.

Use singular nouns and pronouns to refer to an agency.
Example: *The VA ... is...its files...*, rather than *The VA ... are...their files....*

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, September 15, 1999 2:48 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | PCIE/ECIE Report on Customs |

**Attachments:**    PCIE - Comments on Customs Report.doc

Marla,

Per our telephone conversation this afternoon, attached is a copy of my comments on the PCIE/ECIE Report on Customs.

Thank you for your LAN message with reference to meeting on the other matter.  I'll call tomorrow morning to schedule a time that is convenient for you.

Maria



PCIE - Comments
on Customs Rep...

**Tracking:**    **Recipient**

Freedman, Marla A.

**Plaintiff
Exhibit**

P

05cv1194 (JGP)

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **To:** | Carmona, Maria V. |
| **Sent:** | Wednesday, September 15, 1999 3:09 PM |
| **Subject:** | Read: PCIE/ECIE Report on Customs |

Your message

| | |
|---|---|
| To: | Freedman, Marla A. |
| Subject: | PCIE/ECIE Report on Customs |
| Sent: | 9/15/1999 2:48 PM |

was read on 9/15/1999 3:09 PM.

**Note: Please refer to the attached copy of the report for additional comments.**

## Transmittal Memorandum

Confirm placement of *Commissioner*. See other editorial notes.

## Name of Bureau and Team

The management response contains what I interpret as an implied request that we refer to the bureau as Customs rather than USCS. To my knowledge, this is what the OIG has done in past audit reports and in the Semiannual reports. Discuss.
    [The Summary Report should be revised to reflect this usage.]

It is my understanding from the management response that there should not be any references to the ***Debt*** Collections Team. If so, we may want to use the automated *Find* command to identify and replace, because it is used in various sections of the report. For example, used six times on Page 5.

## Accomplishment of Audit Objectives

Consider including a statement that responds specifically to each of the stated audit objectives. Such a statement would be appropriate in the Overview and in the charge paragraph of the Audit Results section. For example, what was our conclusion with reference to whether the $273,641 in non-tax delinquent debt accurately represents the universe of non-tax delinquent debt?

## Management Response        (for all findings)

### Management Response *and OIG Comment*

Recent audit reports have included OIG comments with reference to management's planned actions. These comments may be as simple as *The OIG concurs with the corrective action taken by FMS* (OIG-98-110) or *The OIG believes this action will meet the intent of the recommendation* (OIG-98-112). They may also be more complex, explaining why the OIG disagrees with some or all of the response. Is there a reason why this report does not include such comments? If not, consider including for each recommendation.

### Concurrence and Attribution of Statements

The Management Response sections for Recommendations 1, 2, and 3 contain statements that management concurred and stated that specific actions would be taken. Consider a similar presentation for Recommendations 4 and 5, for consistency and to avoid the potential perception that these are OIG statements. For example, in Recommendation 5 it would be clear that it is Customs management who believes that corrective action has been completed.

Case 1:05-cv-01194-JGP    Document 25-5    Filed 04/17/2006    Page 19 of 22
*PCIE/ECIE Review of on-Tax Delinquent Debt*    *Carmona - Comments*
*U. S. Customs Service*    *09-15-99*

Grammar/Typographical Errors

Ensure that the language in our report is correct, even though the language in the management response may not be. For example, Page 9, Par. 5, should read *…penalties have been assessed* (not *accessed*). Also, use of *ensure* versus *insure* (see attached guidance) and agreement in number between nouns and their corresponding pronouns (*the ASD…its*…not *the ASD…their…*).

---

Page 1, Par. 1. Consider including the following, to tie in to other work performed. *This PCIE/ECIE audit, which was led by the Treasury OIG, included audits of _____ other Federal agencies by their respective Offices of Inspector General. A summary report on the Government-wide results is expected to be issued shortly.*

Page 1, Par. 3. Consider stating the effective date of the DCIA. If it is the same as the date that it was enacted, could say *…to enact the DCIA effective April 26, 1996.*
          Remove *etc.* following the use of *such as*, which serves as an indicator that what follows is only a partial listing of the possibilities (etc. is understood). Would read *garnishment, and debt sales, to collect….*

Page 2, Par. 1. The words *serves the Nation* seem unusual in an OIG audit report. Consider *Customs collects …, protects U.S. borders from (*delete *all) illegal…, and monitors exports.* Another alternative would be to identify the current language as a quote from the bureau's mission statement or other source.
          Does the 3rd sentence need the words I've underlined? *The majority of these receivables represent travel <u>receivables and</u> advances.*

Page 3, Par. 1. Would it be more correct to say that the audit identified *issues* or *problems* with the four items listed? If decide to continue using *deficiencies,* would need to revise the four statements that follow, so that they are not, in and of themselves, indicative of deficiencies. For example, *deficiencies in…(1) the classification of debts….*
          Does the DCIA establish *Procedures*?

Page 3, Table. Consider an introductory paragraph that explains more about the contents of the Table. For example, how does the Table relate to the findings? Also, align the numbers within the Table and use initial caps for *not* under the graphs for consistency.

Page 4, Finding 1. Would the heading that follows be more descriptive of our conclusion? <u>*Organizational Changes Have Resulted in More Effective and Efficient Tracking and Collection of Delinquent Debt*</u>

Page 4, Par. 2. Should the last sentence say *…misstate the accounts receivable balances*? (Remove *…the accuracy of…*).

*PCIE/ECIE Review of Non-Tax Delinquent Debt*                          *Carmona - Comments*
*U. S. Customs Service*                                                          *09-15-99*

Page 5, Par. 3.  Consider deleting *bi-weekly* from the footnote.  Should the last sentence say *...the salary offset with the payroll office*?

Page 8, Par. 1 & 2.  Consider whether the last sentence of Par. 2 should be moved so that it is the last sentence of Par. 1, because Par. 1 refers to actions for which the estimated date of completion is applicable, whereas Par. 2 refers to completed actions.

Page 9, Par. 1.  Consider replacing the word *examples* with a more-specific term. Discuss.

––––––––––––

### Appendix 1

> Inclusion of ASD.
> Also, ECIE and PCIE were removed as a referencing point.  Discuss.

### Appendix 4

> Single spacing for officials within each group.
> Director, Accounting Services Division.
> Is it possible to use the organizational title or Office/Division for the Audit
>     Liaison (for consistency)?

––––––––––––

### Format

Align the page numbers in the Table of Contents.  Ensure that the titles of the Findings correspond.

Consider entering a border around the entire Table on Page 3.

### Editorial

Ensure that verb tenses are correct.  Some of the findings are presented in the past tense, others in the present tense.  Consider revising for consistent use of the past tense, because the report addresses conditions at the time of the audit.

Use acronyms consistently.  For example, if ASD is going to be used in the report, the acronym should be established when Accounting Services Division first appears in the report (on Page 2), and should then be used consistently.

Use singular nouns and pronouns to refer to an organizational unit.  For example:  *...each business area...will review its* (not *their*) *respective report...*.  (Page 5, Par. 1)

Use personal pronouns to refer to employees or individuals.  For example, *employees who have not...* (not *employees that have not...*).

Keep related items on one line.  Items that should be together but are not include: *(2) traced accounts* (Page 2), and *15 percent* (Page 9).

Insert a comma before the last item in a series.

Replace *timely* with *in a timely manner* when used as an adverb.

Follow-up and write-off :  hyphenated when used as a noun or an adjective, not hyphenated when used as a verb.  See dictionary references, if necessary.

Consistent usage:
    the DCIA
    Alex – name (use Jr. in summary report...have preference?)

Use numerals for number of years.
Example:  *5 years* instead of *five years* (Page 7, Par. 4).

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, October 05, 1999 12:31 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: PCIE/ECIE Audit Reports |

Thanks Maria,

I appreciate your concerns...

On the audit objectives, I think Alex may have misspoken. I believe the objectives were met and our reporting on them is more of a matter of samantics.

As to the same person reviewing workpapers as preparing them, I am not happy to hear about that! Could you (or you could have Sam do it) go back and review workpapers prepared by Alex. I know it's a little late for the "stand alones" but we still have time for the consolidated.

Thanks!

Marla

> ----Original Message----
> **From:** Carmona, Maria V.
> **Sent:** Tuesday, October 05, 1999 12:16 PM
> **To:** Freedman, Marla A.
> **Subject:** PCIE/ECIE Audit Reports
>
> Marla,
>
> Please see the attached document for an update on my concerns regarding the four PCIE/ECIE audit reports.
>
> I'll send the monthly project status reports under separate cover.
>
> Please let me know if you would like additional information.
>
> Thank you,
>
> Maria
>
> << File: PCIE-ECIE Reports - Oct 99.doc >>

Plaintiff
Exhibit

Q

05 cv 1194 (JGP)