*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **MARIA V. CARMONA** <br> Plaintiff(s), <br><br> vs. <br><br> **JOHN W. SNOW** <br> Defendant(s). | **Civil Case No. 05-1194 (JGP)** |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing bulky documents, this Notice serves as a notification that bulky exhibits in this case have been filed in paper form in the Clerk's Office. The exhibits are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk