UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1194(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including May 18, 2006 to file his reply to Plaintiff's opposition to Defendant's Motion to Dismiss or for Summary Judgment. The current filing deadline is tomorrow, Friday, April 28, 2006. No previous enlargements have been sought by Defendant for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff but was unable to reach her. Accordingly, Defendant is unable to present Plaintiff's position on this non-dispositive motion. In support of the motion, Defendant states the following.

Defendant requests the enlargement due to the significant workload demands on his undersigned attorney. For example, today, Defendant's counsel filed both a brief in Norman v. United States of America, No. 05-5304(D.C. Cir.), and an answer to a Complaint with over 100 paragraphs in the case, Adair v. Chao, Civil Action No. 04-

1469(EGS).  Earlier this week, Defendant's counsel filed an opposition to a Motion to Quash in the case, Sam v. Chertoff, Civil Action No. 05-1777(RBW) and, yesterday, April 26, 2006, had a mediation in the Rehabilitation Act case, Kaplan v. Gutierrez, Civil Action No. 05-1419(GK).  Additionally, defendant's counsel was monitoring the cases of a colleague who had a family emergency, and on Monday, April 24,  finalized a Local Rule 16.3 Report and dispositive motion in a FOIA case on behalf of that colleague.  Accordingly, because of these and other work-related demands on his counsel, Defendant respectfully moves for the enlargement described herein.

Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Date: April 27, 2006			Respectfully Submitted,


					/s/ Kenneth L. Wainstein /bmr
					_____
					KENNETH L. WAINSTEIN, D.C. BAR # 451058
					United States Attorney


					/s/ Rudolph Contreras /bmr
					_____
					RUDOLPH CONTRERAS, D.C. BAR #434122
					Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendant's Motion for an Enlargement of Time to File Reply and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System and first class, postage prepaid mail, this <u>27th</u> day of April, 2006 to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney