UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,  )<br>  )<br>     Plaintiff  )<br>  )<br>     v.   )<br>  )<br>JOHN W. SNOW, Secretary of the Treasury,  )<br>  )<br>     Defendant.  )<br>_____  ) | Civil Action No. 05-1194(JGP) |

ORDER

UPON CONSIDERATION of Defendant's *Motion for an Enlargement of Time to File Reply and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including May 18, 2006 to file his Reply.

SO ORDERED.

_____          _____
DATE                                           UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530