UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary of the Treasury, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1194(JGP) |

**DEFENDANT'S SECOND MOTION FOR
AN ENLARGEMENT OF TIME TO REPLY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including June 1, 2006 to file his reply to Plaintiff's opposition to Defendant's Motion to Dismiss or for Summary Judgment. The current filing deadline is tomorrow, May 18, 2006. One previous enlargement has been sought by Defendant for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff but was unable to reach her. Accordingly, Defendant is unable to present Plaintiff's position on this non-dispositive motion. In support of the motion, Defendant states the following.

The undersigned counsel anticipated being able to complete Defendant's reply by the current deadline but, due to significant work-related demands, requiring more time than expected, will be unable to do so. For example, the undersigned counsel had a brief

due today, May 17, to the U.S. Court of Appeals for the District of Columbia Circuit on in Arrington v. United States of America, No. 05-5263 (D.C. Cir.), a case involving an excessive force claim under the Federal Tort Claims Act and, also this week, has been assisting with discovery matters in Hubbard v. Potter, Civil Action No. 03-1062(RCL), a multi-party case brought by deaf employees of the U.S. Postal Service. Additionally, Plaintiff's opposition is voluminous, and will take considerable effort to review for purposes of drafting a comprehensive reply. Accordingly, for the reasons stated herein, Defendant respectfully moves for the enlargement described herein.

Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Date: May 17, 2006                    Respectfully Submitted,


                                      /s/ Kenneth L. Wainstein /bmr
                                      _____
                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney


                                      /s/ Rudolph Contreras /bmr
                                      _____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendant's Second Motion for an Enlargement of Time to File Reply and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System and first class, postage prepaid mail, this <u>17th</u> day of May, 2006 to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney