UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA,** | ) |
|     **Plaintiff,** | ) |
|     v. | )    Civil Action No. 05-1194 (JGP) |
| **JOHN W. SNOW,** **Secretary of the Treasury,** | ) |
|     **Defendant.** | ) |

**ORDER**

Upon consideration of **Defendant's Second Motion for an Enlargement of Time to File Reply and Memorandum in Support Thereof [#28]**, and for good cause shown, it is hereby

**ORDERED** that the Motion shall be **GRANTED**. And it is further

**ORDERED** that defendant shall file his Reply on or before June 1, 2006.

**Date: May 18, 2006**                                                                     **JOHN GARRETT PENN**
                                                                                                                             **United States District Judge**