UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1194(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S THIRD MOTION FOR
AN ENLARGEMENT OF TIME TO FILE REPLY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including June 15, 2006 to file his reply to Plaintiff's opposition to Defendant's Motion to Dismiss or for Summary Judgment. The current filing deadline is today, June 1, 2006. Two previous enlargements have been sought by and granted to Defendant for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff but was unable to reach her. Accordingly, Defendant is unable to present Plaintiff's position on this non-dispositive motion. In support of the motion, Defendant states the following.

The undersigned counsel assigned this matter anticipated being able to complete Defendant's reply by today, June 1, 2006, but upon further review of Plaintiff's filing, believes that additional research and follow-up with the Agency is necessary for purposes

of drafting a comprehensive reply. Such research and follow-up cannot be done in time for supervisory review and subsequent filing of the reply with the Court by the current deadline. Additionally, defendant's counsel will be on pre-scheduled leave during the week of June 5 and will be unable to coordinate with the Agency during that period.

Accordingly, for the reasons stated herein, defendant respectfully moves for an enlargement of time up to and including June 15, 2006 to file his reply. Defendant does not anticipate seeking further extensions for this purpose absent extraordinary circumstances.

Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Date: June 1, 2006                     Respectfully Submitted,


                                       /s/ Kenneth L. Wainstein /dch
                                       _____
                                       KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                       United States Attorney


                                       /s/ Rudolph Contreras /dch
                                       _____
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendant's Third Motion for an Enlargement of Time to File Reply and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System and first class, postage prepaid mail, this <u>1st</u> day of June, 2006 to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney