RECEIVED
NOV 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

Plaintiff

v.                                                     Civil Action No. 05-1194 (JGP)

JOHN W. SNOW
Secretary of the Treasury

Defendant

## PLAINTIFF'S RESPONSE TO COURT ORDER

Plaintiff reminds the Court that she is proceeding *pro se*. Plaintiff makes this filing in response to the Court's Order of October 25, 2006 [#32], in which the Court requested certain information from Plaintiff, some of which Plaintiff believes may already be a part of the record, as included and discussed below. Plaintiff notes that items 1, 4, and 5 of the Court's Order are administrative in nature and that, where applicable, Plaintiff has met these requirements.

Plaintiff is a United States citizen, a Hispanic White Female, Age 54, GS-511-14, who has twenty-two years of consistently highly-rated service with the Treasury Office of Inspector General (OIG). Plaintiff is in her thirty-first year of Federal service.

In response to the Court's request, ref. Item 2, Plaintiff respectfully submits that she provided a copy of Vacancy Announcement OIG-01-043 as part of her Opposition to Summary Judgment [#26, P.Ex. 3, Sub-Exhibit H-1,2,3], and that, as such, the copy of the vacancy announcement that is already a part of the record provides the best description of *the nature of the position and its requirements*.

In response to the Court's request, ref. Item 2, Plaintiff respectfully refers the Court to attached P.Ex. A, which reflects relevant and material e-mail exchanges between Plaintiff and appropriate OIG personnel regarding Plaintiff's attempt to determine the status of her application under OIG-01-043 culminating in Ms. Greenip's April 23, 2002, clear and unambiguous acknowledgment to Plaintiff, i.e., *You were qualified for the DAIGA position.*

In response to the Court's request, ref. Item 3, Plaintiff respectfully submits that under Title VII[1] she is a member of the class(es) protected by the statute, i.e., national origin (Hispanic) and sex (Female); that Plaintiff suffered an adverse employment action, i.e., failure to promote; [and] Plaintiff was qualified for the position at issue [but] ... treated less favorably than others not in the protected class(es), i.e., a candidate was selected, Robert Taylor, who is not a member of Plaintiff's protected class(es).

In summary, Plaintiff submits that she has been fully responsive to the Court's instant Order and has succeeded in establishing a *prima facie* case under Title VII in accordance with the framework for analyzing Title VII claims established by the Supreme Court in *McDonnell Douglas Corp. v. Green* with regards to Vacancy Announcement OIG-01-043.

Respectfully Submitted,

*(signature)*
Maria V. Carmona, *pro se*
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328

---

[1] Title VII prohibits employment discrimination based on race, color, religion, sex, or national origin.

-----Original Message-----
**From:** Carmona, Maria V.
**Sent:** Tuesday, April 02, 2002 6:24 AM
**To:** Hardos, Robert
**Cc:** Rush Jr., Jeffrey; Freedman, Maria A.
**Subject:** DAIG Application - Request for Status
**Importance:** High

Bob,

I am writing to request the status of my application for the position of Deputy Assistant Inspector General for Program Audit, ES-511. The vacancy announcement for this position, OIG-01-043, closed more than four months ago.

As you know, I made the best qualified list and was interviewed for the same Deputy AIG position when it was announced as OIG-01-009, with a closing date of April 17, 2001.

Thank you.

Maria

-----Original Message-----
**From:** Carmona, Maria V.
**Sent:** Tuesday, April 02, 2002 6:43 AM
**To:** Greenip, Edith A.
**Cc:** Mullen, Judy S.
**Subject:** DAIG Application - Request for Status
**Importance:** High

Edie,

From the out-of-office reply that I received, I understand that Bob Hardos will not be back until April 8, so I am forwarding my request to you.

**From:** Greenip, Edith A.
**Sent:** Tuesday, April 23, 2002 5:06 PM
**To:** Carmona, Maria V.
**Subject:** RE: DAIG Application - Request for Status

You were qualified for the DAIGA position

*Edie*

Plaintiff Exhibit A
05 CV 1194 (JGP)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S RESPONSE TO COURT ORDER**

was sent first class mail

this 6th day of November 2006 to:

Beverly M. Russell
Assistant U. S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, DC  20530

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328