UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1194 (JGP) |
| **JOHN W. SNOW,** **Secretary of the Treasury,** | ) |
| **Defendant.** | ) |

## ORDER

Upon careful consideration of defendant's **Motion to Dismiss or for Summary Judgment [#14]**, the Opposition thereto, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss or for Summary Judgment is **GRANTED**.  And it is further

**ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**Date: March 26, 2007**                                        **JOHN GARRETT PENN**
                                                                                **United States District Judge**