UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria V. Carmona
         Plaintiff

vs.                                    CIVIL ACTION NO. **05-1194 (JGP)**

Henry M. Paulson, Jr.[1]
Secretary of the Treasury
         Defendant

## NOTICE OF APPEAL

Notice is hereby given this   24th   day of   May, 2007, that

Plaintiff

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   26th   day of March, 2007, in

Favor of   Defendant

Against said   Plaintiff.

                                                          */s/ Maria V. Carmona*
                                                          Pro Se Litigant
                                                          8306 Haven Hill Court
                                                          Laurel, Maryland 20723
                                                          301-490-4328

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following address indicated:
Beverly Maria Russell
U.S. Attorney's Office for D.C., Civil Division
555 4th Street, NW, 4th Floor
Washington, DC  20530

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Secretary of the Treasury, Henry M. Paulson, Jr., is automatically substituted for former Secretary John W. Snow as the respondent in this case.

**RECEIVED**
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT