# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5167**              September Term, 2007

05cv01194



Maria V. Carmona,
    Appellant

v.

Henry M. Paulson, Jr., Secretary of the Treasury,
    Appellee

**BEFORE:**   Sentelle, Randolph, and Brown, Circuit Judges

### O R D E R

Upon consideration of the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam). The district court correctly granted summary judgment in favor of appellee on appellant's discrimination and retaliation claims because appellant has not demonstrated that the reasons proffered for appellee's actions were pretextual, or that a reasonable trier of fact could infer intentional discrimination based on the evidence. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-05 (1973); Teneyck v. Omni Shoreham Hotel, 365 F.3d 1139, 1151 (D.C. Cir. 2004). The district court also correctly dismissed appellant's conspiracy claim because there is no private right of action under 18 U.S.C. § 241.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk